FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO 2019 DEC 27 PM 4:51

Civil Action No. _**19 - CV - 03700**_

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

SHAD NUNEMAKER,
individually and on
behalf of all others similarly situated,
LAURA OKO
NADIA YU
ESSANDOH SARFOAH AUGUSTINA
JOSEPHINE ISSAH
GRACE NYAMEDI
MONIQUE WHITEHEAD
SIMON DORNOO
SAMUEL SARPONG,

      Plaintiff(s),

v.

BIG TICKET TELEVISION INC., a Delaware Corporation
ANDRUS TRANSPORTATION SERVICES, INC., a Utah corporation
CONCENTRA HEALTH SERVICES, INC., a Nevada Corporation
EARL AND EARL LAW FIRM, PLLC., a Colorado company
WELLS FARGO AND COMPANY, INC., a Delaware Corporation
DHL EXPRESS (USA) INC., an Ohio Corporation
PINNACOL ASSURANCE, a Nonprofit Corporation, and a Colorado state entity created
under Title 8, Article 45 C.R.S. 8-45-101.,
NEWMONT USA, LTD., a Delaware Corporation,
JOHN/JANE DOE(S), (IDENTITIES UNKNOWN),

      Defendant(s).

---

### MULTIPLE CLASS ACTION/CONSPIRACY COMPLAINT

---

      Plaintiff, Shad Nunemaker (Mr. Nunemaker), (collectively, "Plaintiffs"),

individually and on behalf of all others similarly situated (the "Class"), for the Class

Actions Complaint ("Complaint") against Big Ticket Television Inc., ("Big Ticket"),

Andrus Transportation Services, ("Andrus"), Concentra Health Services, Inc.

44  ("Concentra"), Earl and Earl Law Firm, PLLC., ("Earl and Earl"), Wells Fargo and

45  Company, Inc., ("Wells Fargo"), DHL Express (USA) Inc., ("DHL"), Pinnacol Assurance,

46  ("Pinnacol"), Newmont USA, LTD, ("Newmont"), and John/Jane Does 1-10 (the "Doe

47  Defendants") (collectively, the "Defendants"), jointly, and severally, on behalf of the

48  sixty-seven defendants listed in this multiple class complaint, state and allege as

49  follows:


50  # TABLE OF CONTENTS

51  ## Contents

52  TABLE OF CONTENTS ....................................................................................................................2
53  LIST OF DEFENDANTS: ................................................................................................................3
54  CLASS CONSPIRACIES: ...............................................................................................................5
55  PLAINTIFFS: ....................................................................................................................................7
56  JURISDICTION AND VENUE: .......................................................................................................8
57  CONSPIRACIES: ............................................................................................................................14
58  PROPOSALS: ..................................................................................................................................15
59  AMENDMENT XIV ........................................................................................................................17
60  SCOPE: ............................................................................................................................................18
61  BACKDROP I: .................................................................................................................................20
62  BACKDROP II: ................................................................................................................................29
63  Case 1:09-cv-00656-REB ................................................................................................................35
64  PARTIES PART I - CLAIMS DETAILED: .....................................................................................44
65  PARTIES PART II - CLAIMS LISTED: ........................................................................................103
66  CLAIMS FOR RELIEF: ................................................................................................................209
67      FIRST CLAIM FOR RELIEF ..................................................................................................210
68      SECOND CLAIM FOR RELIEF .............................................................................................212
69      THIRD CLAIM FOR RELIEF .................................................................................................217
70      FOURTH CLAIM FOR RELIEF .............................................................................................218
71      FIFTH CLAIM FOR RELIEF ..................................................................................................218
72      SIXTH CLAIM FOR RELIEF ..................................................................................................219
73      SEVENTH CLAIM FOR RELIEF ...........................................................................................221
74      EIGHTH CLAIM FOR RELIEF ..............................................................................................221
75      NINTH CLAIM FOR RELIEF .................................................................................................223
76      TENTH CLAIM FOR RELIEF .................................................................................................224
77      ELEVENTH CLAIM FOR RELIEF .........................................................................................225

78    TWELFTH CLAIM FOR RELIEF ..........................................................................................226
79    THIRTEENTH CLAIM FOR RELIEF ...................................................................................226
80    FORTEENTH CLAIM FOR RELIEF .....................................................................................227
81    FIFTEENTH CLAIM FOR RELIEF .......................................................................................227
82    SIXTEENTH CLAIM FOR RELIEF .......................................................................................229
83    SEVENTEENTH CLAIM FOR RELIEF .................................................................................231
84    EIGHTEENTH CLAIM FOR RELIEF ...................................................................................232
85    NINETEENTH CLAIM FOR RELIEF ....................................................................................233
86    TWENTIETH CLAIM FOR RELIEF ......................................................................................234
87    TWENTY-FIRST CLAIM FOR RELIEF .................................................................................234
88    TWENTY-SECOND CLAIM FOR RELIEF .............................................................................236
89    TWENTY-THIRD CLAIM FOR RELIEF ................................................................................237
90    TWENTY-FOURTH CLAIM FOR RELIEF ............................................................................237
91    TWENTY-FIFTH CLAIM FOR RELIEF .................................................................................238
92    TWENTY-SIXTH CLAIM FOR RELIEF .................................................................................240
93    TWENTY-SEVENTH CLAIM FOR RELIEF ..........................................................................242
94    TWENTY-EIGHTH CLAIM FOR RELIEF .............................................................................242
95    TWENTY-NINTH CLAIM FOR RELIEF ...............................................................................243
96    THIRTIETH CLAIM FOR RELIEF .......................................................................................243
97    SUMMARY: .........................................................................................................................244
98    PRAYER FOR INJUNCTIVE RELIEF: .................................................................................246
99
100

## LIST OF DEFENDANTS:

101
102
103    The original list of Defendants in this complaint consists of sixty-seven parties.

104    Under Joint and Several Liability, for the efficiency of resources, Plaintiff seeks to hold

105    the originators as the primary defendants; one for each of the nine Class Conspiracies,

106    and at the discretion of the court, the other parties may be limited to evidence or joined

107    as parties as the court sees fit.

108    This complaint explains the combination conspiracy in its entirety, insomuch as

109    the parties continually expand and create more to document.

110    Plaintiff believes it is essential that the Class Actions be tried together because

111    the John/Jane Doe(s) have been and are the actors orchestrating each and all of these

112    Racketeering conspiracies.

113    In order to shed light on the origins of this, Plaintiff has prepared two sections

114    entitled backdrop I and II. It is not for pity, it is because it is necessary to understand

115    how this all came about, and Plaintiff is doing this as a service to the public that is his

116    duty to protect in any way he can.

117    1. WELLS FARGO & COMPANY INC.
118    2. WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC
119    3. WESTERN UNION CORP INC.
120    4. CITIBANK INC.
121    5. UNIFUND CCR, LLC.
122    6. NELSON & KENNARD
123    7. JPMORGAN CHASE & CO
124    8. PINNACLE BANK
125    9. BARCLAYS BANK DELAWARE
126    10. JEFFERSON CAPITAL SYSTEMS LLC
127    11. NICK DEGANHART (BARCLAYS)
128    12. KATHERINE R. OBRIEN (BARCLAYS)
129    13. THOMAS L. POTTER (BARCLAYS)
130    14. DISCOVER BANK
131    15. US BANK NATIONAL ASSOCIATION
132    16. BBVA USA BANCSHARHARES INC.
133    17. BANK OF AMERICA CORP
134    18. HSBC GHANA
135    19. GHANA COMMERCIAL BANK
136    20. PINNACOL ASSURANCE
137    21. CONCENTRA HEALTH SERVICES INC.
138    22. STUART H. MEYERS, MD/COLORADO ORHTHOPEDIC CONSULTANTS, LLC
139    23. SAMUEL Y. CHAN/MILE HIGH SPORTS AND REHABILITATIVE MEDICINE, PC
140    24. LIBERTY MUTUAL INSURANCE COMPANY
141    25. SUZANA SKRABO/LAW OFFICES OF SKRABO AND ATKINS
142    26. OVERTURF, MCGATH & HULL, PC, MCGATH & HULL, PC MCGATH AND HULL,
143    PC
144    27. AGREN BLANDO COURT REPORTING AND VIDEO INC.
145    28. ROBERT H. LELAND, MD/BOULDER CENTER FOR ORTHOPEDICS
146    29. COBURN INVESTIGATIVE AGENCY INC
147    30. ERIC ELLIFF
148    31. C. SCOTT CRABTREE/JAMS MEDIATION SERVICE

149  32. COLORADO TRUCKWASHING, LLC (D/B/A ECO TRUCK WASH)
150  33. CHRIS BROWN/STANLEY BROWN
151  34. TIM ELDER
152  35. RIGGS ABNEY LAW FIRM/LEGAL SHIELD
153  36. ROYCE W. MUELLER, ESQ./TURNER, ROEPKE AND MUELLER, LLC
154  37. COLLIN EARL/EARL AND EARL LAW FIRM
155  38. KYLE USREY/PREPAID PLANS
156  39. JUDITH SHEINDLIN/JUDGE JUDY SHOW
157  40. BIG TICKET TELEVISION, INC
158  41. ANDRUS TRANSPORTATION SERVICES, INC
159  42. UTAH DEPARTMENT OF WORKFORCE SERVICES
160  43. DHL EXPRESS (USA), INC
161  44. ACE PACK AND SHIP
162  45. SPRINT COMMUNICATIONS, INC
163  46. WALMART, INC
164  47. YAHOO INC
165  48. BADOO TRADING LIMITED
166  49. CASTILLO AUTOMOTIVE
167  50. CITY OF BRIGHTON/POLICE COLORADO
168  51. CITY OF DENVER/POLICE COLORADO
169  52. CITY OF LAKEWOOD/POLICE COLORADO
170  53. CITY OF EDGEWATER/POLICE COLORADO
171  54. CITY OF AURORA/POLICE COLORADO
172  55. JO ANN LEE
173  56. ERIC NUNEMAKER
174  57. BRUCE NUNEMAKER
175  58. CATHERINE MATUS
176  59. JEFFERSON COUNTY/SHERIFF
177  60. UNITED STATES
178  61. FRANK OKO
179  62. NIDAKUN OFORI
180  63. GHANA POLICE
181  64. BANK OF GHANA/GHANA CENTRAL BANK
182  65. NEWMONT (USA) LTD.
183  66. JOHN DOE(S) 1-10
184  67. JANE DOE(S) 1-10,

185  **CLASS CONSPIRACIES:**
186
187  1.Conspiracy to Defraud the United States
188
189  - Jefferson County (Sheriff)
190  - Big Ticket Television
191  - Judith Sheindlin/The Judge Judy Show
192  - Castillo Automotive
193  - City of Brighton/Police (Colorado)
194  - City of Denver/Police (Colorado)

195    - City of Lakewood/Police (Colorado)
196    - City of Edgewater/Police (Colorado)
197    - City of Aurora/Police (Colorado)
198    - Jo Ann Lee
199    - Eric Nunemaker
200    - Bruce Nunemaker
201    - Catherine Matus
202    - John/Jane Doe(s)
203
204    2. Employer Unemployment Insurance Fraud
205
206    - Andrus Transportation
207    - Utah Department of Workforce Services
208    - Colorado/HVH Transportation
209    - John/Jane Doe(s)
210
211    3. Medical Records Alteration and Fraud Conspiracy
212
213    - Walmart
214    - HVH Transportation
215    - Pinnacol Assurance
216    - Concentra Health Services
217    - Coburn Investigative Agency, Inc.
218    - STUART H. MEYERS, MD/Colorado Orthopedic Consultants, LLC
219    - Mile High Sports & Rehabilitative Medicine, PC/Samuel Y. Chan
220    - Boulder Center for Orthopedics/Robert H. Leland
221    - Liberty Mutual Insurance
222    - Suzana Skrabo/Law Offices of Skrabo & Atkins
223    - Overturf, McGath & Hull, PC
224    - Eric Elliff (Denver District)
225    - C. Scott Crabtree/JAMS Mediation Service
226    - Agren Blando Court Reporting and Video Inc.
227    - Colorado Truckwashing, LLC (Eco Truck Wash)
228    - Chris Brown (Eco Truck Wash)
229    - Tim Elder (Eco Truck Wash)
230    - John/Jane Doe(s)
231
232    4. Lawyers:
233
234    - Riggs Abney Law Firm
235    - Royce Mueller
236    - Earl and Earl Law Firm/Collin Earl
237    - Kyle Usrey/Prepaid Plans (Colorado Christian University)
238
239    5. Banks:
240

241   - Wells Fargo and Company Inc.
242   - Wells Fargo Advisors Financial Network, LLC
243   - Western Union Corp Inc.
244   - Citibank Inc.
245   - Unifund CCR, LLC (Citibank)
246   - Nelson & Kennard (Citibank)
247   - JPMorgan Chase & Co
248   - Pinnacle Bank/Bank of Colorado
249   - Barclays Delaware
250   - Jefferson Capital Systems, LLC (Barclays)
251   - Nick Deganhart (Barclays)
252   - Katherine R. Obrien (Barclays)
253   - Discover Bank
254   - US Bank
255   - BBVA USA Bancshares Inc.
256   - Bank of America Corp
257   - HSBC Ghana
258
259   6. Wire/Mail Fraud:
260
261   - DHL Express
262   - Ace Pack and Ship
263   - Sprint Communications
264
265   7. Identity Theft:
266
267   - Yahoo
268   - Badoo Trading Limited
269   - Pinnacol Assurance (Coburn)
270
271   8. Ghana:
272
273   - Frank Oko
274   - Nidakun Ofori
275   - Ghana Police
276   - Ghana Commercial Bank
277   - Bank of Ghana/Ghana Central Bank
278   - Newmont Mining Company
279
280   9.  John/Jane Doe(s) (Identities Unknown)
281

282   **PLAINTIFFS:**
283
284         Plaintiff Pro Se Shad Nunemaker, a Colorado resident during the entire time

285   pertaining to this case lives at 90. S. 18th Ave 101A, Brighton, Colorado 80601; and is

286  standing in for his friends in Ghana, West Africa; Rosemary Laryea Whyte; Laura Oko;

287  Nadia Yu; Essandoh Sarfoah Augustine; Josephine Issah; Grace Nyamedi; Monique

288  Whitehead; Simon Dornoo; and Samuel Sarpong.

289                                    **JURISDICTION AND VENUE:**

290

291        This Court has jurisdiction pursuant to 28 U.S.C. §1331 and §1367 because this

292  action arises under 18 U.S.C. §§1961-1968. The Court also has diversity-based

293  jurisdiction over the parties pursuant to 28 U.S.C. §1332(d)(2). The claims asserted by

294  Plaintiffs and the Class members meet the statutory minimum concerning the amount in

295  controversy and at least one class member is a citizen of a state different from one or

296  more of the Defendants.

297        Venue is proper in the United States District Court, District of Colorado, pursuant

298        to 28 U.S.C. §1391, because a substantial part of Defendants' acts or omissions

299  giving rise to the injuries and damages sustained by the Plaintiffs and the Class

300  members and giving rise to Plaintiffs' claims and the Class members' claims have

301  occurred in the District of Colorado.

302        Furthermore, Defendants transact business in Colorado, maintain registered

303  agents in Colorado, and maintain multiple places of business in the District of Colorado

304        1. Wells Fargo and Company Inc.; a Delaware Corporation, Headquartered in

305  California at, 420 Montgomery Street, San Francisco, CA  94163

306        2. Wells Fargo Advisors Financial Network, LLC; A Delaware Corporation

307  headquartered in Missouri at, One North Jefferson Avenue St. Louis, MO  63103

308        3. Western Union Corp Inc.; a New York Corporation, with a business address at,

309  One Lake Street Upper Saddle River NJ 07458

310    4. Citibank Inc.; a Delaware corporation with a business address at, 425 Park

311    Ave New York, NY 10043

312    5. Unifund CCR, LLC; an Ohio LLC with a registered agent, Corporation Services

313    Company1900 W. Littleton Boulevard Littleton, Co 80120 (Citibank)

314    6. The law firm of Nelson and Kennard at, 2594 South Lewis Way, Suite A

315    Lakewood, Co 80227 (866) 920-2295 (Citibank)

316    7. JPMorgan Chase & Co Inc.; a Delaware Corporation, headquartered in New

317    York at, 383 Madison Ave New York, NY  10017

318    8. Pinnacle Bank, also known as Bank of Colorado/Pinnacle Bank is a Nebraska

319    Corporation at 523 Court Street Beatrice, NE  68310 (402)228-2980

320    9. Barclays Bank Delaware.; a Delaware Corporation at, 125 S. West Street

321    Wilmington, DE 19801 (302)558-8100

322    10.Jefferson Capital Systems, LLC a Georgia business at, Five Concourse

323    Parkway, Suite 400 Atlanta, Georgia 30328 and principle office mailing address at, 16

324    McLeland Road, St. Cloud, MN  56303 (Barclays)

325    11. Nick Deganhart (Barclays)

326    12. Katherine R. Obrien (Barclays)

327    13. Thomas L. Potter (Barclays)

328    14. Discover Bank, a Delaware Corporation at, 12 Reads Way New Castle, DE

329    19720 (302)323-7184

330    15. US Bank National Association, a Delaware Corporation headquartered in MN

331    at, 800 Nicollet Mall BC-MN-H15F Minneapolis, MN 55402 (612)303-6000

332 16. BBVA USA Bancshares, Inc (BBVA Compass Bank, a Texas Corporation at

333 2200 Post Oak Boulevard Houston, Tx 77056 (205)297-3000

334 17. Bank of America Corp, a Delaware Corporation, headquartered at, Bank of

335 America Corporate Center 100 N. Tryon Street Charlotte NC 28255 (704)386-8486

336 18. HSBC Ghana

337 19. Ghana Commercial Bank

338 20. Pinnacol Assurance, a Nonprofit Corporation, and a Colorado state entity

339 created under Title 8, Article 45 C.R.S. 8-45-101, Registered agent and Principle office

340 at, Terrence Leve 7501 E. Lowry Boulevard, Denver, Co 80230 (303)361-4000

341 21.Concentra Health Services Inc.; a Nevada Corporation, headquartered in

342 Texas doing business in Colorado at, 7401 Church Ranch Blvd, Ste 202 Westminster,

343 Co 80021 (303)438-6964

344 22. STUART H. MEYERS, MD/Colorado Orthopedic Consultants, LLC,

345 MD/Colorado Orthopedic Consultants, LLC at, 145 Inverness Drive East Suite 300

346 Englewood, Co 80112 (303)695-6060

347 23. Samuel Y. Chan/Mile High Sports and Rehabilitative Medicine, PC, a

348 Colorado business at, 4600 Hale Pkwy Suite 460 Denver, Colorado 80220 (303) 331-

349 6744

350 24. Liberty Mutual Insurance Company, a Massachusetts company at 175

351 Berkeley St, Boston, MA 02116, and registered agent, Corporation Service Company

352 1900 W. Littleton, Co 80120

353      25. Suzana Skrabo/Law Offices of Skrabo and Atkins at, 5670 Greenwood Plaza

354    Blvd, Suite 400 Greenwood Village, Co 80111 (303)861-3971

355    Suzana.skrabo@libertymutual.com

356      26. Overturf, McGath & Hull, PC, McGath & Hull, PC McGath and Hull, P.C. at,

357    625 E. 16th Ave Denver, Co 80203 (303)860-2848

358      27. Agren Blando Court Reporting and Video Inc., a Colorado corporation at 216

359    16th Street, Suite 600 Denver, Co 80202 (303)296-0017

360      28. Robert H. Leland, MD/Boulder Center for Orthopedics, PC, at, 4740 Pearl

361    Parkway, Suite 200A Boulder, Co 80301 (303) 449-2730

362      29. Coburn Investigative Agency Inc., a Colorado Corporation, at, 321 W.

363    Henrietta Ave Unit C Woodland Park, Co 80863 (719)687-0409 cia@cia007.com

364      30. Eric Elliff (False Light)

365      31. C. SCOTT CRABTREE/JAMS Mediation Service, at, 410 17th Street, Suite

366    2440 Denver, Co 80202 (303)534-1255 Admindocs@jamsdenver.com

367      32. Colorado Truckwashing, LLC (DBA Eco Truck Wash) at, 5150 Brighton

368    Boulevard Denver, Colorado 80126 (303)292-4677

369      33. Chris Brown

370      Stanley R. Brown

371      34.*** Tim Elder (Battery, false light/fraudulent misrepresentation)

372      35. Riggs Abney Law Firm/Legal Shield, at 50 S. Steele St. #600 Denver, Co

373    80209 (303)298-7392

374      36. Royce W. Mueller, Esq. Turner, Roepke and Mueller, LLC

375      1259 Lake Plaza Dr. Suite 260 Colorado Springs, Co 80906 (719)375-1414

376        37. Collin Earl/Earl and Earl, PLLC 1259 Lake Plaza, Ste. 230 Colorado Springs,

377    Co 80906 (719)900-2500 Collin@earlandearl.com

378        38. Kyle Usrey/Prepaid Plans

379        Kyle B. Usrey, Attorney, 648 S Yarrow St Lakewood, CO, 80226-3138 OR

380    Colorado Christian University

381        39. Judith Sheindlin/Judge Judy Show

382        40. Big Ticket Television, Inc., a Delaware Corporation, doing business in

383    California at, 1438 N. Gower St. #3 Los Angeles, California 90028-8306

384        41. Andrus Transportation Services, a Utah corporation, at, 3185 E DESERET

385    DR. N, St. GEORGE, UT 84790

386        42. Utah Department of Workforce Services 140 E. 300 South Salt Lake City, UT

387    84111 (801)526-9235

388        43. DHL Express (USA) Inc., an Ohio Corporation at, 1210 South Pine Island

389    Road, 1st Fl. Legal Dept, Plantation, FL 33324

390        44. Ace Pack & Ship Inc is a Colorado Corporation at 2000 Wadsworth Blvd,

391    Lakewood, Co 80214 (303) 424-6245

392        45. Sprint Communications, Inc., a Kansas Corporation, at 6200 Sprint Parkway,

393    Overland Park, KS 66251

394        46. Walmart Inc., a Delaware Corporation, at, 702 Southwest 8th St. Bentonville,

395    AR 72716 (501)273-4000

396        47. Yahoo Inc., a Delaware Corporation, headquartered in California at, 701 First

397    Ave, Sunnyvale, Cal 94089 (408) 349-3300

398    48. Badoo Trading Limited is a Russia based Company owned by Andrey

399    Andreev, headquartered in London, UK at Broadgate Tower 3rd Floor 20 Primrose St,

400    London EC2A 2RS, United Kingdom +44 20 7099 9939

401    49. Castillo Auto Repair, Lakewood Colorado

402    *** Upon a municipal corporation, by delivering a copy thereof to the mayor, city

403    manager, clerk, or deputy clerk of ....

404    50. City of Brighton/Police Colorado is a Municipal Corporation in Colorado,

405    Mayor Greg Mills at 500 S 4th Avenue Brighton, CO 80601 (303)655-2000

406    51. City of Denver/Police Colorado is a Municipal Corporation in Colorado at

407    Denver Mayor's Office at 1437 Bannock St. #350 Denver, Co 80202

408    52. City of Lakewood/Police Colorado is a Municipal Corporation in Colorado

409    Lakewood Mayor Adam Paul 480 S. Allison Pkwy., Lakewood, CO 80226 (303)987-

410    7040 apaul@lakewood.org

411    53. City of Edgewater/Police Colorado is a Municipal Corporation in Colorado

412    1800 Harlan St., Edgewater, CO 80214 (303)235-8300, City Clerk (720)763-3002

413    cityclerk@edgewaterco.com

414    54. City of Aurora/Police Colorado is a Municipal Corporation in Colorado 15151

415    E. Alameda Parkway, Aurora, CO 80012 Mayor Steve Hogan, (303)739-7015 (council

416    office) shogan@auroragov.org

417    55. Jo Ann Lee is a U.S. citizen residing in Colorado

418    56. Eric Nunemaker is a U.S. citizen residing in Colorado

419    57. Bruce Nunemaker is a U.S. citizen residing in Colorado

420    58. Catherine Matus is a U.S. citizen residing in Colorado

421     59. Jefferson County/Sheriff

422     60. United States' Principle Officer is the Attorney General, with agent at U.S.

423 Attorney's Office in Denver, Colorado

424     61. Frank Oko is a Ghanaian citizen residing in Accra, Ghana; West Africa

425     62. Nidakun Ofori is a Ghanaian citizen residing in Accra, Ghana; West Africa

426     63. Ghana Police, Ghana Police Service (GPS) Headquarters, Ring Road East,

427 Cantonment, Ghana +233 302 779300/779302-5 info@police.gov.gh

428     64. Bank of Ghana/Ghana Central Bank is headquartered in Accra, Ghana at

429 One Thorpe Road P.O. Box GP 2674 email: bogsecretary@bog.gov.gh +233-30-

430 2666175/6361/6902/6921 Fax: +233-30-2662996

431     65. Newmont USA, LTD a Delaware Corporation, headquartered in Colorado at

432 6363 S. Fiddler's Green, Greenwood Village, Colorado 80111 (303)837-5674

433     66. John Doe(s) 1-10 are corrupt bankers, law enforcement personnel and

434 citizens acting in secret

435     67. John Doe(s) 1-10 are corrupt bankers, law enforcement personnel and

436 citizens acting in secret.

437                    **CONSPIRACIES:**
438
439     Claims can be generally broken down into categories of smaller conspiracies that

440 are all related because one led to the other (from oldest to most recent).

441     When the crimes overlap, that is when the patterns of conduct emerge, showing

442 a concerted effort, also known as a conspiracy.

443     The object is to find out who the actors are who are secretly orchestrating and

444 conducting these conspiracies, also known as the criminal enterprise.

14

445    The claims are specifically composed so that in the most essential cases, the

446    parties will not be able to deny something without admitting another thing against one of

447    the other parties.

448    For example, a letter from the chief physician for Pinnacol Assurance alleges

449    fraud by someone who altered my impairment rating. Yet the treating physician has

450    indicated that records were repeatedly altered by management.

451    Another example is that of Wells Fargo and Citibank. Wells Fargo reversed an

452    electronic payment of $2,300 from Citibank, accusing me of fraud; yet the electronic

453    payment was made by the same individual whose $38,000 Treasury check they

454    dishonored, stole and destroyed, accusing me of fraud for that as well.

455    If the Treasury check was fraudulent, then that means they were working with

456    Citibank to assist the issuer of the fraudulent check to breach my account and "reverse"

457    a "fraudulent" electronic payment made by the same issuer of the check, which explains

458    why they had to destroy it.

459    If the Treasury check was fraudulent, where is the machinery that was used to

460    make the check, seeing that the check had markings that according to the United States

461    Treasury Department, "cannot be made with commercially available equipment".

462    Where is it?

463    Wells Fargo claims that they have all the answers because of their "proprietary

464    methods" (economic espionage) which don't include the United States Treasury

465    Department, and that they are trained experts.

466    Surely, they can explain.

467    **PROPOSALS:**

468

15

469    To further assist in the breakdown of this complex case, I wish to make certain

470    proposals to the court and the parties:

471    Pertaining to my immediate need for medical treatment and the restitution of my

472    deprived rights to vocational rehabilitation by the racketeers I ask that all who believe

473    they were brought into this conspiracy with an honest misunderstanding of the true

474    motives of their manipulators, will take up the opportunity to spare all of us the blanket

475    denials and attempts to use legal technicalities in order to confuse and prolong the

476    case.

477    Conspiracy law states that a party does is not absolved until the party takes an

478    action to remove from the conspiracy and end their role. C.R.S. 18-2-204

479    [(1) Conspiracy is a continuing course of conduct which terminates when the

480    crime or crimes which are its object are committed or the agreement that they be

481    committed is abandoned by the defendant and by those with whom he conspired.

482    (2) Abandonment is presumed if neither the defendant nor anyone with whom he

483    conspired does any overt act in pursuance of the conspiracy during the applicable

484    period of limitation.

485    (3) If an individual abandons the agreement, the conspiracy is terminated as to

486    him only if and when he gives timely notice to those with whom he conspired of his

487    abandonment and the notice is evidenced by circumstances corroborating the giving of

488    the same, or he informs the law enforcement authorities, having jurisdiction, of the

489    existence of the conspiracy and of his participation therein.]

490    ["with respect to civil rights conspiracy claims, the Tenth Circuit has held that

491    such claims do not even accrue until the conspiracy has run its course." - Rassam v.

492    San Juan College Bd., 113 F.3d 1247 (10th Cir. 1993)]

493    [Title 42 U.S.C. § 1983 provides that "[e]very person" who acts "under color of"

494    state law to deprive another of constitutional rights shall be liable in a suit at law or

495    equity.]

496    [Constitution of United States of America 1789 (rev. 1992)

497    **AMENDMENT XIV**
498

499    All persons born or naturalized in the United States and subject to the jurisdiction

500    thereof, are citizens of the United States and of the State wherein they reside. No State

501    shall make or enforce any law which shall abridge the privileges or immunities of

502    citizens of the United States; nor shall any State deprive any person of life, liberty, or

503    property, without due process of law; nor deny to any person within its jurisdiction the

504    equal protection of the law.]

505    Giving blanket denials of my allegations for which, I have material evidence is a

506    continuation of the ongoing conspiracy.

507    Common elements throughout include a persistent "Intentional Interference with

508    Prospective Economic Advantage", and "Intentional Infliction of Emotional Distress

509    (Outrageous Conduct)".

510    Any party who sincerely wishes to be removed from this classification is asked to

511    do so by cooperating, by giving the names and documents needed to substantiate my

512    claims.

513     It was suggested by some as a justification for their theft from me that "I am just

514     trying to get money", and this is an admission that they are trying to interfere with my

515     prospective economic advantage.

516     To refuse medical treatment and vocational rehabilitation, and to refuse to

517     restore me financially for losses they caused or are liable for because "I want money" is

518     disgraceful.

519     I have every right to the financial advantages that the defendants are trying to rob

520     and deprive me of, and to say that they should not have to pay me in any form is proof

521     of their Intentional Interference with (my) Prospective Economic Advantage.

522     Concerning Joint and Several liability, I propose that the cooperative make the

523     before mentioned  attempts to remove themselves and to simplify the case against the

524     originators of the conspiracy by giving the information requested, and by settling their

525     part in the claim as quickly as possible.

526     I ask that the court consider a party's level of cooperation when entering

527     judgments, with close attention to how a party tries to frustrate and prolong the matters

528     in furtherance and continuation of the conspiracy.

529     This criterion should be applied to the full scope of the conspiracies rising to the

530     highest levels of the Rackets involving the theft and conversion of land and assets

531     signed over to me.

532     Any attempts whatsoever by defendants to conceal the identities of the actors by

533     blanket denials or otherwise is an act in furtherance and continuation of the conspiracy

534     as alleged.

535     **SCOPE:**
536

537    One act led to another act, which led to one conspiracy, then to another set of

538    acts, and to another conspiracy, and the next, and then the next, etc., which continues

539    to this day and I have evidence that the conspirators will never stop until they are

540    stopped.

541    Members of this ambitious conspiracy are hungry for power, and they are

542    constantly using their tactics to rise in management at the expense of their peers.

543    This is why the conspiracy is ongoing, and it is why the conspiracies overlap,

544    because they are making use of and orchestrating by manipulation all of the

545    conspiracies that come within their reach.

546    The abuse and misuse of the Police by Bruce Nunemaker and Catherine Matus

547    in Arvada Colorado forty years ago has spread to the use of "The Judge Judy Show" as

548    an apparatus to deprive citizens of their constitutional rights.

549    Like-minded people with no comprehension of the law, but with an insatiable

550    desire to be in charge of others join together as an unruly, ruthless mob.

551    The intentions are the same, and when sufficient evidence is laid out to show a

552    concerted effort that is directed at me, gives rise to this complex case.

553    It should not be surprising that email hackers and spies behind the sifting through

554    public records and stalking citizens through court records would lead to a perfect

555    opportunity to recruit corrupt law enforcement and bankers, leading to immense

556    opportunities to exploit citizens financially.

557    I have documented the civil rights conspiracy and fraud against the United States

558    and the people by Big Ticket Television (The Judge Judy Show) for ten years, which

559    can be proven because I sent it to National news media and law enforcement agencies.

560     The fact that the "Judge Judy Show" is popular and lucrative and that Judith

561 Sheindlin makes forty-million dollars a year pretending to be a judge that many people

562 believe to be real, does not make it any less of a fraud than impersonating a police

563 officer.

564     The way Judith Sheindlin "imagined" lies in her head and then spread her

565 "injurious falsehoods" to be repeated by other unscrupulous people has nothing to do

566 with "reality".

567     Calling something reality when it is in fact a fiction is known as a "fraud".

568     Big Ticket Television's show the "Judge Judy Show" is a fiction which the state of

569 Colorado has implemented into their laws, giving judges permission to force plaintiffs

570 into "mediation" which is a civil violation under "color of state law" and an act in

571 furtherance of the conspiracy against the rights of the entire citizenry of the United

572 States.

573     Eric Elliff and C. Scott Crabtree fulfilled this Racket in perfect form as I described

574 as the civil rights conspiracy, under color of Colorado state laws including "premises

575 liability" statutes and Colorado law allowing judges to force plaintiffs into mediation

576 against their constitutional rights.

577
578                         **BACKDROP I:**

579     This suit comprises the product of over ten years of investigations and evidence

580 gathering, and documents what Plaintiff believes is a burgeoning organized crime

581 network that has been allowed to flourish unchecked.

582     To summarize, the individuals behind the Big-Ticket Television episode "The

583     Judge Judy Show" influenced the retaliation by Utah's Department of Workforce

584     Services and Andrus Transportation.

585     The perpetrators enlisted corrupt police department officials and other

586     government employees.

587     During this time multiple email accounts were intruded into, and the perpetrators

588     discovered valuable private information about Plaintiff's personal and business affairs,

589     which they then proceeded to interfere with.

590     During this time a friend in West Africa encountered trouble with what she

591     described as "the mafias", including her brother Frank Oko.

592     These "mafias" were joined by the conspirators in order to rob her of her

593     inheritance.

594     It has since come to light that much of what has taken place in West Africa was

595     the doing of American citizens including the Denver Police and C. Scott Crabtree who

596     confessed on tape.

597     The conspirators acting in large part "under color of law" as government

598     employees and bankers under "Bank Secrecy" laws, went on a mission to destroy

599     Plaintiff's business and personal relations by monitoring his every move and doing the

600     same to anyone choosing to have a relationship with him.

601     During this time Plaintiff received various threats against himself and his

602     associates.

603     Around this time Plaintiff slipped on some ice that was made by en employee of a

604     truck washing company frequented by him (Eco Truck Wash).

21

605    The employee ran a large water hose across a cold walkway and then left it

606    hanging from a wall running ice cold water and stepped back as Plaintiff was directed to

607    walk around the corner where the water had created an invisible sheet of ice.

608    The employee would have known of this because he had been standing in the

609    same area when he left the hose hanging from the wall and running.

610    This happened the week Plaintiff was preparing a business trip or "vacation" to

611    West Africa.

612    Plaintiff shattered his ankle in three places and tore his tendons and ligaments off

613    his shin up to his knee. His foot was severely swollen and is in constant stinging pain

614    three and a half years later.

615    A large "stain" covers the top of his foot presumably from the nerve damage, and

616    his big toenail has turned black.

617    In spite of this, Pinnacol Assurance used Coburn Investigative to sabotage his

618    relationships with neighbors and others, representing the shattered ankle as a "sprain

619    ankle".

620    Years earlier while on duty at Walmart in Loveland Colorado a Walmart driver

621    backed a semi-trailer up and slammed it into the side of Plaintiff's truck as he was

622    coasting through the parking lot (see pictures).

623    In the same manner Concentra refused treatment and Walmart's insurance

624    company denied fault, saying that Plaintiff "shouldn't have been in the parking lot".

625    Concentra was unable to produce records, and even though the doctor

626    diagnosed a back injury, it was recently changed by doctors at Concentra by the

627  direction of management making this at least the third time Concentra altered or

628  tampered with medical records.

629       During this time the conspirators remained unrelenting in their attempts to

630  destroy every aspect of his life including sabotaging his near perfect credit which they

631  are doing to this very day.

632       Concentra Medical and Pinnacol Assurance took every measure to defeat

633  Plaintiff's case including altering doctor's records and reducing the severity of his injury

634  which was systematically taken advantage of by all of the related parties to the

635  Organized Crime Racket.

636       Doctors refused to (or were prevented from) conduct (-ing) a Cat Scan, an MRI

637  and omitted to use an internal tourniquet to hold his torn ligaments to his bone for

638  proper healing.

639       The doctors then accused Plaintiff at various times and in various ways of not

640  wanting to be able to walk, and taking too long to heal, and even suggested that he was

641  just trying to get high on their "feel good pills".

642       Professionals evaluate an ankle injury in terms of millimeters and yet no such

643  attention was given, which has resulted in severe and extreme stinging pain in Plaintiff's

644  foot up to and including his toes, and his shin up to his knee.

645       On several occasions during physical therapy Plaintiff watched a female patient

646  with a gauze wrap on her wrist receiving ultra-sound treatment while having a lengthy

647  (half hour) chat with her female nurse, yet Plaintiff does not recall ever receiving such

648  therapy for his severe injury.

649    The severity of the injury was intentionally ignored by the "expert" physician for

650    Liberty Mutual Insurance Robert H. Leland, as were the falsified records by Concentra

651    which he reviewed for his "report", in which he then asserted that there is "no way" that

652    Plaintiff could return to work in such pain as stated in records.

653    The constant cruelty of the conspirators makes it impossible to distinguish their

654    intentions from the intentions of the Truck Wash employees who set the trap that

655    caused the tragic accident.

656    Lawyers for the truck wash later claimed that Plaintiff "got up and walked into the

657    office" which was not even possible because his foot was all but completely

658    dismembered from his leg except for connective tissue.

659    They then fabricated property warning signs that were nonexistent at the time,

660    which they planned to use to "impeach" the Plaintiff, and misrepresented the accident

661    as being due to snow, as did Collin Earl of Earl and Earl who continually refused to

662    listen to the facts of the case.

663    Both of Plaintiff's feet flew out from under him and he landed in "body slam" style

664    on his back before his right ankle smacked the cement, tearing his flesh off his bones

665    up to his knee, leaving black and blue bruising above his knee (see photos).

666    Videos taken by Plaintiff show a severe curve of his shin bone up to his knee of

667    which no notice was taken, or attention given by physicians.

668    Plaintiff was strategically forced to return to work by management for Concentra

669    and Pinnacol who altered the records of the doctor on multiple occasions, at a rate of

670    twelve dollars an hour, which was not even enough to live on, and was far below other

671    employees receiving treatment for alleged injuries.

672        The first time Concentra management altered Plaintiff's doctor's orders in order

673    to attempt to force him to return to work, he was still on crutches and learning to walk.

674        Pinnacol Assurance dictated to Coburn Investigative agency a finding of a "sprain

675    ankle" in order to facilitate their fraud and abusive policies.

676        This shows an intentional cruelty, and constant attempt to destroy his life and

677    leave him for dead, even as he was struggling to walk.

678        This forced Plaintiff to return to truck driving prematurely, refusing vocational

679    rehabilitation and forcing him to use his broken ankle continuously which has destroyed

680    his foot and leg and left him in extreme agonizing pain on a constant basis.

681        Details of financial sabotage will be addressed in full, including the destruction of

682    his credit and banking relations which persist to this day and can be traced back to

683    Wells Fargo and the conspiracy to prevent Plaintiff from his business trip to Ghana West

684    Africa.

685        During this period Plaintiff's near perfect credit rating took a dive from 900/999

686    (see Sprint letter) to 600 (see Barclaycard decrease letter).

687        Plaintiff founded his own Operational Auditing firm, as part of his research and

688    development arm of his company.

689        The original purpose was to monitor the activities of his stalkers including Judith

690    Sheindlin (The Judge Judy Show). In order to ensure a valuable use of time spent he

691    included this as a function of his business ambitions and endeavors which the

692    conspirators were attempting to prevent.

693        Plaintiff has amassed several financial opportunities, each of which the stalkers

694    have sought to destroy through a combination of email and computer crimes and the

695     abuse of law enforcement resources and the destruction of his credit and the revocation

696     of his credit lines by secretly contacting all of his banks and creditors.

697         This has enabled an organized crime ring to expand which they have made use

698     of and which is out of control, resulting in multiple tragedies to the Plaintiff and his

699     clientele.

700         The conspirators attempted to cast a shadow of confusion around the Plaintiff by

701     hacking into his clients' email accounts and phone lines and impersonating them.

702         By this they were able to infiltrate all of his clients and take over by theft all of

703     their land and assets that they entrusted to him, and to form a vast organized crime

704     network that Plaintiff has fully documented.

705         The Plaintiff entered into an agreement with his clients to establish a trust fund,

706     and to abandon this promise would be fatal to them and all of their assets and interests

707     would fall into the hands of the above crime network which is the mob's primary

708     objective.

709         As a merchant it is the responsibility to validate the authenticity just like a

710     diamond merchant will verify the authenticity. It is erroneous to think that if one

711     transaction is flawed that every other transaction should be canceled out or assumed

712     false.

713         This is the hope of the stalkers who created a fictitious transaction by

714     counterfeiting while impersonating one of Plaintiff's clients.

715         Around late 2012 and the first of 2013, Plaintiff's Yahoo instant messaging

716     conversations were infringed on by the Ghana Police while in the middle of instant

717     messaging (IM) chats with a young lady who he had met on a dating site.

718      Plaintiff contacted the local police (Denver and Lakewood), FBI, Department of

719  State and DOJ, all of which had the same storyline as the infiltrators.

720      The Ghana Police insisted while interrupting Plaintiff's conversations that he was

721  chatting with a man pretending to be a woman, and that they were contacting the FBI to

722  report him about it, in spite of the fact that Plaintiff has had web video chats which he

723  recorded to prove otherwise.

724      It was at this time that Plaintiff knew he would gather the information to prove the

725  truth, and to help the young lady who asked for his help with what she called "the

726  mafias".

727      At the time Plaintiff received a brief phone call back from an FBI agent who

728  misrepresented the facts and slammed the phone in his ear.

729      It would be several years before C. Scott Crabtree and Eric Elliff, here in Denver

730  Colorado would openly reveal on tape that he was involved with the stalking and

731  kidnapping of the young lady and others in Ghana while viciously sabotaging Plaintiff's

732  injury claim and confirming that the accident was caused in order to prevent his

733  business trip to Ghana.

734      This is when Eric Elliff would provide proof of the civil rights conspiracy of "The

735  Judge Judy Show" which Plaintiff has been documenting for the national news media for

736  ten years.

737      The Plaintiff has been Interfered with constantly and has experienced tragedies

738  which these people are responsible for as part of a corrupt enterprise.

739      Plaintiff has also been in contact with the CIA and confidentially proposed a

740  working relationship for purposes of exposing the truth, which was never responded to.

741     In light of all the tragic occurrences it seems clear that the only people who have

742   been responsive are the under-cover criminals.

743     The stalkers here in America have left clear evidence that they are behind the

744   international cyber-crimes including counterfeiting and identity theft in an attempt to

745   create confusion around legitimate large-scale financial dealings (AKA "the mafia").

746     Plaintiff's clients have been falsely imprisoned in the same way as Newmont

747   Mining company attempted to do in Peru, while converting their stolen land, and this is

748   the intention of the conspirators in this instance, and Newmont Gold has operations in

749   both Ghana and Peru.

750     The conspirators used official government and law enforcement resources as

751   well as "Bank Secrecy" policies and practices to spread their deceit to other banks, as

752   part of a large scale operation designed to rob foreign citizens in their own

753   country/continent, with the Plaintiff as a witness.

754     Many of the injustices caused by the conspirators including thefts, stalking,

755   sudden auto accidents, violent mafia assaults and deaths have been mistakenly

756   attributed to the Plaintiff by his associates, and so he has been made to look as though

757   he is behind the events that the corrupt officials have caused.

758     This means the conspirators are committing crimes while acting "under color of

759   law" and then hiding under government/bank secrecy as the Plaintiff takes the blame for

760   their corrupt actions.

761     During a recorded interview with C. Scott Crabtree it was admitted in various

762   ways boastfully by him that he was aware of many of these details, and he sabotaged

763   his injury claim in order to prevent Plaintiff from "taking a vacation".

764    No such concern for Plaintiff's inability to walk or to heal properly or to have the

765    painful hardware removed from his leg was shown.

766    In fact, it has been their intention all along that Plaintiff would be unable to take

767    time off from work to have the operation, and they have paid great attention to their

768    methods which Plaintiff is prepared to prove to the court.

769    Due to the fraudulent nature of circumstances surrounding Plaintiff's injury, no

770    possibility for appropriate and adequate treatment exists, because to do so would be an

771    open admission of fraud, malpractice and conspiracy, and ultimately lead to the broader

772    issue as to the reasons for this behavior.

773    There is no way Concentra and their Orthopedic surgeon Dr. Stuart H. Meyers,

774    MD/Colorado Orthopedic Consultants, LLC can be trusted because with the severity of

775    the pain, it is the Plaintiff's belief that the proper scans (Cat, MRI and X-rays) will show

776    a deficiency in prior treatment and additional unnecessary damage.

777    Intent common to defendants is manifest by the approval of the conduct of the

778    co-conspirators, and the conscious decision to further the conspiracy by creating the

779    causes of action which elements apply.

780    The approval that is made manifest through the evidence concerning all of the

781    co-defendants is the underlying intent that has been revealed to corroborate the

782    allegation of the conspiracy.

783    **BACKDROP II:**

784

785    Phase I: Childhood

786

787    Unlike more fortunate citizens, my earliest childhood memories include a visual

788    that forty years later I cannot shake. My older brother by a year (eleven at the time and

789  myself nine) was preparing to take me to the park behind our house for a picnic when

790  "Bruce" showed up and asked what we were doing.

791         At that moment my brother told him, Bruce tackled him on the porch and kneeling

792  down on the poor boy's arms defenseless, pounded his head into the ground repeatedly

793  like a basketball, until I blacked out from the shock.

794         My brother suffered severe neurological trauma later in adult life, and no one

795  seemed to know why except for me.

796         Phase II: Late Youth

797         As soon as I turned twenty-one, I moved to El Paso with a friend, to get away

798  from the nightmare of my upbringing.

799         I joined a Christian Ministry which was very fulfilling and was there for two or

800  three years until it came to an end when a detective who said Bruce and Cathy had

801  placed me on a "missing persons" database ran into me.

802         The detective proceeded to destroy my career with the ministry in order to force

803  me to return to Denver.

804         I returned to find that Bruce and Catherine curiously had two ladies from Russia

805  living with them. I don't recall ever exchanging a word with either of them which made

806  me suspicious of their reason for being there.

807         Again, I see a pattern continually repeating of the abuse of my rights as a citizen.

808         As I watch the investigations into Russia on cable news I see that the Trump

809  Administration was attempting to set up a money laundering channel to transfer the

810  wealth that they were in the process of stealing from my clients, which they learned

811  about while stalking, harassing and intruding upon our email conversations.

812     Phase III: Early Adulthood

813     At twenty-six I decided I wanted to own my own rig and drive commercially

814  across the country. At the time I was purchasing my first truck I was talked into moving

815  in with the female friend (Jo Ann Lee) of a co-worker to help her.

816     I soon found out that her husband had died of a gunshot during an argument with

817  her.

818     I only knew Jo Ann for about three months.

819     Jo Ann Lee had a fetish with starting an argument with hurtful insults, and then

820  calling the police weeping for pity.

821     I remember she showed me a letter from someone she described as mafia, filled

822  with two or three pages of cryptic threats to her husband that she claimed led to his

823  suicide.

824     I couldn't understand what the point was, until decades later when for some

825  unknown reason I started thinking about it while I was pondering some threatening

826  emails and harassment by the police, as well as the death trap of ice that was laid for

827  me to shatter my ankle.

828     I developed the suspicion that there must be a connection.

829     This Jo Ann Lee had a vicious temper, and she had a self-pity complex that

830  caused people to feel sorry for her for things that she was causing and bringing upon

831  herself.

832     On one occasion she took an ambulance ride to the hospital a week after we had

833  an argument. She told the paramedic she was "traumatized".

834     I now realize that this appears to have been fraudulent and it was used to

835     prosecute me.

836     I wonder increasingly if her husband really committed suicide, or if there was

837     more to the story.

838     As I document all the attempts to destroy my life and my credit, I see a pattern of

839     extreme cruelty that persists after twenty-three years.

840     For this reason, I am naming Jo Ann Lee (of Aurora at the time) and City of

841     Aurora (and Police) as co-defendants.

842     Phase IV: Judith Sheindlin

843     In my early to mid-thirties I was in the process of moving to Houston Texas

844     where my Trucking terminal was located. Bruce and Cathy were undergoing an

845     obscene divorce, but they talked me into moving back to stay with Bruce and help out

846     with rent.

847     One day when I returned from California Bruce was having a mood swing, which

848     made it impossible to endure. So, I secretly made arrangements for some movers a few

849     days later.

850     Mysteriously Bruce showed up with a Jefferson County Sheriff at the moment the

851     movers arrived and began twisting the facts in an attempt to arrest me as I was loading

852     the truck with the movers.

853     I barely escaped, and soon thereafter the "Judge Judy Show" contacted me and

854     asked me to be on their show. They offered to pay off a loan that Bruce and I had

855     agreed to, which I was current on payments with.

856     Later the "Judge Judy Show" went back on their contract to pay the judgment,

857     which was a complete shock. (See exhibit)

858     Around this time a "friend" of Catherine began sending mail to my new home

859     addressed to Cathy, in order to harass and play mental games days before Christmas.

860     I dialed the number on the junk mail and told her plainly to stop sending her mail

861     to my address.

862     After Christmas a police officer (Denver or Arvada if I recall) who informed me

863     that he was setting up a file on me.

864     From then on, the Police and the stalker have not stopped following me around,

865     harassing me and tampering with my mail.

866     These are the same people behind all of the other crimes in this complaint.

867     I have since witnessed a long pattern of obsessions with tampering with my mail,

868     and came to include email hacking, which will be detailed later.

869     I never watch the show and I have never seen the episode, but a neighbor who

870     saw it years later said it looked like it was manipulated to embarrass me.

871     Phase V: The Stalkers

872     I was laid off of work from Andrus Transportation a couple years later, when

873     Utah's Department of Workforce Services and Andrus decided to say I "quit" in order to

874     commit Unemployment Insurance Fraud, while prosecuting me for committing the very

875     fraud that they had committed.

876     I began noticing a pattern of stalkers accusing me for things that they had

877     committed. (see Sprint, Wells Fargo etc.)

878    The stalkers including the Police never ceased from harassing me on a daily and

879    weekly basis, which I documented and sent to various news media for several years.

880    They also took a constant pleasure in tampering with my credit and this pattern

881    persists to this day, and this is the backdrop for all of the Mail Fraud/ Wire Fraud,

882    computer and banking crimes, and civil rights conspiracies alleged in this complaint.

883    I have evidence to back everything up, but it has been next to impossible to bring

884    it to light because these stalkers keep providing more evidence that I have to continually

885    document.

886    They clearly enjoy what they are doing and have even become flamboyant and

887    shameless because they have the blessing (and participation) of the Police, the FBI and

888    the Denver County District.

889    The common result has been a repeated intentional destruction of plaintiff's credit

890    and finances, as well as the sabotage of his personal and business relations, as well as

891    numerous thefts and tragedies to my clients in Ghana; West Africa.

892    The common element permeating all of the actions alleged by all of the above

893    parties is a perpetual, serial and persistent assault on plaintiff's life on a constant and

894    ruthless basis, without regard for the law.

895    The combined conspiracy has provided a perfect international racketeering

896    business model that has enabled false imprisonments, thefts and conversion of land

897    and estates, accidents and murder, which has been actively facilitated by the Denver

898    Police department.

899    This includes the use of counterfeiting, and hacking into email accounts, banks

900    and Federal databases, all of which will be backed with evidence.

901   The same officials who are secretly abusing government resources have been

902   directing all of the parties named as well as others, and their presence will be made

903   manifest by hard evidence regardless of claims of entitlement to secrecy ("bank" etc.)

904   and immunity (state, etc.), "attorney/client privilege" and other excuses.

905   All of the above parties have repeatedly, serially, consistently and knowingly

906   conspired to misrepresent facts.

907   The courts will be presented with all of the occasions of email accounts hacked

908   into, phones and other devices stolen (including phones stolen by DHL), threatening

909   emails, refusals of investigative agencies to assist, credit and livelihood sabotage,

910   coincidental Interferences, accidents, assaults, stalkings by "The Judge Judy Show" in

911   the same manner as stalkings of clientele 8000 miles away on another continent, and

912   deaths including cold blooded murder (as well as my broken leg).

913   **Case 1:09-cv-00656-REB**
914
915   In a class action, Case 1:09-cv-00656-REB Filed 03/24/2009, JOSEPHINE

916   GIANZERO and JENNIFER JENSEN, individually and on behalf of all others similarly

917   situated, Plaintiffs, v. WAL-MART STORES, INC., a Delaware corporation; CLAIMS

918   MANAGEMENT, INC., an Arkansas corporation; AMERICAN HOME ASSURANCE

919   CO., a New York corporation; CONCENTRA HEALTH SERVICES, INC., a Nevada

920   corporation; and JOHN DOES 1-10, whose true names are unknown, Defendants - the

921   very same patterns of Racketeering and abuse were alleged against the same

922   defendants Walmart and Concentra. In this case the insurance providers are Pinnacol

923   Assurance and Liberty Mutual Insurance.

924        In order to further establish the patterns which I shed even more light on, I will

925    quote the relevant passages here and incorporate into this complaint. The main

926    difference between my position is that the defendants not only used policies such as

927    "flowsheets", they doctored records, and they took cruel and sadistic pleasure in their

928    conduct which was fully calculated to achieve the results described in this complaint.

929        Quoted text is in brackets and continues for the next seven pages.

930    ["INTRODUCTION:

931        [Defendant Wal-Mart, in collaboration with defendants…Concentra, …and as a

932    part of a pattern and practice, unlawfully and improperly dictates and controls the type

933    and/or the duration of medical treatment received by its injured…in violation of Colorado

934    law.

935        [Examples of Defendants' improper and unlawful conduct include, but are not

936    limited to: Wrongfully dictating/directing treatment…in violation of Colorado statutes,

937    regulations, and common law; Wrongfully establishing directives which prohibit

938    Concentra doctors and/or the Doe Defendants from prescribing certain medical

939    treatments for injured Wal-Mart employees; Wrongfully placing restrictions upon the

940    duration and/or type of treatments prescribed by Concentra doctors…

941        [Wrongfully requiring Concentra doctors… to obtain "pre-authorization" from Wal-

942    Mart… for referrals to other treatment providers and/or for certain prescribed medical

943    treatments; wrongfully withholding, delaying and/or denying the authorization of

944    treatment referrals made by Concentra doctors…

945    [Wrongfully interfering with the treating physicians' exercise of independent

946    medical judgment; and wrongfully establishing policies, procedures, and practices

947    designed to circumvent the statutory and regulatory processes for determination of the

948        medical necessity of prescribed medical treatments.

949    [Plaintiffs and the Class members have suffered and continue to suffer damages

950    as a result of Defendants' unlawful and improper acts and omissions in connection with

951    the medical

952        Treatment…

953    [B. The Unlawful Dictation of Medical Care

954    [32. CMI, AHA, Concentra, and the Doe Defendants, as part of a pattern and

955    practice, aided and abetted Wal-Mart in implementing policies, practices and

956    procedures designed to unlawfully and improperly dictate, withhold, delay, deny and/or

957    interfere with the medical treatment of injured Wal-Mart employees.

958    [33. Upon information and belief, Concentra and/or the Doe Defendants assisted

959    with the development of and/or agreed to follow Wal-Mart, AHA, and/or CMI's imposition

960    of unlawful and improper restrictions on the treatment of injured Wal-Mart workers.

961    [34. Concentra communicates the medical treatment restrictions to its physician

962    employees in written directives (referred to by Concentra as "Flowsheets").

963    [35. Concentra requires its physician-employees to adhere to the Flowsheet

964    treatment restrictions and/or requirements when acting as ATPs in the course of treating

965    and/or making referrals for the treatment of injured Wal-Mart employees.

966    [36. The Flowsheets contain "Protocol Notes" which improperly direct and/or

967    restrict the treatment of injured Wal-Mart workers. For example, the Protocol Notes

968    require the ATP to

969        obtain "pre-authorization" from CMI for referrals to other treatment providers

970    (e.g., specialists) in direct violation of Colorado law.

971    [37. The unlawful and improper "pre-authorization" procedures, practices, and/or

972    policies implemented by Defendants result in delays in the injured workers' receipt of

973    treatment, denial of prescribed medical treatment, withholding of benefits and/or the

974    inability of the injured workers to obtain medical treatment prescribed by their ATP.

975    Furthermore, delayed and

976        withheld treatments compromise the injured workers' ability to fully recover from

977    their injuries.

978    [38. In addition, CMI routinely denies authorization for treatment referrals by

979    challenging the medical necessity of the referrals during the required "pre-authorization"

980    communications with Concentra and/or the Doe Defendants.

981    [39. Despite the fact that two administrative law judges and the Industrial Claims

982    Appeals Office determined that the Flowsheets and Protocol Notes unlawfully dictate

983    treatment in violation of the Act, Defendants continue to treat injured Wal-Mart

984    employees subject to the Flowsheets and/or Protocol Notes.

985    [40. Instead of following the statutory and regulatory procedures for challenging

986    the medical necessity of a referral (which require, among other things, judicial

987    determination of medical necessity in the event of a dispute), Defendants implemented

988    policies, practices, and procedures designed to improperly and unlawfully bypass the

989    regulatory and statutory procedures applicable to determination of medical necessity, by

990    forcing Concentra and/or the Doe Defendants to justify to CMI's adjustors the medical

991    necessity of the prescribed treatment(s)

992         in order to obtain pre-authorization for the referral.

993         [41. In addition to violating Colorado law, Defendants' conduct preempts the

994    ATP's exercise of independent medical judgment and substitutes the preferences of

995    CMI's adjuster for the expert medical judgment of the treating physician.

996         [42. Furthermore, by evading the regulatory and statutory procedures for

997    determination of medical necessity of prescribed treatments, Defendants' conduct

998    undermines the decisions of administrative law judges and/or substitutes the judgment

999    of CMI's adjuster in lieu of the judgment of an administrative law judge, following a

1000   hearing and the opportunity for both sides to present evidence regarding medical

1001   necessity of particular treatments. ...

1002        [59. As a proximate result of Defendants' unlawful and improper policies, practice

1003   and procedures, Plaintiffs and the Class members have suffered and will continue to

1004   suffer damages, in an amount to be determined at trial. ...

1005        [j. Defendants' ongoing scheme is designed to improperly reduce the costs of

1006   providing workers' compensation benefits at the expense of the injured Wal-Mart

1007   employees by permanently depriving the injured workers of medical treatment and/or

1008   benefits to which they are legally entitled under the Act.

1009        [Violation of Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C.

1010   §§1961-1968, against all Defendants)

1011       [144. The Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18

1012 U.S.C. §§1961-1968, prohibits conduct involving a "pattern of racketeering activity."

1013       [145. RICO provides for a private right of action to "[a]ny person injured in his

1014 business or property by reason of a violation of section 1962". 11 U.S.C. §1964(c).

1015       ["Racketeering activity" is defined in Section 1961(1)(B) to include various

1016 predicate acts indictable under provisions of the United States Code. Predicate acts that

1017 constitute racketeering activity include mail and wire fraud, indictable under 18 U.S.C.

1018 §§ 1341 and 1343 respectively.

1019       [146. RICO Section 1962(c) makes it unlawful for any person employed by or

1020 associated with an enterprise affecting interstate or foreign commerce to conduct or

1021 participate in the conduct of the enterprise's affairs through a pattern of racketeering. …

1022       [148. Beginning at some point prior to April 6, 2007 and continuing through the

1023 present, Defendants devised and executed a scheme to defraud Plaintiffs and in order

1024 to profit

1025 from dictating, withholding, delaying and/or denying medical treatment to injured

1026 Wal-Mart workers.

1027       [149. Defendants have colluded to dictate, withhold, delay and/or deny medical

1028 treatment to injured Wal-Mart workers and to disseminate false and misleading

1029 information concerning medical treatment and/or workers' compensation benefits to the

1030 injured workers and the general public.

1031       [150. The enterprise engaged in and its activities affected interstate commerce.

1032 The enterprise violated the Act and used the United States mail and wires to transmit

1033 fraudulent

1034    information across state lines.

1035    [151. Upon information and belief, the enterprise found its nucleus and decision-

1036    making center in Wal-Mart.

1037    [152. Upon information and belief, Wal-Mart organized the enterprise and

1038    dictated the terms of the scheme designed to unlawfully dictate, withhold, delay and/or

1039    deny medical

1040    treatment to injured Wal-Mart employees.

1041    [153. In order to bring Defendants' plan and scheme to fruition, Defendants

1042    conducted the enterprise's affairs through a "pattern of racketeering activity" within the

1043    meaning of §1961(5) and in violation of Section 1962(c).

1044    [154. Defendants have executed this scheme and artifice with the intent to

1045    defraud Plaintiffs and the Class members through false pretenses, representations and

1046    promises and/or to permanently deprive Plaintiffs and the Class members of their right

1047    to receive medical treatment under the Act.

1048    [Defendants used the mails and/or wires to advance and execute this scheme.

1049    [155. Defendants willfully and/or with actual knowledge of their illegal activities

1050    committed the following indictable predicate acts of mail and wire fraud, each of which

1051    constitute "racketeering activity", and all of which collectively demonstrate a "pattern of

1052    racketeering activity" for purposes of Section 1962:

1053    [f. Defendants have in the past and presently continue to knowingly engage in

1054    conduct designed to obtain or exercise control over workers' compensation benefits

1055    belonging to Plaintiffs and the Class members and to conceal their entitlement to these

1056    benefits in such a manner as to permanently deprive Plaintiffs and the Class members

41

1057    of the use or benefit of these workers' compensation benefits to which they are entitled

1058    by law.

1059        [157. Defendants willfully and/or with actual knowledge of their illegal activities

1060    have formulated and embarked on an extensive plan of related acts in order to defraud

1061    Plaintiffs and the Class members. Defendants' acts are related because the acts have

1062    the same results, participants, victims, and methods of commission.

1063        [158. Defendants' pattern of racketeering activity has been continuous over a

1064    period of more than two years with a clear threat of future racketeering activity that will

1065    continue to affect Plaintiffs and the Class members.

1066        [159. As a direct result of Defendants' conduct in violation of Section 1962(c),

1067    Plaintiffs and the Class members have suffered and will continue to suffer damages. In

1068    addition to an award of actual damages, Plaintiffs and the Class members are entitled to

1069    treble damages, costs, and reasonable attorney's fees pursuant to Section 1964(c).

1070        [161. Defendants conspired amongst each other to violate 18 U.S.C. §1962(c).

1071        Defendants' conspiracy violated 18 U.S.C. §1962(d), which makes it unlawful for

1072    any person to

1073        conspire to violate §1962(a), (b), or (c).

1074        [162. Defendants associated to form an enterprise within the meaning of

1075    §1961(4) for the purpose of making money by dictating, withholding, delaying and/or

1076    denying medical

1077        treatment to injured Wal-Mart workers.

1078   [167. The Colorado Organized Crime Control Act ("COCCA") §18-17-101, et

1079   seq., prohibits conduct involving a "pattern of racketeering activity" and provides for civil

1080   remedies

1081       for persons injured by such activities.

1082   [168. Racketeering activity is defined in §18-17-103(5), C.R.S. to include various

1083   predicate acts indictable under the United States Code and/or Colorado statutes.

1084   Defendants'

1085       predicate acts that constitute racketeering activity include mail and wire fraud,

1086   indictable under 18 U.S.C. §§1341 and 1343 respectively, as well as theft and computer

1087   crimes, indictable under §§18-4-401, C.R.S. and 18-5.5-102, C.R.S., respectively.

1088   [169. COCCA section 18-17-104(3) makes it unlawful for any person employed

1089   by or associated with an enterprise to conduct the affairs of an enterprise through a

1090   pattern of

1091       racketeering.

1092   [170. COCCA section 18-17-104(4) makes it unlawful for any person to conspire

1093   or endeavor to violate §18-17-104(3).

1094   [171. Defendants are "person[s]" within the meaning of §18-17-103(4), and have

1095   associated to form an "enterprise" within the meaning of §18-17-103(2) for the purpose

1096   of profiting from a "scheme" consisting of the establishment of policies, practices, and

1097   procedures designed to unlawfully and improperly dictate, delay, deny, withhold and/or

1098   interfere with the medical treatment of injured Wal-Mart employees in the State of

1099   Colorado.

1100   [Class Claim for Permanent Injunction Against all Defendants

1101    [185. Defendants hold no legal or equitable right to continue to violate Colorado

1102    law and/or to breach the duty of good faith and fair dealing owed to Plaintiffs and the

1103    Class

1104        members.

1105    [186. If not enjoined, Defendants will continue to violate Colorado law,

1106    Defendants will continue to breach the duty of good faith owed to Plaintiffs and the

1107    Class members, and

1108        Defendants will continue to cause harm to Plaintiffs and the Class members.

1109    [187. RICO Section 1964(a) authorizes this Court to enjoin Defendants' conduct

1110    in violation of §1962 and to impose reasonable restrictions on Defendants' future

1111    conduct. 18

1112        U.S.C. §1964(a).

1113    [188. CCPA section 6-1-110 authorizes the court to enjoin Defendants from

1114    continuing, engaging in, or doing any act in furtherance of any trade practices which

1115    violate the CCPA. §§6-

1116        1-110(1), 6-1 -113(1), C.R.S.

1117    [189. COCCA section 18-17-106 authorizes the court to, among other things,

1118    enjoin Defendants' conduct which is found to be in violation of COCCA section 18-17-

1119    104 and to impose reasonable restrictions on Defendants' future conduct. §18-17-106,

1120    C.R.S."]

1121    - End of Case 1:09-cv-00656-REB Filed 03/24/2009, JOSEPHINE GIANZERO

1122    and JENNIFER JENSEN

1123    **PARTIES PART I - CLAIMS DETAILED:**
1124

1125        1. WELLS FARGO & COMPANY Inc.

1126        Wells Fargo bank stole a $38,000 US Treasury Check and "reversed" a $2.300

1127   electronic payment, alleging "fraud".

1128        Wells Fargo claims they possess "proprietary methods" for determining the

1129   authenticity of a transaction, which is a synonym for "fraud" and Misrepresentation, by

1130   the same group of mobsters discovered to have acted on behalf of Pinnacol Assurance

1131   to investigate plaintiff for pretending to "sprain" his ankle.

1132        Wells Fargo conspired with Citibank, Wells Fargo Advisors and others to interrupt

1133   a $30 million wire transfer, accusing Plaintiff of money laundering, in order to steal the

1134   funds and Launder them to Russia via a "secret back channel" with the Trump

1135   Administration.

1136        Wells Fargo had full knowledge of the validity of these transactions through what

1137   they call "proprietary methods" which is a deceitful phrase for computer crimes and

1138   economic espionage.

1139        Wells Fargo and their gang of co-conspirators are behind all of the email and

1140   computer database hacking including Federal Agency databases and other banks as

1141   documented.

1142        They used this stolen information to disrupt my contractual/business dealings

1143   and to steal from me and my clients.

1144        Wells Fargo misrepresented facts to cover up their thefts, and spread these

1145   falsehoods maliciously throughout the banking community, as a conduit for forming a

1146   network of banking and law enforcement criminals for their Racketeering enterprise.

1147    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1148    order to achieve fraudulent objectives, resulting in the violation of my rights and the

1149    rights of others.

1150    2. WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC

1151    Wells Fargo Advisors Interfered with a $30 million international transfer, accusing

1152    plaintiff of "money laundering", and then conspired under "bank secrecy" to steal the

1153    $30 million and launder it away into oblivion.

1154    Wells Fargo Advisors conspired with Wells Fargo, Citibank, and others to

1155    interrupt a $30 million wire transfer, accusing me of money laundering, in order to steal

1156    the funds and launder them to Russia via a "secret back channel" with the Trump

1157    Administration.

1158    Wells Fargo Advisors had full knowledge of the validity of these transactions

1159    through what Wells Fargo calls "proprietary methods" which is a deceitful phrase for

1160    computer crimes and economic espionage.

1161    Wells Fargo Advisors and their gang of co-conspirators are behind all of the

1162    email and computer database hacking including Federal Agency databases and other

1163    banks as documented.

1164    They used this stolen information to disrupt my contractual/business dealings

1165    and to steal from me and my clients.

1166    Wells Fargo Advisors misrepresented facts to cover up their thefts, and spread

1167    these falsehoods maliciously throughout the banking community, as a conduit for

1168    forming a network of banking and law enforcement criminals for their Racketeering

1169    enterprise.

1170    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1171    order to achieve fraudulent objectives, resulting in the violation of my rights and the

1172    rights of others.

1173    3. WESTERN UNION CORP Inc.

1174    Western Union refused to payout a wire transfer, alleging "fraud".

1175    Western Union attempted to force me to go to my bank (US Bank) and accept a

1176    refund in order to convey to my bank that I was involved in fraud in order to ruin my

1177    reputation.

1178    Western Union later made up a falsehood that I had been restricted from their

1179    services after I complained to the Better Business Bureau.

1180    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1181    order to achieve fraudulent objectives, resulting in the violation of my rights and the

1182    rights of others.

1183    4. CITIBANK Inc.

1184    Citibank breached a closed account at Wells Fargo with the aid of Wells Fargo

1185    employees in order to "reverse" an electronic payment of $2,300 that was made by one

1186    of Citibank's employees, which was being held for the Citibank employee whose United

1187    States Treasury Check for $38,000 was stolen by Wells Fargo.

1188    The Citibank employee and our client were accusing me of mishandling his

1189    check, which was in fact stolen by Wells Fargo. After Wells Fargo stole his Treasury

1190    check from me, the Citibank employee sent an electronic payment.

1191    I held onto his payment because I knew Wells Fargo was tampering with my

1192    transactions and attempting to steal a $30 million wire transfer that I entrusted them to

47

1193    manage; during which time Wells Fargo and Citibank "reversed" the payment and

1194    accused me of fraud.

1195         Wells Fargo then turned the stolen balance over to the credit bureaus and went

1196    on a crusade to destroy my credit and reputation among all of my banks and creditors in

1197    order to prevent my transfers and steal the $30 million inheritance.

1198         During this time a trap was laid that caused me to shatter my ankle, leaving me

1199    unable to fulfill my business trip to Ghana as planned, and enabling Wells Fargo and

1200    Citibank to steal the $30 million and the lands, estates and assets in Ghana that my

1201    clients signed over to me to protect as per their father's Will.

1202         Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1203    order to achieve fraudulent objectives, resulting in the violation of my rights and the

1204    rights of others.

1205         5. UNIFUND CCR, LLC.

1206         Unifund CCR, LLC and Nelson and Kennard acting with/for Citibank have

1207    continued the role of Citibank to diminish my credit rating and assault my finances, even

1208    when I am unable to work showing just how cruel, deceitful and lawless they are.

1209         Citibank assaulted my credit rating while admittedly acting with Wells Fargo to

1210    further Wells Fargo's conspiracy against me.

1211         Citibank with Unifund CCR, LLC, Nelson and Kennard; and Barclays with

1212    Jefferson Capital Systems LLC, Nick Deganhart, Katherine R. Obrien, and Thomas L.

1213    Potter  have and continue to conspire with Wells Fargo in furtherance of Wells Fargo's

1214    fraud and theft conspiracy against my credit rating, in furtherance of the Andrus

1215    Transportation/Utah DWS Employer Unemployment Insurance Fraud conspiracy - in

1216    furtherance of the Jefferson County/Bruce Nunemaker/Catherine Matus/Denver/Arvada

1217    Police/Judge Judy Show civil rights abuse conspiracy.

1218        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1219    order to achieve fraudulent objectives, resulting in the violation of my rights and the

1220    rights of others.

1221        6. NELSON & KENNARD (Citibank)

1222        Same as Unifund CCR

1223        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1224    order to achieve fraudulent objectives, resulting in the violation of my rights and the

1225    rights of others.

1226        7. JPMORGAN CHASE & CO

1227        Chase notified Pinnacle of a cancelled check, which was then used to "advise"

1228    the receiver of the cancelled check to sue Plaintiff without knowing the details.

1229        Chase Todd Munson made false misrepresentations concerning Ghana

1230    Commercial Bank's Director Simon Dornoo, turning correspondence over to

1231    "Compliance" without understanding the details, as guided by corrupt under-cover

1232    agents.

1233        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1234    order to achieve fraudulent objectives, resulting in the violation of my rights and the

1235    rights of others.

1236        8. PINNACLE BANK

1237        Pinnacle conspiring with Chase Bank, "advised" the receiver of a cancelled check

1238    to sue Plaintiff without knowing the details, while working secretly with John/Jane

1239 Doe(s) to destroy me as Pinnacol Assurance and Coburn, and the Wells Fargo

1240 Conspiracy.

1241       Bank of Colorado/Pinnacle Bank returned a cancelled check of mine to the

1242 recipient which was cancelled for reasons that Chase and Bank of Colorado/Pinnacle

1243 Bank did not know, and then "advised" the recipient of the canceled check to use it as

1244 evidence and to sue me, in furtherance of the conspiracy to sabotage my life.

1245       Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1246 order to achieve fraudulent objectives, resulting in the violation of my rights and the

1247 rights of others.

1248       9. BARCLAYS BANK DELAWARE

1249       Barclays assaulted my credit rating while admittedly acting with Wells Fargo to

1250 further Wells Fargo's conspiracy against me.

1251       Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1252 order to achieve fraudulent objectives, resulting in the violation of my rights and the

1253 rights of others.

1254       10. JEFFERSON CAPITAL SYSTEMS LLC

1255       Jefferson Capital Systems LLC, Nick Deganhart, Katherine R. Obrien, and

1256 Thomas L. Potter acting with/for Barclays Delaware have continued the role of Barclays

1257 to diminish my credit rating and assault my finances, even when I am unable to work

1258 showing just how cruel, deceitful and lawless they are.

1259       Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1260 order to achieve fraudulent objectives, resulting in the violation of my rights and the

1261 rights of others.

11. NICK DEGANHART (Barclays)

Same as Jefferson Capital Systems

Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in order to achieve fraudulent objectives, resulting in the violation of my rights and the rights of others.

12. KATHERINE R. OBRIEN (Barclays)

Same as Jefferson Capital Systems

Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in order to achieve fraudulent objectives, resulting in the violation of my rights and the rights of others.

13. THOMAS L. POTTER (Barclays)

Same as Jefferson Capital Systems

Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in order to achieve fraudulent objectives, resulting in the violation of my rights and the rights of others.

14. DISCOVER BANK

Discover Bank cancelled my clear and untarnished credit line after communicating falsehoods about Plaintiff with the conspirators, including Wells Fargo and Citibank.

Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in order to achieve fraudulent objectives, resulting in the violation of my rights and the rights of others.

15. US BANK NATIONAL ASSOCIATION

1285        U.S. Bank revoked a $10,500 credit line in furtherance of the conspiracy to

1286    sabotage my finances and to interfere with my business and life and to ruin me

1287    financially, in the same manner as Wells Fargo, Citibank, Discovery, and Barclays.

1288        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

1289    order to achieve fraudulent objectives, resulting in the violation of my rights and the

1290    rights of others.

1291    16. BBVA USA BANCSHARHARES INC.

1292        BBVA Compass conspired with the corrupt bankers to monitor my settlement,

1293    placing the mobile deposit limit amount at the exact amount of the check.

1294        BBVA Compass has acted as my "reverse accountant" in order to monitor my

1295    finances and act in furtherance of the conspiracy to destroy my finances and leave me

1296    dead.

1297        BBVA placed a hold on my debit/credit card for no reason without telling me,

1298    `causing multiple charges to bounce, in the same fashion as Wells Fargo did previously,

1299    and in furtherance of their conspiracy to sabotage my finances and my life and to

1300    destroy me.

1301        As a result of the hold placed on my debit card by BBVA Compass, an

1302    investment firm canceled my account, in furtherance of the conspiracy to sabotage my

1303    .finances.

1304    Invasion of Privacy for Check and card block

1305    17. BANK OF AMERICA CORP

1306        Bank of America attempted to steal a Workman's Compensation settlement

1307    check, and then attempted to lure plaintiff into committing fraud after they deposited a

1308   check which had already been cashed by plaintiff with their knowledge which they later

1309   claimed was an "error".

1310        Bank of America place a freeze or a hold on a check due to "check specific

1311   information"

1312        BOA then deposited the funds into my account after they had been notified by

1313   the law office who issued the check (Royce Mueller) that I cashed the check  at a more

1314   honorable bank, in order to frame me for fraud, and then wrote an "apology" letter.

1315        On Thursday, October 27, 2016 I initiated a mobile check deposit to my business

1316   account via Bank of America's smartphone app.

1317        After the check had cleared, on Friday an employee of the bank placed a

1318   "hold/freeze" on my check.

1319        A note in account details said a letter had been sent through standard U.S. Mail

1320   explaining the reasons, which diminishes the convenience of a mobile deposit.

1321        On Saturday Octagon 29, an email was sent to my business account with a Pdf

1322   attachment stating, "A hold was placed on your check(s) because check specific

1323   information indicates item may be returned".

1324        This indicates the judgement and belief of a certain employee that either s/he

1325   believes based on some kind of evidence that the check is somehow fraudulent.

1326        What kind of fraud the employee believes s/he has detected to justify such false

1327   representation;

1328        Exactly what "check specific information" is imagined to indicate such falsehood;

1329        The full name and position of all persons involved in this conspiracy to meddle in

1330   my business and defame myself and my associates;

1331    The complete details (including name and rank) of all parties internal and

1332    external who has been affected by the conspiracy including specific departments, law

1333    enforcement agencies and personnel; and any other financial institutions conspiring with

1334    Bank of America.

1335    18. HSBC GHANA

1336    HSBC bank of Ghana interviewed me for an hour over an attempt to set up an

1337    international bank account, with the pretext that I was doing something fraudulent, with

1338    the intent to interfere with economic advantage and inheritance in furtherance of the

1339    above conspiracy.

1340    19. GHANA COMMERCIAL BANK

1341    Ghana Commercial Bank conspired with Wells Fargo and Citibank to disrupt and

1342    steal a $100 million dollar account left behind by the deceased father of my client, $30

1343    million of which was given to me for guardianship.

1344    20. PINNACOL ASSURANCE

1345    Pinnacol Assurance with the aid of others including Concentra Health Services

1346    accused plaintiff of pretending to "sprain" his ankle, in the exact manner as Andrus

1347    Transportation and Utah's Department of Workforce Services accused plaintiff of

1348    pretending to be laid off for purposes of robbing him of benefits which he was rightly

1349    entitled.

1350    Pinnacol Assurance in the identical fashion breached their fiduciary duty by

1351    sabotaging my medical records and assistance, while suggesting I committed medical

1352    records fraud for altered documents which Concentra and Collin Earl's partner attorney

1353    Royce Mueller were behind.

1354        21. CONCENTRA HEALTH SERVICES INC.

1355        Concentra suggested that I was pretending to have injuries after seeking

1356 protective treatment.

1357        Breach of Fiduciary Duty – Concentra violated their duty to give honest and

1358 proper treatment, regardless of the dictates of management, Pinnacol and other

1359 conspirators.

1360        22. STUART H. MEYERS, MD/COLORADO ORTHOPEDIC CONSULTANTS,

1361 LLC

1362        Dr. Stuart H. Meyers continued the conspiracy to cover up the extent of my leg

1363 injury by refusing to attend to my foot injuries and my leg injury, limiting his attention to

1364 the broken ankle.

1365        Dr. Meyers omitted to treat the torn ligaments in my leg during surgical

1366 procedures, and then issued written statements in his reports that suggested I was

1367 pretending to have an injury, that I "took longer than normal" to walk, and that I was

1368 hooked on the pain medicine.

1369        23. SAMUEL Y. CHAN/MILE HIGH SPORTS AND REHABILITATIVE

1370 MEDICINE, PC

1371        Dr. Samuel Y. Chan restricted his treatment to pain medicine without doing

1372 anything to aid in the healing of my injuries, and then began through his assistant, to

1373 remove pain medicine prescriptions in spite of severe pain, in furtherance of the

1374 conspiracy.

1375        Dr. Chan's assistant suggested that I was just trying to get high on what she

1376 called "feel good pills".

1377        Dr. Chan's office told C. Scott Crabtree that I did not want the hardware removed

1378 from my ankle, in order to rob me out of treatment.

1379        24. LIBERTY MUTUAL INSURANCE COMPANY

1380        Liberty Mutual joined the conspiracy in order to fund the defense of the mobsters

1381 at Eco Truck Wash who set up the hit job on me with the intentional man-made ice trap

1382 that caused me to shatter my ankle.

1383        Liberty Mutual is fully involved in the Racket and chose to pay the Racketeers

1384 instead of helping me with my disabled condition caused by their client.

1385        Liberty Mutual conspired with Pinnacol Assurance, and others including my ex-

1386 lawyer who continued to communicate with them and sabotage my case even after he

1387 was removed from my case.

1388        25. SUZANA SKRABO/LAW OFFICES OF SKRABO AND ATKINS

1389        The first lawyer for Liberty Mutual, Suzana Skrabo made references to my emails

1390 which she must have thought she knew something about otherwise she would not have

1391 had any reason to bring them up, unless she is talking with the email hackers including

1392 C. Scott Crabtree and Eric Elliff.

1393        Suzana was replaced by Overturf, McGath & Hull, who would continue the

1394 ruthless and abusive tactics as the rest of the co-conspirators in the Racket.

1395        26. OVERTURF, MCGATH & HULL, PC

1396        OMH tampered with the United States Postal Service, receiving personal notice

1397 of my signature on a certified receipt from employees of the Post Office minutes after I

1398 signed it, showing that they are violating my privacy and acting like they are in a

1399 dictatorship society.

1400      OMH followed me into the grocery store and later made comments on personal

1401   items that I purchased from the vitamin store that they followed me into, during a

1402   deposition, as though to rub my nose in the fact that they were following me

1403   everywhere.

1404      Instead of paying me for my disability that their client caused, Liberty Mutual

1405   Insurance  pays the Racketeering conspiracy to violate my rights.

1406   27. AGREN BLANDO COURT REPORTING AND VIDEO INC.

1407      Agren Blando during a deposition actively assisted Overturf, McGath and Hull in

1408   questioning, suggested to me that the bucket I had been soaking my leg in was my

1409   puppy's water dish, the size of a grapefruit, indicating that she had "taken sides" and

1410   that the procedure was a mockery, and that they are part of the Racket.

1411   28. ROBERT H. LELAND, MD/BOULDER CENTER FOR ORTHOPEDICS

1412      Dr. Robert H. Leland conducted a research report for Liberty Mutual Insurance in

1413   order to willingly make "findings" in their favor in furtherance of the Racketeering

1414   conspiracy.

1415      Dr. Leland reported extensively on the patient's medical records, but

1416   conveniently missed the part where the treating physician's orders were altered by

1417   management.

1418      Dr. Leland ignored the foot and leg injuries, and went on to accuse me of lying

1419   about the pain, saying that there was "no way" I could return to work in such pain as I

1420   alleged, after being forced to return to work prematurely by the Racketeering

1421   conspiracy.

1422    Dr. Leland's assertion that there is "no way" I could return to work in such pain is

1423    an unwitting admission that I am disabled and unable to work.

1424    Dr. Leland again suggested that I was hooked on their pain medicine, as if

1425    completely oblivious to the purpose of the pain medicine. I am in severe and extreme

1426    pain today, but I am not currently taking pain medicine because over-the-counter pain

1427    medicine does nothing except cause terrible stomach pain and side effects.

1428    Dr. Leland said in his report that "if there was damage to the cartilage… there

1429    would be arthritis", admitting an omission and malpractice by the providers, because the

1430    true nature of the injuries were plainly ignored and disregarded, which if handled in a

1431    professional upright fashion would not have left the diagnosis up to the use of the word

1432    "if".

1433    29. COBURN INVESTIGATIVE AGENCY INC

1434    Coburn Investigative Agency is part of the Racket that has been assembled for

1435    purposes of issuing findings and conclusions favorable to the theft conspiracy, and

1436    unfavorable to the patient.

1437    Coburn issued a report suggesting many things such as arrows indicating that I

1438    lived on the third floor of an apartment complex at the time, and that I had been seen

1439    walking my dog, completely oblivious to the struggles I was having just to get up and

1440    down the stairs and to my mailbox, and that I was trying to walk again.

1441    Coburn also included photos of someone else using my name with a fake

1442    Facebook profile, suggesting that I was engaged in fraudulent activity.

1443    Coburn Investigative and the ongoing conspiracy are behind the Identity theft

1444    which they attributed to me.

58

1445       I found out in December of 2019 that this fake Facebook profile was being used

1446    to communicate to a lady friend who I had not spoken to in twenty years, while

1447    pretending to be me.

1448       When the lady friend told me that she had been talking to me on Facebook a few

1449    years ago (around the time of the Coburn "investigation", she told me she was having

1450    problems with "stalkers".

1451       Coburn Investigative was planted in the same way as Eric Elliff (Denver state

1452    District) and Overturf, McGath and Hull as well as C. Scott Crabtree (JAMS Mediation

1453    Service) in furtherance of the racketeering conspiracy.

1454       Coburn Investigative as with the others contacted neighbors, antagonistic family

1455    members, his employer and God knows who else, in order to sabotage me and cast me

1456    in a negative light for purposes of destroying me, as dictated to them by the leaders of

1457·    the Racket, including Wells Fargo, Citibank and John/Jane Doe.

1458       Coburn Investigative Agency approaching my neighbors and employer to

1459    sabotage me and suggest that I was not injured caused me to endure greater suffering

1460    while attempting to deal with a broken leg.

1461       Pinnacol's investigation of me to sabotage my case and reduce the severity of

1462    my injury while at the same time interfering with my injury case violated my right to

1463    privacy and involved them in other causes of action including the Racket, and fraud

1464    scheme.

1465    30. ERIC ELLIFF

1466       Eric Elliff was planted by the civil rights conspiracy for the sole purpose of acting

1467    in furtherance of their conspiracy against my rights, and against the laws of the United

1468    States as set forth in the fourteenth Amendment of the Constitution and codified in

1469    Section 1983 of the Civil Rights Act.

1470        Eric was planted on my personal injury case in order to sabotage it and cover up

1471    the true nature of the "slip and fall" which was an intentional act and a mob hit job

1472    organized by the Police and Wells Fargo in order to prevent my business as set forth in

1473    this complaint.

1474        Eric Elliff and Denver County abused the mail system repeatedly, using a false

1475    mailing address, and then changing my address even after I officially corrected it. See

1476    defendant email and change of address form. Also, Earl emails. See Earl legal

1477    malpractice etc.

1478        Eric Elliff in spontaneous hearing asked me "are you workin'" as though I was

1479    trying to get out of work, in order to cast me in a negative light in order to ruin my case.

1480        Eric Elliff with the aid of others intercepted a file I had sent to the Office of the

1481    Inspector General of the United States that was promptly returned via U.S. Mail.

1482    Overturf, McGath and Hull would later use this document as an exhibit during

1483    depositions in order to get information on issues that they, and Eric had dismissed as

1484    "frivolous".

1485        If it was "frivolous" and without merit, then why were they asking so many

1486    questions about it, even after it was dismissed, in the same form and fashion as the

1487    email hackers and cyber criminals?

1488        Because they are the same people who have been hacking into emails and

1489    databases including banks and federal agencies and stalking me and my clients for

1490    purposes of stealing their inherited wealth.

1491    Eric Elliff and his partner law firm Overturf McGath and Hull who  as judge, acted

1492    as personal attorney for the defense, used the Aurora police to follow me into my

1493    customer's (Caterpillar) driveway at 4:00 in the morning the day after depositions to

1494    make sure I was in fact "workin'" as I said.

1495    Eric Elliff's conduct goes far beyond his role as judge and therefor is not

1496    protected by "judicial immunity".

1497    Eric Elliff's capacity in this case is in the capacity as a planted co-conspirator and

1498    active participant in the mob racket behind the theft of the land, and bank accounts

1499    inherited by my clients and signed over to me to guard and protect, for purposes of

1500    discrediting me for Wells Fargo and Citibank, who stole the $30 million.

1501    While refusing to issue a protective order on motion by me, I explained that if the

1502    parties started asking questions about the matters that the email hackers had stolen, I

1503    would use it as evidence to include them in the conspiracy.

1504    In response, Eric said that if I did not answer the questions he would "dismiss

1505    with prejudice".

1506    Eric then "ordered" mediation with C. Scott Crabtree of JAMS Mediation Service,

1507    both working hand in hand with Liberty Mutual and Pinnacol, as well as Overturf,

1508    McGath and Hull; and continued to work with Collin at the law firm of Earl and Earl,

1509    even after he had "dismissed" Collin from my case.

1510    Eric Elliff, with the others worked with lawyers for Pinnacol Assurance and C.

1511    Scott Crabtree behind my back to steal my settlement, after Pinnacol had worked with

1512    Concentra, Coburn Investigative agency and others to destroy my case.

1513        Eric Elliff "ordered" mediation for which Overturf, McGath and Hull chose C. Scott

1514  Crabtree as "mediator", in furtherance of the "Judge Judy Show" civil rights conspiracy,

1515  fulfilling my documented investigative writings published to national news media and law

1516  enforcement agencies since 2009.

1517        Eric Elliff has made a mockery of the United States Judicial system, disregarding

1518  the Rules of Civil Procedure and replacing them with "The Judge Judy Show".

1519        Eric Elliff represents "The Judge Judy Show", not the Judicial System, and is an

1520  embarrassment.

1521        Eric Elliff refused to remove himself from the case after showing a clear bias

1522  against me, and then retaliated by sabotaging my case.

1523        Eric Elliff and others at the Denver District repeatedly tampered with my mail in

1524  furtherance of the Mail Fraud conspiracy, and even changed my mailing address again

1525  after I corrected it, so my mail would get lost.

1526        When I finally began receiving my mail from the Clerk the pages were

1527  deliberately shuffled and mixed up, some turned upside down, and others backward.

1528        C. Scott Crabtree during "mediation" suggested that I "got into it with the Judge",

1529  using this as one of the reasons to destroy my case.

1530        Eric Elliff asking me "are you working" suggestive of a desire to get out of

1531  working, and the defense asking questions about my work, and then having the Aurora

1532  Police follow me to work at 4:00 in the morning and sit next to my truck to see if I was

1533  lying is inexcusable and beyond the bounds of their authority (see photos).

1534        31. C. SCOTT CRABTREE/JAMS MEDIATION SERVICE

1535    C. Scott Crabtree was planted by members of the Racket by Overturf, McGath

1536    and Hull in order to conceal the case and sabotage it.

1537    During recorded mediation interviews, C. Scott Crabtree proudly explained that

1538    he was not there to be impartial but was there on behalf of Liberty Mutual to destroy my

1539    case.

1540    Scott insisted that I had no case, that I had no evidence, and that I could not

1541    even prove that the slip and fall occurred, even though the defense had already

1542    admitted in their initial answer that it had.

1543    Scott advised me that Eric Elliff was going to dismiss the case.

1544    Scott and the defendants, all of whom were in another room or on the phone with

1545    Eric Elliff secretly, mocked the case, offering me $1000 for having my ankle shattered

1546    and my ligaments torn from my shin bone up to my knee, and the continuous suffering

1547    that will trouble me for the rest of my life.

1548    Scott said, "they don't see things the way you do".

1549    Scott asked me if I was taking pain medicine and suggested I must not be in

1550    pain. He then compared the scarring and blood-stained skin to his marks from "old age".

1551    Scott revealed that the Police who had been following me while on my way to the

1552    mediation were monitoring me for him, when he said, "we knew you were going to be a

1553    little late". I was a few minutes early for the meeting.

1554    This is the exact way that I have been stalked in a sickening fashion by members

1555    of the police that resembles some kind of mental illness because there is no reason for

1556    it.

1557        This is also the exact same way that my clients in Ghana have been stalked,

1558    violently assaulted and kidnapped, which, records will show.

1559        Recently, I have come to find that a friend in California with whom I have not

1560    spoken in twenty years has been experiencing "problems with stalkers" who could only

1561    be known by the stalkers through Catherine Matus.

1562        Some years back I arranged to have my clients meet with an international lawyer

1563    in Ghana. They arrived to find that the mafia were already at the meeting and could only

1564    have known of our meeting from hacking into our communications, in the same way as

1565    C. Scott Crabtree and Eric Elliff seemed to know everything in advance, before any law

1566    abiding citizen would have a chance to.

1567        They were also violently assaulted with a baseball bat during one such visit to the

1568    embassy which I directed, and one of the ladies had her teeth knocked out.

1569        When C. Scott Crabtree admitted that "we knew you were going to be a little

1570    late", and that he was ruining my case for Eric Elliff, to stop me from "taking a vacation"

1571    which I had been planning the week that my leg was broken, he was admitting, even

1572    boasting that he was aware of what was happening in Ghana.

1573        When C. Scott Crabtree asked me "are you married?" he was referring to things

1574    that only could have been known by the people who were hacking into my

1575    communications and reading my emails, and the emails of my clients in the same way

1576    as Suzana Skrabo of Liberty Mutual referred to my emails in her written answer .

1577        This is exactly what Utah's Department of Workforce Services and Andrus

1578    Transportation did and continue to do,  and then Pinnacol/Concentra/Liberty, and it

64

1579 continues to this day and will continue into the future as indicated by C. Scott Crabtree

1580 who has been in on it all along, with the police and other corrupt actors who are thieves.

1581      C. Scott asked me if I had been on "The Judge Judy Show" as if amused, and

1582 aware that he was continuing to degrade the judicial system and replace it with a

1583 television show.

1584      My clients were wrongly imprisoned in Ghana by these stalkers, in an attempt to

1585 steal assets and land inherited, and I will use his own words as a confession on behalf

1586 of himself, Eric Elliff, Overturf, McGath and Hull, and others.

1587      Scott's stalking is also repeated by Overturf, McGath and Hull by way of the

1588 police and the United States Postal Service (mail fraud), as well as following me into the

1589 grocery store and harassing me which he admitted to during depositions.

1590      C. Scott Crabtree acted as an advocate for Liberty Mutual Insurance and their

1591 lawyers, just as Eric Elliff, blatantly admitting that his job was to eliminate me.

1592      When I asked him if he was an impartial judge, he said "Nope", and then

1593 expounded on his role as advocate for Liberty Mutual (recorded).

1594      C. Scott Crabtree explained in depth his motives, which included taking revenge

1595 for my asking Eric Elliff to recuse himself due to his biases, to prevent me from "taking a

1596 vacation" and to assist Liberty Mutual Insurance, as if partaking in a recorded and

1597 monitored audition and training session for Liberty Mutual.

1598      Scott, who claims he was a judge, repeatedly asked if I was receiving Medicare

1599 and when I asked why he was asking, refused to answer.

1600      This shows that Scott intends to continue the plan to destroy my financial future

1601 and prevent me from receiving any treatment and benefits that I am entitled to.

1602    This is clear indication that he intends to continue the Andrus/Utah

1603    DWS/Concentra/Pinnacol conspiracy into the future for the rest of my life.

1604    It shows that their false light/false representation is systematic, and thoroughly

1605    trained and conditioned in the behavior and conduct of the people who they elect as co-

1606    conspirators.

1607    It shows that the conspiracy not only reaches back to 2006 with Judith Sheindlin

1608    and Jefferson County, but is an ongoing conspiracy that has no intention of stopping.

1609    There is no way that such a deep conspiracy would be limited to me only, but is

1610    in practice by this group of mobsters, as evidenced by the complaint filed against

1611    Concentra, Walmart and other insurance companies.

1612    C. Scott Crabtree claimed in our meeting that he knew in advance that I would be

1613    late (which I in fact was not late for). He then went on to admit he was there to prevent

1614    me from getting enough of a settlement to "take a vacation" which is what I was

1615    preparing to do the week of the "accident".

1616    I believe that is ample evidence that he is part of the conspiracy since the

1617    kidnappings and abuses documented by my associates in Ghana describe the identical

1618    conduct.

1619    I believe that the violent assaults and false imprisonments of my clients are

1620    attributable to Eric Elliff and C. Scott Crabtree, and documented evidence strewn

1621    throughout my record shows that to one degree or another all of these cruel actors are

1622    all part of this crime ring being led by those "proprietary methods" (John/Jane Doe)

1623    spoken of by Wells Fargo.

1624   The constant attacks make it almost impossible to continue recording and

1625   gathering evidence in support of the conspiracy because they do not stop attempting to

1626   eliminate me so that they can freely steal the lands and assets that my associates gave

1627   me permission to protect.

1628   Every time I gather evidence for one thing and attempt to finish my complaint,

1629   they do something else.

1630   32. COLORADO TRUCKWASHING, LLC (D/B/A ECO TRUCK WASH)

1631   Eco Truck Wash planted employee Tim Elder with the help of the Police and

1632   Wells Fargo, for purposes of setting up a mad made ice slick in the walkway that I had

1633   to use to get to the office to make payment, and then stepping  back to watch as I

1634   unknowingly turned the corner where he had placed the hose running ice cold water

1635   onto the ground, after he hosed down the walk way for no other reason.

1636   This is not only Battery but was an Attempted Murder, which has been

1637   systematically and cooperatively covered up throughout by the Racket, who continued

1638   the cruel and sadistic abuse which continues to this day.

1639   Eco Wash broke plaintiff's ankle as part of a plot to prevent his international

1640   business trip which was planned for that week.

1641   Two years after the "accident" Eco Truck Wash directed by Liberty Mutual to

1642   retroactively place warning signs on the building, as a fraudulent defense using

1643   fabricated evidence.

1644   As with the Walmart Vehicular Assault/Battery incident, on both occasions I had

1645   been directed by HVH Transportation and was following orders when the "accidents"

1646   occurred.

1647        Liberty Mutual Insurance used and abused their unlimited financial coffers to fund

1648    the Racket and reward them for their acts of violence.

1649        Fraud (the use of insurance to cover an intentional act; fabrication of evidence,

1650    misrepresentation - apply to others also)

1651        Assault and Battery (and John Doe(s) - see OMH

1652    33. CHRIS BROWN/STANLEY BROWN

1653        Eco Truck Wash planted employee Tim Elder for purposes of setting up a mad

1654    made ice slick in the walkway that I had to use to get to the office to make payment, and

1655    standing back to watch as I unknowingly turned the corner where he had placed the

1656    hose running ice cold water onto the ground after he hosed down the walk way for no

1657    other reason.

1658        This is not only Battery but was an Attempted Murder, which has systematically

1659    and cooperatively covered up throughout by the Racket, who continued the cruel and

1660    malicious abuse which continues to this day.

1661        Chris Brown and Tim Elder later said as a defense that "a train scared him".

1662    34. TIM ELDER

1663        Eco Truck Wash planted employee Tim Elder for purposes of setting up a mad

1664    made ice slick in the walkway that I had to use to get to the office to make payment, and

1665    standing back to watch as I unknowingly turned the corner where he had placed the

1666    hose running ice cold water onto the ground after he hosed down the walk way for no

1667    other reason.

1668    This is not only Battery but was an Attempted Murder, which has systematically

1669    and cooperatively covered up throughout by the Racket, who continued the cruel and

1670    malicious abuse which continues to this day.

1671    Chris Brown and Tim Elder later said as a defense that "a train scared him".

1672    Battery

1673    This cause of action incorporates the descriptive summary of their conduct and

1674    will be backed with evidence.

1675    Attempted Murder

1676    This cause of action incorporates the descriptive summary of their conduct and

1677    will be backed with evidence.

1678    35. RIGGS ABNEY LAW FIRM/LEGAL SHIELD

1679    Riggs Abney quickly sent me a letter saying that they do not represent me and

1680    that I am not their client, even though I am a member of Legal Shield, a prepaid

1681    membership service, for which they are a provider law firm.

1682    After Collin Earl/Earl and Earl law firm abruptly withdrew from the case at the last

1683    minute, Riggs Abney refused to talk to me saying "we cannot talk to you because there

1684    is a lot of money at stake".

1685    Riggs Abney specializes is the production of legal Wills for clients who they don't

1686    even represent and have been recruited to help with the theft of lands, bank accounts

1687    and assets inherited by my clients, by Wells Fargo and Citibank.

1688    Breach of Fiduciary Duty – Riggs Abney refused to talk to me about a vitally

1689    important case in order to secretly help the opposing party, contrary to Legal Shield

1690    contract.

1691    This cause of action incorporates the descriptive summary of their conduct and

1692    will be backed with evidence.

1693    Civil Rights, conspiracy (18 USC 241)

1694    This cause of action incorporates the descriptive summary of their conduct and

1695    will be backed with evidence.

1696    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

1697    This cause of action incorporates the descriptive summary of their conduct and

1698    will be backed with evidence.

1699    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

1700    This cause of action incorporates the descriptive summary of their conduct and

1701    will be backed with evidence.

1702    Colorado Organized Crime Control Act (COCCA)

1703    This cause of action incorporates the descriptive summary of their conduct and

1704    will be backed with evidence.

1705    36. ROYCE W. MUELLER, ESQ./TURNER, ROEPKE AND MUELLER, LLC

1706    According to the chief physician at Pinnacol Assurance, Royce committed fraud

1707    when he tampered with my impairment rating.

1708    37. COLLIN EARL/EARL AND EARL LAW FIRM

1709    Collin Earl and Eric Elliff conspired to destroy my case by restricting me to

1710    "premises liability" which they interpreted to give them power to limit the causes of

1711    action, which is like saying a bank robber cannot be prosecuted for murder too, if he

1712    commits murder while robbing a bank.

1713    The conspirators used the state law of Workman's compensation and Premises

1714    Liability to deprive me of equal protections of the law including the right to pursue

1715    redress for the intentional acts of battery by Eco Truck Wash employees.

1716    When I stated in court filings that I intended to sue Big Ticket Television (The

1717    Judge Judy Show) for Conspiracy, I was mocked and laughed at by lawyers for Liberty

1718    Mutual, Eric Elliff and C. Scott Crabtree.

1719    As if to mock the fact, Eric Elliff, again under Color of Colorado state law that

1720    says a judge can force a litigant into mediation (AKA "The Judge Judy Show"), fulfilled

1721    my allegations of a civil rights conspiracy by ordering me to participate in "mediation"

1722    against my wishes and rights as a U.S. citizen.

1723    I have been studying and documenting Judith Sheindlin's civil rights conspiracy

1724    since 2009 and have kept a complete record. I also sent these articles to National News

1725    Media so that they could be presented as proof beforehand, when I would present the

1726    case in court.

1727    Collin Earl handed off the case to another lawyer (Royce Mueller) without my

1728    permission. Royce began involving himself in the medical records process before I had

1729    decided which lawyer I was using, then threatened to ruin my case if I didn't sign his

1730    papers.

1731    Collin waited until the last minute to file the court documents. He referred to me

1732    as a female, and later said I "hurt myself"

1733    Collin used a fictitious mailing address, and court papers were never mailed to

1734    me.

1735  Even after I officially changed my mailing address and complained to Eric Elliff,

1736  my address was again changed.

1737  After abruptly withdrawing from my case, it was discovered by the clerk that

1738  Collin was still acting as my lawyer and receiving mail on my behalf.

1739  After an order for the withdrawal was issued, Collin Earl continued to secretly act

1740  as counsel but against my interests and in the interest of Liberty Mutual and Pinnacol

1741  Assurance.

1742  Collin Earl continued to have relations with Eric Elliff and the defendants,

1743  including Pinnacol Assurance, against my interests and sabotaged my case behind my

1744  back.

1745  During proceedings Eric Elliff, Liberty Mutual and their lawyers, Pinnacol and C.

1746  Scott Crabtree continued to work with Collin Earl against my interests and after being

1747  removed from the case.

1748  During the two years after the accident, Collin stated repeatedly that "juries don't

1749  like slip and fall cases".

1750  Collin stated repeatedly that "If a jury likes you, they will decide in your favor".

1751  Over two years after the injury, Collin Earl stated that my case was weak

1752  because he hadn't gathered any evidence as he was responsible to do

1753  From the very beginning I told Collin Earl that I expected to participate in the

1754  process, and that I was investigating whether I could show that the accident was an

1755  intentional act by the employees at Eco Truck Wash.

1756     Collin repeatedly resisted and refused to pursue anything but a "premises liability" claim because he said the Insurance company could plead themselves out of the case.

1759     Yet after I amended the complaint after Collin was dismissed, Liberty continued to vigorously fight to stay on the case, and assisted the mob ring in covering up their hit job using the endless financial coffers of the insurance company for a case that they had no business representing.

1763     I was never invited to the pretrial hearings and was kept completely in the dark until Collin Earl abruptly removed himself from my case.

1765     Collin repeatedly made statements to me that it was his and the defense's belief that I was just out to get money, as though completely ignorant of the fact that I was struggling to walk and was being forced to return to work while still healing and in severe pain.

1769     Other lawyers at Riggs, Abney for Legal Shield refused to assist me because "there is a lot of money involved".

1771     Collin Earl, Liberty Mutual and their lawyers, Eric Elliff, C. Scott Crabtree, and Pinnacol all worked in harmony to sabotage my case and deprive me of adequate compensation, forcing me to return to driving a truck with my broken and severed ankle.

1774     Before withdrawing from my case Collin said he would be able to get $100 thousand through negotiations but would have to go to trial to get over $1 million.

1776     The idea that Collin Earl would abruptly leave a case of that seriousness shows that he had other arrangements with the insurance companies.

73

1778    Collin Earl had set an appointment for a medical examination but canceled it in

1779    order to make an appointment with a "Workman's compensation" doctor at the direction

1780    of the insurance companies.

1781    Collin Earl was unaware that me and Royce had already gone through this

1782    process much earlier and that Pinnacol had rejected the idea of an outside independent

1783    examination, because of his disinterest for my case.

1784    Collin Earl and the insurance companies were putting together a Racketeering

1785    and fraud network and attempting to use me as a pawn.

1786    Suddenly Earl removed himself from the case claiming, "I did not return his calls

1787    fast enough".

1788    Because I knew that the judge had been appointed to destroy my case and cover

1789    up the intentional battery, I asked him to remove himself which he belligerently refused

1790    to do.

1791    C. Scott Crabtree later said that I "got into it with the judge" because I asked him

1792    to remove himself due to his biases.

1793    Eric Elliff went on to bias the court record by suggesting that I was just

1794    pretending in order to get out of work.

1795    The truth is I loved my job, but I cannot do my job anymore because it is

1796    destroying my ankle by forcing me to use my mangled ankle to drive all day.

1797    I ask the court to consider the extreme pain and suffering, and the further

1798    damage caused by the conspiracy to force me to return to a line of work that I cannot

1799    physically do anymore.

1800    Eric Elliff, C. Scott Crabtree, Liberty Mutual and Pinnacol as well as lawyers from

1801    all sides, Coburn Investigative Agency and others all ganged up on me and took sadistic

1802    pleasure in attempting to drive me to an early grave.

1803    38. KYLE USREY/PREPAID PLANS

1804    Kyle Usrey agreed with Plaintiff to work with some professional attorneys in West

1805    Africa for a philanthropic undertaking, and after Plaintiff sent him a list of attorneys as he

1806    requested, he quit taking his calls, and returning them after saying he would get back to

1807    him. Kyle said he has associates in West Africa who would look into my business, and

1808    then became elusive, after communicating with John/Jane Doe.

1809    39. JUDITH SHEINDLIN/JUDGE JUDY SHOW

1810    Judith Sheindlin has developed an organized criminal enterprise consisting of

1811    members of the law enforcement and intelligence community who abuse tools and

1812    procedures intended for security and espionage to pursue personal vendettas.

1813    Through this abuse of power, the agencies became aware of plaintiff's

1814    international business dealings, and conspired to defraud plaintiff and his clientele by

1815    means which will clearly be put forth with corroborating evidence.

1816    Judith and her ring spread false stories, and have been out for revenge ever

1817    since, and went back on their agreement to pay a judgement against their own contract.

1818    Injurious Falsehood - Spread falsehoods

1819    This cause of action incorporates the descriptive summary of their conduct and

1820    will be backed with evidence.

1821    Breach of Contract - Violated agreement to pay judgment.

1822    This cause of action incorporates the descriptive summary of their conduct and

1823    will be backed with evidence.

1824    Intentional Interference with Prospective Economic Advantage - constant

1825    meddling in my personal affairs

1826    This cause of action incorporates the descriptive summary of their conduct and

1827    will be backed with evidence.

1828    Intentional Interference with Contractual Relations - Stalking and conspiring to

1829    interfere with business.

1830    This cause of action incorporates the descriptive summary of their conduct and

1831    will be backed with evidence.

1832    Intentional Interference with Inheritance – through her spy network/organized

1833    crime ring

1834    This cause of action incorporates the descriptive summary of their conduct and

1835    will be backed with evidence.

1836    False Light (False Representation) – Imagined a fiction not related to reality and

1837    spread it as truth.

1838    This cause of action incorporates the descriptive summary of their conduct and

1839    will be backed with evidence.

1840    Outrageous Conduct (Intentional Infliction of Emotional Distress) – Violating

1841    various rights through her conspiracy.

1842    This cause of action incorporates the descriptive summary of their conduct and

1843    will be backed with evidence.

1844    Invasion of Privacy - Same

1845    This cause of action incorporates the descriptive summary of their conduct and

1846    will be backed with evidence.

1847    Malicious Prosecution – Participated in an unfounded litigation for hateful

1848    reasons, and misrepresented facts.

1849    This cause of action incorporates the descriptive summary of their conduct and

1850    will be backed with evidence.

1851    Fraud/Constructive Fraud – Agreed to pay judgement and then went back on it.

1852    This cause of action incorporates the descriptive summary of their conduct and

1853    will be backed with evidence.

1854    The Computer Fraud and Abuse Act (CFAA) – Using national databases to

1855    conduct fraud; email hacking and monitoring through crime ring.

1856    This cause of action incorporates the descriptive summary of their conduct and

1857    will be backed with evidence.

1858    Civil Rights, conspiracy (18 USC 241)

1859    This cause of action incorporates the descriptive summary of their conduct and

1860    will be backed with evidence.

1861    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

1862    This cause of action incorporates the descriptive summary of their conduct and

1863    will be backed with evidence.

1864    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

1865    This cause of action incorporates the descriptive summary of their conduct and

1866    will be backed with evidence.

1867    Colorado Organized Crime Control Act (COCCA)

1868    This cause of action incorporates the descriptive summary of their conduct and

1869  will be backed with evidence.

1870    Fraud

1871    This cause of action incorporates the descriptive summary of their conduct and

1872  will be backed with evidence.

1873    40. BIG TICKET TELEVISION, INC

1874    Big Ticket is the company behind the fraudulent judge show that they call

1875  "reality". They are behind the civil rights conspiracy mob ring who stalks citizens through

1876  public records in order to destroy their lives for ratings. They falsely accused Plaintiff of

1877  making up a story to get on their show, which they contacted him without his having

1878  anything to do with it.

1879    They then had him sign a contract that they interpret to mean that they can stalk

1880  him for life and violate his rights and commit any crimes they want.

1881    41. ANDRUS TRANSPORTATION SERVICES, INC

1882    Utah's Department of Workforce Services conspired with Andrus Transportation

1883  to accuse plaintiff of fraud by claiming he "quit" after he was laid off by Andrus, in

1884  retaliation by Judith Sheindlin, and continued retaliation by Pinnacol Assurance, Wells

1885  Fargo and others, and for additional purposes which they acquired during their stalking

1886  and cybercrimes as set forth in this complaint.

1887    42. UTAH DEPARTMENT OF WORKFORCE SERVICES

1888    Utah's Department of Workforce Services conspired with Andrus Transportation

1889  to accuse plaintiff of fraud by claiming he "quit" after he was laid off by Andrus.

1890        Breach of Fiduciary Duty - Utah's DWFS owed me the same rights and

1891    protections as anyone else yet instructed Andrus Transportation to falsify documents in

1892    order to get revenge for Judy Sheindlin.

1893        This cause of action incorporates the descriptive summary of their conduct and

1894    will be backed with evidence.

1895        43. DHL EXPRESS (USA), INC

1896        DHL stole phones and reported them as "stolen" while dishonoring purchased

1897    loss insurance.

1898        44. ACE PACK AND SHIP

1899        Ace Pack and Ship stole phones and reported them as "stolen" while dishonoring

1900    purchased loss insurance from DHL Express.

1901        *** Active cooperation and acceptance by the conspirators make them part of the

1902    Racket by implication.

1903        45. SPRINT COMMUNICATIONS, INC

1904        Sprint accused me of fraudulently obtaining phones which they attempted to

1905    backup using fraudulent documents, then conspired with DHL Express, Ace pack and

1906    Ship and John/Jane Doe(s) to steal other phones from me and labeling them "stolen".

1907        I still have two unopened Sprint phones that were dropped on my patio with a bill

1908    with my name on it, that I kept for my investigations.

1909        This is part of an ongoing conspiracy involving Sprint employees, and employees

1910    of other businesses to sabotage my business and to destroy my credit rating.

1911        This is part of the same Identity Theft conspiracy that Coburn Investigative

1912    Agency and the rest of the Racket are behind.

1913      In a letter from Sprint dated May 26, 2015. "The recent cancellation of your Sprint

1914    account included aligned with active lease. You are responsible for any remaining lease

1915    balance as well as the device purchase option price outlined in your lease agreement..."

1916      This is the only document that I received from Sprint and I never received any

1917    bills or anything from them. as noted below I noticed around the same time in my ID

1918    Theft Protection that there was an entry and I waited to see what would develop.

1919      No other bills were provided, and I never even saw this fake bill, much less any

1920    monthly bills because no such bills exist, and no signature was ever given by me.

1921      46. WALMART, INC

1922      Years earlier, an employee of Walmart backed a semi-trailer and slammed it into

1923    the side of my truck as I was slowly driving through the parking lot. They refused to take

1924    responsibility, saying it was my fault for being on their premises, even though I was

1925    conducting official business for Walmart at the time.

1926      47. YAHOO INC

1927      Most of the email hacking that me and my clients have experienced was with

1928    Yahoo accounts. This includes the hacking into active IM (Instant Messenger)

1929    conversations by the Ghana Police.

1930      My entire Yahoo email account has since been completely erased and wiped

1931    clean by Yahoo, and their Instant Messenger service was forcibly discontinued.

1932      48. BADOO TRADING LIMITED

1933      Most of the email hacking and impersonators that me and my clients have

1934    experienced was with originated, during the use of Badoo accounts.

1935      - Wire Fraud

1936        49. CASTILLO AUTOMOTIVE

1937        Castillo Automotive of Lakewood Colorado made partial repairs to my car and

1938    then left me with a car that was not running, after being influenced by the corrupt

1939    Lakewood and Edgewater Police who have acted in furtherance of the civil rights

1940    conspiracy laid out in this complaint and fully documented to the National News Media

1941    since 2009.

1942        50. CITY OF BRIGHTON/POLICE COLORADO

1943        Stalking and harassing for years, and passing on to other Police departments to

1944    continue, preventing justice; issuing a parking ticket in my driveway after watching me in

1945    the middle of the night, and falsifying reports to say I was on the other side of my

1946    building.

1947        51. CITY OF DENVER/POLICE COLORADO

1948        Stalking and harassing for years, and passing on to other Police departments to

1949    continue, preventing justice.

1950        52. CITY OF LAKEWOOD/POLICE COLORADO

1951        Stalking and harassing for years, and passing on to other Police departments to

1952    continue, preventing justice. Spreading mischief to Castillo Auto Repair in order to

1953    prevent them from fixing my car yet charging me.

1954        53. CITY OF EDGEWATER/POLICE COLORADO

1955        Stalking and harassing for years, and passing on to other Police departments to

1956    continue, preventing justice, attempting to pull me over and arrest me for no reason.

1957        54. CITY OF AURORA/POLICE COLORADO

1958        Stalking and harassing for years, and passing on to other Police departments to

1959    continue, preventing justice, attempting to pull me over and arrest me for no reason;

1960    following me to work at 4:00 in the morning at the direction of Eric Elliff and OMH the

1961    day after deposition.

1962        Setting up a false case against me with Jo Ann Lee twenty-four years earlier

1963    which continues today.

1964    55. JO ANN LEE

1965        All of the above parties above acted in furtherance of the Jo Ann Lee/Aurora

1966    Police/Municipal/mafia Malicious Prosecution, civil rights conspiracy.

1967        Jo Ann Lee with the Aurora Colorado Police and the city of Aurora Colorado,

1968    along with the mafia behind the murder of Jo Ann Lee's husband conspired with the

1969    above parties directly and indirectly in furtherance of their evil "Judge Judy Show" civil

1970    rights conspiracy.

1971        I was forced to plead guilty to false and malicious charges in or around 1998

1972    because I had just purchased a $50,000 dollar tractor and was an over the road (OTR)

1973    commercial driver and owner/operator and could not afford the luxury of staying home

1974    to participate in the malicious prosecution.

1975        These persons acting under color of law have continued to this day to try and see

1976    that my end is the same as that of Jo Ann Lee's husband who mysteriously died of a

1977    gunshot while alone with Jo Ann Lee.

1978        Jo Ann Lee had shown me a handwritten letter from the mafia threatening her

1979    husband in various ways before his death, which is very similar to threatening emails I

1980    have received in the more recent years, preceding the slip and fall "accident" which was

1981    an intentional act of battery and an attempt to kill me by employees of Eco Truck Wash

1982    who were planted their by the Denver Police and the members of the above mob

1983    conspiracy.

1984        Jo Ann Lee had called for an ambulance ride to the hospital a week after she

1985    called the Police in order to fabricate and manufacture phony evidence of her

1986    "traumatization" for an argument we had had about her use of my car, which the

1987    "prosecutor" and "judge" were ready to accept.

1988        The Aurora Colorado Police, City of Aurora Colorado, Prosecuting Attorney, and

1989    judge conspired with Jo Ann Lee to Maliciously prosecute me for Assault and Battery

1990    because of an argument, and they have continued various acts in furtherance of their

1991    civil rights conspiracy in the concerted actions of the above parties, in an attempt to

1992    replace the supreme law of the land with "The Judge Judy Show".

1993        To this very day, Eric Elliff has furthered this civil rights conspiracy under color of

1994    state law by forcing me to enter "mediation" in fulfillment of the civil rights conspiracy

1995    that I have been documenting since 2009.

1996    56. ERIC NUNEMAKER

1997        Hacking into my emails and stalking my international clients who he does not

1998    even know about unless he has been working with the hackers because I have not

1999    spoken to him in over ten years, and have never mentioned my clients who told me

2000    about him contacting them.

2001        Working with C. Scott Crabtree, Elliff and OHM - OHM asked for Eric's name and

2002    C. Scott Crabtree asked for my phone number

2003    57. BRUCE NUNEMAKER

2004 Stalking and harassing for years, and passing on to other Police departments to

2005 continue, preventing justice, spreading falsehoods instead of just leaving me alone.

2006 Setting up a network of lawless criminals.

2007 58. CATHERINE MATUS

2008 Catherine Matus and Bruce Nunemaker stand at the origins of this civil rights

2009 conspiracy and all of the actions of the above are directly and indirectly related to the

2010 habitual and systematic deprivation of my rights as a U.S. Citizen, in furtherance of their

2011 attempt to replace the supreme law of the land with "The Judge Judy Show".

2012 Catherine Matus and Bruce Nunemaker have an inexplicable relationship with

2013 Russia and invited two Russian "students" to live with them.

2014 All of the email hacking and the conspiring against me and my clients in Ghana

2015 West Africa lead back to the above mob conspiracy, including the attempt to launder

2016 money stolen from me and my clients to Russia, which is why the Trump administration

2017 was trying to set up a "back channel".

2018 Catherine Matus and Bruce Nunemaker falsely entered me on a database of

2019 "missing persons" in order to deprive me of my rights under color of law and acted with

2020 corrupt law enforcement and private investigators in order to stalk and harass, which

2021 persists to this day.

2022 Catherine's associates are the stalkers that were tampering with my mail and

2023 who set up a file with the police in order to agitate me several years ago, which has

2024 gotten worse and worse and now includes bank robbery with the help of the Police,

2025 including John/Jane Doe(s)

2026 59. JEFFERSON COUNTY/SHERIFF

2027    Setting up the Judge Judy Show incident and attempting to arrest me for no

2028    reason when he arrived with Bruce to try and arrest me. Constant obsession with taking

2029    me to jail.

2030    60. UNITED STATES

2031    - John/Jane Doe(s)

2032    - Federal Bureau of Investigations (FBI)

2033    - Department of State

2034    - Department of Justice

2035    - Central Intelligence Agency (CIA)

2036    - United States Treasury Department (Negligence/Counterfeiting)

2037    - United States Postal Service (Mail Fraud)

2038    61. FRANK OKO

2039    Nidakun Ofori and his nephew Frank Oko are behind the Ghana mafia which is

2040    terrorizing my clients and stealing their inherited lands, estates and assets.

2041    The Denver Police and others are pretending that these people don't exist, so

2042    that they can secretly help them with their crimes, but Plaintiff has many ways to prove

2043    how wrong they are.

2044    Conspiracy

2045    This cause of action incorporates the descriptive summary of their conduct and

2046    will be backed with evidence.

2047    Intentional Interference with Inheritance

2048    This cause of action incorporates the descriptive summary of their conduct and

2049    will be backed with evidence.

2050         Invasion of Privacy

2051         This cause of action incorporates the descriptive summary of their conduct and

2052 will be backed with evidence.

2053         Conversion

2054         This cause of action incorporates the descriptive summary of their conduct and

2055 will be backed with evidence.

2056         Civil Theft

2057         This cause of action incorporates the descriptive summary of their conduct and

2058 will be backed with evidence.

2059         Civil Battery

2060         This cause of action incorporates the descriptive summary of their conduct and

2061 will be backed with evidence.

2062         The Computer Fraud and Abuse Act (CFAA)

2063         This cause of action incorporates the descriptive summary of their conduct and

2064 will be backed with evidence.

2065         RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2066         This cause of action incorporates the descriptive summary of their conduct and

2067 will be backed with evidence.

2068         Colorado Organized Crime Control Act (COCCA)

2069         This cause of action incorporates the descriptive summary of their conduct and

2070 will be backed with evidence.

2071         Wire Fraud

2072    This cause of action incorporates the descriptive summary of their conduct and

2073    will be backed with evidence.

2074    Economic Espionage

2075    This cause of action incorporates the descriptive summary of their conduct and

2076    will be backed with evidence.

2077    Kidnapping

2078    This cause of action incorporates the descriptive summary of their conduct and

2079    will be backed with evidence.

2080    Fraud

2081    This cause of action incorporates the descriptive summary of their conduct and

2082    will be backed with evidence.

2083    Bribery

2084    This cause of action incorporates the descriptive summary of their conduct and

2085    will be backed with evidence.

2086    62. NIDAKUN OFORI

2087    Nidakun Ofori and his nephew Frank Oko are behind the Ghana mafia which is

2088    terrorizing my clients and stealing their inherited lands, estates and assets.

2089    The Denver Police and others are pretending that these people don't exist, so

2090    that they can secretly help them with their crimes, but Plaintiff has many ways to prove

2091    how wrong they are.

2092    Conspiracy

2093    This cause of action incorporates the descriptive summary of their conduct and

2094    will be backed with evidence.

2095   Intentional Interference with Inheritance

2096   This cause of action incorporates the descriptive summary of their conduct and

2097 will be backed with evidence.

2098   Invasion of Privacy

2099   This cause of action incorporates the descriptive summary of their conduct and

2100 will be backed with evidence.

2101   Conversion

2102   This cause of action incorporates the descriptive summary of their conduct and

2103 will be backed with evidence.

2104   Civil Theft

2105   This cause of action incorporates the descriptive summary of their conduct and

2106 will be backed with evidence.

2107   Civil Battery

2108   This cause of action incorporates the descriptive summary of their conduct and

2109 will be backed with evidence.

2110   The Computer Fraud and Abuse Act (CFAA)

2111   This cause of action incorporates the descriptive summary of their conduct and

2112 will be backed with evidence.

2113   RICO Act (Conspiracy, Criminal Enterprise 18 USC 96 (1964)

2114   This cause of action incorporates the descriptive summary of their conduct and

2115 will be backed with evidence.

2116   Colorado Organized Crime Control Act (COCCA)

2117    This cause of action incorporates the descriptive summary of their conduct and

2118    will be backed with evidence.

2119    Wire Fraud

2120    This cause of action incorporates the descriptive summary of their conduct and

2121    will be backed with evidence.

2122    Economic Espionage

2123    This cause of action incorporates the descriptive summary of their conduct and

2124    will be backed with evidence.

2125    Kidnapping

2126    This cause of action incorporates the descriptive summary of their conduct and

2127    will be backed with evidence.

2128    Fraud

2129    This cause of action incorporates the descriptive summary of their conduct and

2130    will be backed with evidence.

2131    Bribery

2132    This cause of action incorporates the descriptive summary of their conduct and

2133    will be backed with evidence.

2134    63. GHANA POLICE

2135    Ghana Police Service can set the standard for truthfulness and integrity where

2136    Wells Fargo, Citibank and others listed in this complaint have failed. Plaintiff has

2137    sufficient evidence to prove his case, and that includes exposing officials who fabricate

2138    stories and evidence as Wells Fargo and others have in order to launder stolen money.

2139        Plaintiff has email correspondence from the Office of the President of Ghana,

2140    which shows that no one can be trusted.

2141        Therefor Plaintiff seeks cooperation and no dirty corrupt political tactics or

2142    cooperation with the corrupt officials and spies who secretly contact people demanding

2143    that they follow their instructions blindly no matter how wrong they may be.

2144        Injurious Falsehood

2145        This cause of action incorporates the descriptive summary of their conduct and

2146    will be backed with evidence.

2147        Unfair Business Practices, Competition

2148        This cause of action incorporates the descriptive summary of their conduct and

2149    will be backed with evidence.

2150        Intentional Interference with Prospective Economic Advantage

2151        This cause of action incorporates the descriptive summary of their conduct and

2152    will be backed with evidence.

2153        Intentional Interference with Contractual Relations

2154        This cause of action incorporates the descriptive summary of their conduct and

2155    will be backed with evidence.

2156        Intentional Interference with Inheritance

2157        This cause of action incorporates the descriptive summary of their conduct and

2158    will be backed with evidence.

2159        Conversion of land and property

2160        This cause of action incorporates the descriptive summary of their conduct and

2161    will be backed with evidence.

2162        False Light (False Representation)

2163        This cause of action incorporates the descriptive summary of their conduct and

2164    will be backed with evidence.

2165        Outrageous Conduct (Intentional Infliction of Emotional Distress)

2166        This cause of action incorporates the descriptive summary of their conduct and

2167    will be backed with evidence.

2168        Invasion of Privacy

2169        This cause of action incorporates the descriptive summary of their conduct and

2170    will be backed with evidence.

2171        False Arrest/Imprisonment

2172        This cause of action incorporates the descriptive summary of their conduct and

2173    will be backed with evidence.

2174        Fraud/Constructive Fraud

2175        This cause of action incorporates the descriptive summary of their conduct and

2176    will be backed with evidence.

2177        The Computer Fraud and Abuse Act (CFAA)

2178        This cause of action incorporates the descriptive summary of their conduct and

2179    will be backed with evidence.

2180        The Computer Fraud and Abuse Act (CFAA)

2181        This cause of action incorporates the descriptive summary of their conduct and

2182    will be backed with evidence.

2183        Civil Rights, conspiracy (18 USC 241)

2184    This cause of action incorporates the descriptive summary of their conduct and

2185    will be backed with evidence.

2186    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2187    This cause of action incorporates the descriptive summary of their conduct and

2188    will be backed with evidence.

2189    RICO Act (Conspiracy, Criminal Enterprise)

2190    18 USC 96 (Mail Fraud, Wire Fraud, Bribery, Fraud/Constructive Fraud,

2191    Conversion (land), Battery, Money Laundering, Computer Fraud, Economic Espionage,

2192    forgery, Counterfeiting, murder - 18 USC section 3, Accessory after the fact) AND

2193    Colorado Organized Crime Control Act (COCCA)

2194    This cause of action incorporates the descriptive summary of their conduct and

2195    will be backed with evidence.

2196    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2197    This cause of action incorporates the descriptive summary of their conduct and

2198    will be backed with evidence.

2199    Wire Fraud

2200    This cause of action incorporates the descriptive summary of their conduct and

2201    will be backed with evidence.

2202    Fraud (contacting the FBI)

2203    This cause of action incorporates the descriptive summary of their conduct and

2204    will be backed with evidence.

2205    Conversion

2206        This cause of action incorporates the descriptive summary of their conduct and

2207    will be backed with evidence.

2208        Bribery

2209        This cause of action incorporates the descriptive summary of their conduct and

2210    will be backed with evidence.

2211        Money Laundering

2212        This cause of action incorporates the descriptive summary of their conduct and

2213    will be backed with evidence.

2214        Computer Fraud (Computer Fraud and Abuse Act -

2215        This cause of action incorporates the descriptive summary of their conduct and

2216    will be backed with evidence.

2217        Economic Espionage

2218        This cause of action incorporates the descriptive summary of their conduct and

2219    will be backed with evidence.

2220        Counterfeiting

2221        This cause of action incorporates the descriptive summary of their conduct and

2222    will be backed with evidence.

2223        Identity Theft

2224        This cause of action incorporates the descriptive summary of their conduct and

2225    will be backed with evidence.

2226        False Arrest/Imprisonment

2227        This cause of action incorporates the descriptive summary of their conduct and

2228    will be backed with evidence.

2229    Kidnapping

2230    This cause of action incorporates the descriptive summary of their conduct and
2231    will be backed with evidence.

2232    Murder

2233    This cause of action incorporates the descriptive summary of their conduct and
2234    will be backed with evidence.

2235    Accessory After the Fact (18 USC section 3)

2236    This cause of action incorporates the descriptive summary of their conduct and
2237    will be backed with evidence.

2238    64. BANK OF GHANA/GHANA CENTRAL BANK

2239    Ghana Central Bank can set the standard for truthfulness and integrity where
2240    Wells Fargo, Citibank and others listed in this complaint have failed. Plaintiff has
2241    sufficient evidence to prove his case, and that includes exposing officials who fabricate
2242    stories and evidence as Wells Fargo and others have in order to launder stolen money.

2243    Plaintiff has email correspondence from the Office of the President of Ghana,
2244    which shows that no one can be trusted.

2245    Therefor Plaintiff seeks cooperation and no dirty corrupt political tactics or
2246    cooperation with the corrupt officials and spies who secretly contact people demanding
2247    that they follow their instructions blindly no matter how wrong they may be.

2248    Injurious Falsehood

2249    This cause of action incorporates the descriptive summary of their conduct and
2250    will be backed with evidence.

2251    Unfair Business Practices, Competition

2252          This cause of action incorporates the descriptive summary of their conduct and

2253    will be backed with evidence.

2254          Intentional Interference with Prospective Economic Advantage

2255          This cause of action incorporates the descriptive summary of their conduct and

2256    will be backed with evidence.

2257          Intentional Interference with Contractual Relations

2258          This cause of action incorporates the descriptive summary of their conduct and

2259    will be backed with evidence.

2260          Intentional Interference with Inheritance

2261          This cause of action incorporates the descriptive summary of their conduct and

2262    will be backed with evidence.

2263          Conversion of land and property

2264          This cause of action incorporates the descriptive summary of their conduct and

2265    will be backed with evidence.

2266          False Light (False Representation)

2267          This cause of action incorporates the descriptive summary of their conduct and

2268    will be backed with evidence.

2269          Civil Rights, conspiracy (18 USC 241)

2270          This cause of action incorporates the descriptive summary of their conduct and

2271    will be backed with evidence.

2272          42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2273          This cause of action incorporates the descriptive summary of their conduct and

2274    will be backed with evidence.

2275        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2276        This cause of action incorporates the descriptive summary of their conduct and

2277    will be backed with evidence.

2278        65. NEWMONT MINING COMPANY

2279        Newmont is based in Denver and has operations in Ghana and Peru. The land

2280    theft in Newmont that Newmont is in litigation over is too similar to the land theft and

2281    Conversion taking place in Ghana, as are the mob attacks and other tactics.

2282        Injurious Falsehood – Defendant participates in a conspiracy of falsehoods in

2283    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2284    rights of others.

2285        This cause of action incorporates the descriptive summary of their conduct and

2286    will be backed with evidence.

2287        Unfair Business Practices, Competition

2288        This cause of action incorporates the descriptive summary of their conduct and

2289    will be backed with evidence.

2290        Intentional Interference with Prospective Economic Advantage

2291        This cause of action incorporates the descriptive summary of their conduct and

2292    will be backed with evidence.

2293        Intentional Interference with Inheritance

2294        This cause of action incorporates the descriptive summary of their conduct and

2295    will be backed with evidence.

2296        Fraudulent Misrepresentation

2297         This cause of action incorporates the descriptive summary of their conduct and

2298 will be backed with evidence.

2299         Conversion of land and property

2300         This cause of action incorporates the descriptive summary of their conduct and

2301 will be backed with evidence.

2302         Civil Theft

2303         This cause of action incorporates the descriptive summary of their conduct and

2304 will be backed with evidence.

2305         False Arrest/Imprisonment

2306         This cause of action incorporates the descriptive summary of their conduct and

2307 will be backed with evidence.

2308         Civil Rights, conspiracy (18 USC 241)

2309         This cause of action incorporates the descriptive summary of their conduct and

2310 will be backed with evidence.

2311         42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2312         This cause of action incorporates the descriptive summary of their conduct and

2313 will be backed with evidence.

2314         RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2315         This cause of action incorporates the descriptive summary of their conduct and

2316 will be backed with evidence.

2317         Colorado Organized Crime Control Act (COCCA)

2318         This cause of action incorporates the descriptive summary of their conduct and

2319 will be backed with evidence.

2320    Bribery

2321    This cause of action incorporates the descriptive summary of their conduct and

2322    will be backed with evidence.

2323    Fraud (Conversion is Fraud)

2324    This cause of action incorporates the descriptive summary of their conduct and

2325    will be backed with evidence.

2326    Conversion

2327    This cause of action incorporates the descriptive summary of their conduct and

2328    will be backed with evidence.

2329    Money Laundering

2330    This cause of action incorporates the descriptive summary of their conduct and

2331    will be backed with evidence.

2332    *** Inherent that Money Laundering is inevitable if the land minerals are stolen.

2333    Economic Espionage

2334    This cause of action incorporates the descriptive summary of their conduct and

2335    will be backed with evidence.

2336    False Arrest/Imprisonment (Denver and Ghana)

2337    This cause of action incorporates the descriptive summary of their conduct and

2338    will be backed with evidence.

2339    66. JOHN DOE(S) 1-10

2340    John/Jane Doe(s)(As Monique Whitehead)

2341    Frank Oko (also Conversion, Civil Theft) etc. Kidnapping… Fraud, Bribery

2342    Nidakun Ofori

2343       RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2344       This cause of action incorporates the descriptive summary of their conduct and

2345 will be backed with evidence.

2346       Colorado Organized Crime Control Act (COCCA)

2347       This cause of action incorporates the descriptive summary of their conduct and

2348 will be backed with evidence.

2349       Mail Fraud

2350       This cause of action incorporates the descriptive summary of their conduct and

2351 will be backed with evidence.

2352       Money Laundering (money stolen from me)

2353       This cause of action incorporates the descriptive summary of their conduct and

2354 will be backed with evidence.

2355       Wire Fraud

2356       This cause of action incorporates the descriptive summary of their conduct and

2357 will be backed with evidence.

2358       Fraud

2359       This cause of action incorporates the descriptive summary of their conduct and

2360 will be backed with evidence.

2361       Computer Fraud (Computer Fraud and Abuse Act)

2362       This cause of action incorporates the descriptive summary of their conduct and

2363 will be backed with evidence.

2364       Economic Espionage

2365    This cause of action incorporates the descriptive summary of their conduct and

2366    will be backed with evidence.

2367    Forgery

2368    This cause of action incorporates the descriptive summary of their conduct and

2369    will be backed with evidence.

2370    Counterfeiting

2371    This cause of action incorporates the descriptive summary of their conduct and

2372    will be backed with evidence.

2373    Identity Theft

2374    This cause of action incorporates the descriptive summary of their conduct and

2375    will be backed with evidence.

2376    Kidnapping

2377    This cause of action incorporates the descriptive summary of their conduct and

2378    will be backed with evidence.

2379    Murder

2380    This cause of action incorporates the descriptive summary of their conduct and

2381    will be backed with evidence.

2382    Accessory After the Fact (18 USC section 3)

2383    This cause of action incorporates the descriptive summary of their conduct and

2384    will be backed with evidence.

2385    67. JANE DOE(S) 1-10

2386    Injurious Falsehood

2387        This cause of action incorporates the descriptive summary of their conduct and

2388    will be backed with evidence.

2389        Breach of Contract

2390        This cause of action incorporates the descriptive summary of their conduct and

2391    will be backed with evidence.

2392        Intentional Interference with Prospective Economic Advantage

2393        This cause of action incorporates the descriptive summary of their conduct and

2394    will be backed with evidence.

2395        Intentional Interference with Contractual Relations

2396        This cause of action incorporates the descriptive summary of their conduct and

2397    will be backed with evidence.

2398        Intentional Interference with Inheritance

2399        This cause of action incorporates the descriptive summary of their conduct and

2400    will be backed with evidence.

2401        False Light (False Representation)

2402        This cause of action incorporates the descriptive summary of their conduct and

2403    will be backed with evidence.

2404        Outrageous Conduct (Intentional Infliction of Emotional Distress)

2405        This cause of action incorporates the descriptive summary of their conduct and

2406    will be backed with evidence.

2407        Invasion of Privacy

2408        This cause of action incorporates the descriptive summary of their conduct and

2409    will be backed with evidence.

2410        Malicious Prosecution

2411        This cause of action incorporates the descriptive summary of their conduct and

2412    will be backed with evidence.

2413        Fraud/Constructive Fraud

2414        This cause of action incorporates the descriptive summary of their conduct and

2415    will be backed with evidence.

2416        The Computer Fraud and Abuse Act (CFAA)

2417        This cause of action incorporates the descriptive summary of their conduct and

2418    will be backed with evidence.

2419        Civil Rights, conspiracy (18 USC 241)

2420        This cause of action incorporates the descriptive summary of their conduct and

2421    will be backed with evidence.

2422        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2423        This cause of action incorporates the descriptive summary of their conduct and

2424    will be backed with evidence.

2425        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2426        This cause of action incorporates the descriptive summary of their conduct and

2427    will be backed with evidence.

2428        Colorado Organized Crime Control Act (COCCA)

2429        This cause of action incorporates the descriptive summary of their conduct and

2430    will be backed with evidence.

2431        Fraud

2432    This cause of action incorporates the descriptive summary of their conduct and

2433    will be backed with evidence.

2434    ## PARTIES PART II - CLAIMS LISTED:

2435
2436    1. WELLS FARGO & COMPANY Inc.

2437    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2438    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2439    rights of others.

2440    This cause of action incorporates the descriptive summary of their conduct and

2441    will be backed with evidence.

2442    Breach of Fiduciary Duty

2443    This cause of action incorporates the descriptive summary of their conduct and

2444    will be backed with evidence.

2445    Unfair Business Practices, Competition

2446    This cause of action incorporates the descriptive summary of their conduct and

2447    will be backed with evidence.

2448    Intentional Interference with Prospective Economic Advantage

2449    This cause of action incorporates the descriptive summary of their conduct and

2450    will be backed with evidence.

2451    Intentional Interference with Contractual Relations

2452    This cause of action incorporates the descriptive summary of their conduct and

2453    will be backed with evidence.

2454    Intentional Interference with Inheritance

2455    This cause of action incorporates the descriptive summary of their conduct and

2456    will be backed with evidence.

2457    Conversion of land and property

2458    This cause of action incorporates the descriptive summary of their conduct and

2459    will be backed with evidence.

2460    False Light (False Representation)

2461    This cause of action incorporates the descriptive summary of their conduct and

2462    will be backed with evidence.

2463    Outrageous Conduct (Intentional Infliction of Emotional Distress)

2464    This cause of action incorporates the descriptive summary of their conduct and

2465    will be backed with evidence.

2466    Theft (Check/electronic payment/wire)

2467    This cause of action incorporates the descriptive summary of their conduct and

2468    will be backed with evidence.

2469    Invasion of Privacy

2470    This cause of action incorporates the descriptive summary of their conduct and

2471    will be backed with evidence.

2472    Malicious Prosecution

2473    This cause of action incorporates the descriptive summary of their conduct and

2474    will be backed with evidence.

2475    False Arrest/Imprisonment

2476    This cause of action incorporates the descriptive summary of their conduct and

2477    will be backed with evidence.

2478        Wrongful Dishonor of Check

2479        This cause of action incorporates the descriptive summary of their conduct and

2480    will be backed with evidence.

2481        The Computer Fraud and Abuse Act (CFAA)

2482        This cause of action incorporates the descriptive summary of their conduct and

2483    will be backed with evidence.

2484        Civil Rights, conspiracy (18 USC 241)

2485        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2486        This cause of action incorporates the descriptive summary of their conduct and

2487    will be backed with evidence.

2488        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2489        This cause of action incorporates the descriptive summary of their conduct and

2490    will be backed with evidence.

2491        Colorado Organized Crime Control Act (COCCA)

2492        This cause of action incorporates the descriptive summary of their conduct and

2493    will be backed with evidence.

2494        Bribery

2495        This cause of action incorporates the descriptive summary of their conduct and

2496    will be backed with evidence.

2497        Fraud

2498        This cause of action incorporates the descriptive summary of their conduct and

2499    will be backed with evidence.

2500        Conversion

2501    This cause of action incorporates the descriptive summary of their conduct and

2502    will be backed with evidence.

2503    Money Laundering

2504    This cause of action incorporates the descriptive summary of their conduct and

2505    will be backed with evidence.

2506    Computer Fraud (Computer Fraud and Abuse Act -

2507    This cause of action incorporates the descriptive summary of their conduct and

2508    will be backed with evidence.

2509    Economic Espionage

2510    This cause of action incorporates the descriptive summary of their conduct and

2511    will be backed with evidence.

2512    2. WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC

2513    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2514    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2515    rights of others.

2516    This cause of action incorporates the descriptive summary of their conduct and

2517    will be backed with evidence.

2518    Breach of Fiduciary Duty

2519    This cause of action incorporates the descriptive summary of their conduct and

2520    will be backed with evidence.

2521    Unfair Business Practices, Competition

2522    This cause of action incorporates the descriptive summary of their conduct and

2523    will be backed with evidence.

2524        Intentional Interference with Prospective Economic Advantage

2525        This cause of action incorporates the descriptive summary of their conduct and

2526   will be backed with evidence.

2527        Intentional Interference with Contractual Relations

2528        This cause of action incorporates the descriptive summary of their conduct and

2529   will be backed with evidence.

2530        Intentional Interference with Inheritance

2531        This cause of action incorporates the descriptive summary of their conduct and

2532   will be backed with evidence.

2533        Conversion of land and property

2534        This cause of action incorporates the descriptive summary of their conduct and

2535   will be backed with evidence.

2536        False Light (False Representation)

2537        This cause of action incorporates the descriptive summary of their conduct and

2538   will be backed with evidence.

2539        Outrageous Conduct (Intentional Infliction of Emotional Distress)

2540        This cause of action incorporates the descriptive summary of their conduct and

2541   will be backed with evidence.

2542        Theft

2543        This cause of action incorporates the descriptive summary of their conduct and

2544   will be backed with evidence.

2545        Invasion of Privacy

2546        This cause of action incorporates the descriptive summary of their conduct and

2547    will be backed with evidence.

2548        Malicious Prosecution

2549        This cause of action incorporates the descriptive summary of their conduct and

2550    will be backed with evidence.

2551        The Computer Fraud and Abuse Act (CFAA)

2552        This cause of action incorporates the descriptive summary of their conduct and

2553    will be backed with evidence.

2554        Civil Rights, conspiracy (18 USC 241)

2555        This cause of action incorporates the descriptive summary of their conduct and

2556    will be backed with evidence.

2557        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2558        This cause of action incorporates the descriptive summary of their conduct and

2559    will be backed with evidence.

2560        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2561        This cause of action incorporates the descriptive summary of their conduct and

2562    will be backed with evidence.

2563        Colorado Organized Crime Control Act (COCCA)

2564        This cause of action incorporates the descriptive summary of their conduct and

2565    will be backed with evidence.

2566        Bribery

2567        This cause of action incorporates the descriptive summary of their conduct and

2568    will be backed with evidence.

2569    Fraud

2570    This cause of action incorporates the descriptive summary of their conduct and

2571    will be backed with evidence.

2572    Conversion

2573    This cause of action incorporates the descriptive summary of their conduct and

2574    will be backed with evidence.

2575    Money Laundering

2576    This cause of action incorporates the descriptive summary of their conduct and

2577    will be backed with evidence.

2578    Computer Fraud (Computer Fraud and Abuse Act

2579    This cause of action incorporates the descriptive summary of their conduct and

2580    will be backed with evidence.

2581    Economic Espionage

2582    This cause of action incorporates the descriptive summary of their conduct and

2583    will be backed with evidence.

2584    3. WESTERN UNION CORP Inc.

2585    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2586    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2587    rights of others.

2588    This cause of action incorporates the descriptive summary of their conduct and

2589    will be backed with evidence.

2590    Breach of Fiduciary Duty

2591        This cause of action incorporates the descriptive summary of their conduct and

2592    will be backed with evidence.

2593        Unfair Business Practices, Competition

2594        This cause of action incorporates the descriptive summary of their conduct and

2595    will be backed with evidence.

2596        Breach of Contract

2597        This cause of action incorporates the descriptive summary of their conduct and

2598    will be backed with evidence.

2599        Intentional Interference with Prospective Economic Advantage

2600        This cause of action incorporates the descriptive summary of their conduct and

2601    will be backed with evidence.

2602        Intentional Interference with Contractual Relations

2603        This cause of action incorporates the descriptive summary of their conduct and

2604    will be backed with evidence.

2605        Intentional Interference with Inheritance

2606        This cause of action incorporates the descriptive summary of their conduct and

2607    will be backed with evidence.

2608        Conversion of land and property

2609        This cause of action incorporates the descriptive summary of their conduct and

2610    will be backed with evidence.

2611        False Light (False Representation)

2612        This cause of action incorporates the descriptive summary of their conduct and

2613    will be backed with evidence.

2614    Outrageous Conduct (Intentional Infliction of Emotional Distress)

2615    This cause of action incorporates the descriptive summary of their conduct and

2616   will be backed with evidence.

2617    Invasion of Privacy

2618    This cause of action incorporates the descriptive summary of their conduct and

2619   will be backed with evidence.

2620    Malicious Prosecution

2621    This cause of action incorporates the descriptive summary of their conduct and

2622   will be backed with evidence.

2623    The Computer Fraud and Abuse Act (CFAA)

2624    This cause of action incorporates the descriptive summary of their conduct and

2625   will be backed with evidence.

2626    Civil Rights, conspiracy (18 USC 241)

2627    This cause of action incorporates the descriptive summary of their conduct and

2628   will be backed with evidence.

2629    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2630    This cause of action incorporates the descriptive summary of their conduct and

2631   will be backed with evidence.

2632    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2633    This cause of action incorporates the descriptive summary of their conduct and

2634   will be backed with evidence.

2635    Colorado Organized Crime Control Act (COCCA)

2636    This cause of action incorporates the descriptive summary of their conduct and

2637  will be backed with evidence.

2638    Bribery

2639    This cause of action incorporates the descriptive summary of their conduct and

2640  will be backed with evidence.

2641    Fraud

2642    This cause of action incorporates the descriptive summary of their conduct and

2643  will be backed with evidence.

2644    Conversion

2645    This cause of action incorporates the descriptive summary of their conduct and

2646  will be backed with evidence.

2647    Money Laundering

2648    This cause of action incorporates the descriptive summary of their conduct and

2649  will be backed with evidence.

2650    Computer Fraud (Computer Fraud and Abuse Act

2651    This cause of action incorporates the descriptive summary of their conduct and

2652  will be backed with evidence.

2653    This cause of action incorporates the descriptive summary of their conduct and

2654  will be backed with evidence.

2655    Economic Espionage

2656    This cause of action incorporates the descriptive summary of their conduct and

2657  will be backed with evidence.

2658    4. CITIBANK Inc.

2659        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2660    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2661    rights of others.

2662        This cause of action incorporates the descriptive summary of their conduct and

2663    will be backed with evidence.

2664        Breach of Fiduciary Duty

2665        This cause of action incorporates the descriptive summary of their conduct and

2666    will be backed with evidence.

2667        Unfair Business Practices, Competition

2668        This cause of action incorporates the descriptive summary of their conduct and

2669    will be backed with evidence.

2670        Intentional Interference with Prospective Economic Advantage

2671        This cause of action incorporates the descriptive summary of their conduct and

2672    will be backed with evidence.

2673        Intentional Interference with Contractual Relations

2674        This cause of action incorporates the descriptive summary of their conduct and

2675    will be backed with evidence.

2676        Intentional Interference with Inheritance

2677        This cause of action incorporates the descriptive summary of their conduct and

2678    will be backed with evidence.

2679        Conversion of land and property

2680        This cause of action incorporates the descriptive summary of their conduct and

2681    will be backed with evidence.

2682    False Light (False Representation)

2683    This cause of action incorporates the descriptive summary of their conduct and

2684    will be backed with evidence.

2685    Outrageous Conduct (Intentional Infliction of Emotional Distress)

2686    This cause of action incorporates the descriptive summary of their conduct and

2687    will be backed with evidence.

2688    Theft

2689    This cause of action incorporates the descriptive summary of their conduct and

2690    will be backed with evidence.

2691    Invasion of Privacy

2692    This cause of action incorporates the descriptive summary of their conduct and

2693    will be backed with evidence.

2694    Malicious Prosecution

2695    This cause of action incorporates the descriptive summary of their conduct and

2696    will be backed with evidence.

2697    The Computer Fraud and Abuse Act (CFAA)

2698    This cause of action incorporates the descriptive summary of their conduct and

2699    will be backed with evidence.

2700    Civil Rights, conspiracy (18 USC 241)

2701    This cause of action incorporates the descriptive summary of their conduct and

2702    will be backed with evidence.

2703    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2704    This cause of action incorporates the descriptive summary of their conduct and

2705    will be backed with evidence.

2706    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2707    This cause of action incorporates the descriptive summary of their conduct and

2708    will be backed with evidence.

2709    Colorado Organized Crime Control Act (COCCA)

2710    This cause of action incorporates the descriptive summary of their conduct and

2711    will be backed with evidence.

2712    Bribery

2713    This cause of action incorporates the descriptive summary of their conduct and

2714    will be backed with evidence.

2715    Fraud

2716    This cause of action incorporates the descriptive summary of their conduct and

2717    will be backed with evidence.

2718    Conversion

2719    This cause of action incorporates the descriptive summary of their conduct and

2720    will be backed with evidence.

2721    Money Laundering

2722    This cause of action incorporates the descriptive summary of their conduct and

2723    will be backed with evidence.

2724    Computer Fraud (Computer Fraud and Abuse Act

2725    This cause of action incorporates the descriptive summary of their conduct and

2726    will be backed with evidence.

2727        Economic Espionage

2728        This cause of action incorporates the descriptive summary of their conduct and

2729    will be backed with evidence.

2730        5. UNIFUND CCR, LLC.

2731        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2732    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2733    rights of others.

2734        This cause of action incorporates the descriptive summary of their conduct and

2735    will be backed with evidence.

2736        6. NELSON & KENNARD (Citibank)

2737        Same as Unifund CCR

2738        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2739    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2740    rights of others.

2741        This cause of action incorporates the descriptive summary of their conduct and

2742    will be backed with evidence.

2743        7. JPMORGAN CHASE & CO

2744        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2745    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2746    rights of others.

2747        This cause of action incorporates the descriptive summary of their conduct and

2748    will be backed with evidence.

2749        Intentional Interference with Prospective Economic Advantage

2750          This cause of action incorporates the descriptive summary of their conduct and

2751    will be backed with evidence.

2752          Intentional Interference with Inheritance

2753          This cause of action incorporates the descriptive summary of their conduct and

2754    will be backed with evidence.

2755          Malicious Prosecution

2756          This cause of action incorporates the descriptive summary of their conduct and

2757    will be backed with evidence.

2758          The Computer Fraud and Abuse Act (CFAA)

2759          This cause of action incorporates the descriptive summary of their conduct and

2760    will be backed with evidence.

2761          Civil Rights, conspiracy (18 USC 241)

2762          This cause of action incorporates the descriptive summary of their conduct and

2763    will be backed with evidence.

2764          42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2765          This cause of action incorporates the descriptive summary of their conduct and

2766    will be backed with evidence.

2767          RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2768          This cause of action incorporates the descriptive summary of their conduct and

2769    will be backed with evidence.

2770          Bribery

2771          This cause of action incorporates the descriptive summary of their conduct and

2772    will be backed with evidence.

2773    Fraud

2774    This cause of action incorporates the descriptive summary of their conduct and

2775    will be backed with evidence.

2776    8. PINNACLE BANK

2777    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2778    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2779    rights of others.

2780    This cause of action incorporates the descriptive summary of their conduct and

2781    will be backed with evidence.

2782    Intentional Interference with Prospective Economic Advantage

2783    This cause of action incorporates the descriptive summary of their conduct and

2784    will be backed with evidence.

2785    Intentional Interference with Inheritance

2786    This cause of action incorporates the descriptive summary of their conduct and

2787    will be backed with evidence.

2788    Malicious Prosecution

2789    This cause of action incorporates the descriptive summary of their conduct and

2790    will be backed with evidence.

2791    The Computer Fraud and Abuse Act (CFAA)

2792    This cause of action incorporates the descriptive summary of their conduct and

2793    will be backed with evidence.

2794    Civil Rights, conspiracy (18 USC 241)

2795    This cause of action incorporates the descriptive summary of their conduct and

2796    will be backed with evidence.

2797    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2798    This cause of action incorporates the descriptive summary of their conduct and

2799    will be backed with evidence.

2800    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2801    This cause of action incorporates the descriptive summary of their conduct and

2802    will be backed with evidence.

2803    Colorado Organized Crime Control Act (COCCA)

2804    This cause of action incorporates the descriptive summary of their conduct and

2805    will be backed with evidence.

2806    Bribery

2807    This cause of action incorporates the descriptive summary of their conduct and

2808    will be backed with evidence.

2809    Fraud

2810    This cause of action incorporates the descriptive summary of their conduct and

2811    will be backed with evidence.

2812    9. BARCLAYS BANK DELAWARE

2813    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2814    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2815    rights of others.

2816    This cause of action incorporates the descriptive summary of their conduct and

2817    will be backed with evidence.

2818          Intentional Interference with Prospective Economic Advantage

2819          This cause of action incorporates the descriptive summary of their conduct and

2820   will be backed with evidence.

2821          Intentional Interference with Inheritance

2822          This cause of action incorporates the descriptive summary of their conduct and

2823   will be backed with evidence.

2824          Malicious Prosecution

2825          This cause of action incorporates the descriptive summary of their conduct and

2826   will be backed with evidence.

2827          The Computer Fraud and Abuse Act (CFAA)

2828          This cause of action incorporates the descriptive summary of their conduct and

2829   will be backed with evidence.

2830          Civil Rights, conspiracy (18 USC 241)

2831          This cause of action incorporates the descriptive summary of their conduct and

2832   will be backed with evidence.

2833          42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2834          This cause of action incorporates the descriptive summary of their conduct and

2835   will be backed with evidence.

2836          Colorado Organized Crime Control Act (COCCA)

2837          This cause of action incorporates the descriptive summary of their conduct and

2838   will be backed with evidence.

2839          RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2840        This cause of action incorporates the descriptive summary of their conduct and

2841    will be backed with evidence.

2842        Bribery

2843        This cause of action incorporates the descriptive summary of their conduct and

2844    will be backed with evidence.

2845        Fraud

2846        This cause of action incorporates the descriptive summary of their conduct and

2847    will be backed with evidence.

2848        10. JEFFERSON CAPITAL SYSTEMS LLC

2849        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2850    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2851    rights of others.

2852        This cause of action incorporates the descriptive summary of their conduct and

2853    will be backed with evidence.

2854        11. NICK DEGANHART (Barclays)

2855        Same as Jefferson Capital Systems

2856        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2857    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2858    rights of others.

2859        This cause of action incorporates the descriptive summary of their conduct and

2860    will be backed with evidence.

2861        12. KATHERINE R. OBRIEN (Barclays)

2862        Same as Jefferson Capital Systems

2863        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2864 order to achieve fraudulent objectives, resulting in the violation of my rights and the

2865 rights of others.

2866        This cause of action incorporates the descriptive summary of their conduct and

2867 will be backed with evidence.

2868        13. THOMAS L. POTTER (Barclays)

2869        Same as Jefferson Capital Systems

2870        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2871 order to achieve fraudulent objectives, resulting in the violation of my rights and the

2872 rights of others.

2873        This cause of action incorporates the descriptive summary of their conduct and

2874 will be backed with evidence.

2875        14. DISCOVER BANK

2876        Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2877 order to achieve fraudulent objectives, resulting in the violation of my rights and the

2878 rights of others.

2879        This cause of action incorporates the descriptive summary of their conduct and

2880 will be backed with evidence.

2881        Intentional Interference with Prospective Economic Advantage

2882        This cause of action incorporates the descriptive summary of their conduct and

2883 will be backed with evidence.

2884        Intentional Interference with Inheritance

2885          This cause of action incorporates the descriptive summary of their conduct and

2886   will be backed with evidence.

2887          The Computer Fraud and Abuse Act (CFAA)

2888          This cause of action incorporates the descriptive summary of their conduct and

2889   will be backed with evidence.

2890          Civil Rights, conspiracy (18 USC 241)

2891          This cause of action incorporates the descriptive summary of their conduct and

2892   will be backed with evidence.

2893          42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2894          This cause of action incorporates the descriptive summary of their conduct and

2895   will be backed with evidence.

2896          RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2897          This cause of action incorporates the descriptive summary of their conduct and

2898   will be backed with evidence.

2899          Colorado Organized Crime Control Act (COCCA)

2900          This cause of action incorporates the descriptive summary of their conduct and

2901   will be backed with evidence.

2902          Bribery

2903          This cause of action incorporates the descriptive summary of their conduct and

2904   will be backed with evidence.

2905          Fraud

2906          This cause of action incorporates the descriptive summary of their conduct and

2907   will be backed with evidence.

2908    15. US BANK NATIONAL ASSOCIATION

2909    Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

2910    order to achieve fraudulent objectives, resulting in the violation of my rights and the

2911    rights of others.

2912    This cause of action incorporates the descriptive summary of their conduct and

2913    will be backed with evidence.

2914    Intentional Interference with Prospective Economic Advantage

2915    This cause of action incorporates the descriptive summary of their conduct and

2916    will be backed with evidence.

2917    Intentional Interference with Inheritance

2918    This cause of action incorporates the descriptive summary of their conduct and

2919    will be backed with evidence.

2920    The Computer Fraud and Abuse Act (CFAA)

2921    This cause of action incorporates the descriptive summary of their conduct and

2922    will be backed with evidence.

2923    Civil Rights, conspiracy (18 USC 241)

2924    This cause of action incorporates the descriptive summary of their conduct and

2925    will be backed with evidence.

2926    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2927    This cause of action incorporates the descriptive summary of their conduct and

2928    will be backed with evidence.

2929    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2930	This cause of action incorporates the descriptive summary of their conduct and

2931	will be backed with evidence.

2932	Colorado Organized Crime Control Act (COCCA)

2933	This cause of action incorporates the descriptive summary of their conduct and

2934	will be backed with evidence.

2935	Bribery

2936	This cause of action incorporates the descriptive summary of their conduct and

2937	will be backed with evidence.

2938	Fraud

2939	This cause of action incorporates the descriptive summary of their conduct and

2940	will be backed with evidence.

2941	16. BBVA USA BANCSHARHARES INC.

2942	Intentional Interference with Prospective Economic Advantage

2943	This cause of action incorporates the descriptive summary of their conduct and

2944	will be backed with evidence.

2945	Intentional Interference with Inheritance

2946	This cause of action incorporates the descriptive summary of their conduct and

2947	will be backed with evidence.

2948	The Computer Fraud and Abuse Act (CFAA)

2949	This cause of action incorporates the descriptive summary of their conduct and

2950	will be backed with evidence.

2951	*** Add Invasion of Privacy for Check and card block

2952    This cause of action incorporates the descriptive summary of their conduct and

2953    will be backed with evidence.

2954    Civil Rights, conspiracy (18 USC 241)

2955    This cause of action incorporates the descriptive summary of their conduct and

2956    will be backed with evidence.

2957    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2958    This cause of action incorporates the descriptive summary of their conduct and

2959    will be backed with evidence.

2960    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2961    This cause of action incorporates the descriptive summary of their conduct and

2962    will be backed with evidence.

2963    Colorado Organized Crime Control Act (COCCA)

2964    This cause of action incorporates the descriptive summary of their conduct and

2965    will be backed with evidence.

2966    Bribery

2967    This cause of action incorporates the descriptive summary of their conduct and

2968    will be backed with evidence.

2969    Fraud

2970    This cause of action incorporates the descriptive summary of their conduct and

2971    will be backed with evidence.

2972    17. BANK OF AMERICA CORP

2973    Intentional Interference with Prospective Economic Advantage

2974        This cause of action incorporates the descriptive summary of their conduct and

2975    will be backed with evidence.

2976        Intentional Interference with Inheritance

2977        This cause of action incorporates the descriptive summary of their conduct and

2978    will be backed with evidence.

2979        The Computer Fraud and Abuse Act (CFAA)

2980        This cause of action incorporates the descriptive summary of their conduct and

2981    will be backed with evidence.

2982    Civil Rights, conspiracy (18 USC 241)

2983        This cause of action incorporates the descriptive summary of their conduct and

2984    will be backed with evidence.

2985    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

2986        This cause of action incorporates the descriptive summary of their conduct and

2987    will be backed with evidence.

2988    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

2989        This cause of action incorporates the descriptive summary of their conduct and

2990    will be backed with evidence.

2991    Colorado Organized Crime Control Act (COCCA)

2992        This cause of action incorporates the descriptive summary of their conduct and

2993    will be backed with evidence.

2994        Bribery

2995        This cause of action incorporates the descriptive summary of their conduct and

2996    will be backed with evidence.

2997        Fraud

2998        This cause of action incorporates the descriptive summary of their conduct and

2999    will be backed with evidence.

3000        18. HSBC GHANA

3001        Intentional Interference with Prospective Economic Advantage

3002        This cause of action incorporates the descriptive summary of their conduct and

3003    will be backed with evidence.

3004        Intentional Interference with Inheritance

3005        This cause of action incorporates the descriptive summary of their conduct and

3006    will be backed with evidence.

3007        Conversion of land and property

3008        This cause of action incorporates the descriptive summary of their conduct and

3009    will be backed with evidence.

3010        The Computer Fraud and Abuse Act (CFAA)

3011        Entire network of banks secretly communicating falsehoods shows that they each

3012    were participants in wire fraud.

3013        Judith set an example, and it has permeated the actions of all other parties, it is

3014    not accidental or a coincidence.

3015        Civil Rights, conspiracy (18 USC 241)

3016        This cause of action incorporates the descriptive summary of their conduct and

3017    will be backed with evidence.

3018        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3019    This cause of action incorporates the descriptive summary of their conduct and

3020    will be backed with evidence.

3021    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3022    This cause of action incorporates the descriptive summary of their conduct and

3023    will be backed with evidence.

3024    Colorado Organized Crime Control Act (COCCA)

3025    This cause of action incorporates the descriptive summary of their conduct and

3026    will be backed with evidence.

3027    Bribery

3028    This cause of action incorporates the descriptive summary of their conduct and

3029    will be backed with evidence.

3030    The conspiracy is not possible without Bribery and corruption.

3031    Fraud

3032    This cause of action incorporates the descriptive summary of their conduct and

3033    will be backed with evidence.

3034    Money Laundering

3035    This cause of action incorporates the descriptive summary of their conduct and

3036    will be backed with evidence.

3037    Economic Espionage

3038    19. GHANA COMMERCIAL BANK

3039    Injurious Falsehood

3040    This cause of action incorporates the descriptive summary of their conduct and

3041    will be backed with evidence.

3042  Breach of Fiduciary Duty

3043  This cause of action incorporates the descriptive summary of their conduct and

3044 will be backed with evidence.

3045  Unfair Business Practices, Competition

3046  This cause of action incorporates the descriptive summary of their conduct and

3047 will be backed with evidence.

3048  Breach of Contract

3049  This cause of action incorporates the descriptive summary of their conduct and

3050 will be backed with evidence.

3051  Intentional Interference with Prospective Economic Advantage

3052  This cause of action incorporates the descriptive summary of their conduct and

3053 will be backed with evidence.

3054  Intentional Interference with Contractual Relations

3055  This cause of action incorporates the descriptive summary of their conduct and

3056 will be backed with evidence.

3057  Intentional Interference with Inheritance

3058  This cause of action incorporates the descriptive summary of their conduct and

3059 will be backed with evidence.

3060  Conversion of land and property

3061  This cause of action incorporates the descriptive summary of their conduct and

3062 will be backed with evidence.

3063  False Light (False Representation)

3064    This cause of action incorporates the descriptive summary of their conduct and

3065    will be backed with evidence.

3066    Fraud/Constructive Fraud

3067    This cause of action incorporates the descriptive summary of their conduct and

3068    will be backed with evidence.

3069    The Computer Fraud and Abuse Act (CFAA)

3070    This cause of action incorporates the descriptive summary of their conduct and

3071    will be backed with evidence.

3072    Civil Rights, conspiracy (18 USC 241)

3073    This cause of action incorporates the descriptive summary of their conduct and

3074    will be backed with evidence.

3075    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3076    This cause of action incorporates the descriptive summary of their conduct and

3077    will be backed with evidence.

3078    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3079    This cause of action incorporates the descriptive summary of their conduct and

3080    will be backed with evidence.

3081    Colorado Organized Crime Control Act (COCCA)

3082    This cause of action incorporates the descriptive summary of their conduct and

3083    will be backed with evidence.

3084    Bribery

3085    This cause of action incorporates the descriptive summary of their conduct and

3086    will be backed with evidence.

3087    Fraud

3088    This cause of action incorporates the descriptive summary of their conduct and

3089    will be backed with evidence.

3090    Money Laundering

3091    This cause of action incorporates the descriptive summary of their conduct and

3092    will be backed with evidence.

3093    Computer Fraud (Computer Fraud and Abuse Act

3094    This cause of action incorporates the descriptive summary of their conduct and

3095    will be backed with evidence.

3096    Economic Espionage

3097    This cause of action incorporates the descriptive summary of their conduct and

3098    will be backed with evidence.

3099    20. PINNACOL ASSURANCE

3100    Breach of Fiduciary Duty

3101    Pinnacol Assurance in the identical fashion breached their fiduciary duty by

3102    sabotaging my medical records and assistance, while suggesting I committed medical

3103    records fraud for altered documents which Concentra and Collin Earl's partner attorney

3104    Royce Mueller were behind.

3105    This cause of action incorporates the descriptive summary of their conduct and

3106    will be backed with evidence.

3107    Intentional Interference with Prospective Economic Advantage

3108    This cause of action incorporates the descriptive summary of their conduct and

3109    will be backed with evidence.

3110        Medical Malpractice

3111        This cause of action incorporates the descriptive summary of their conduct and

3112    will be backed with evidence.

3113        Fraud/Constructive Fraud

3114        This cause of action incorporates the descriptive summary of their conduct and

3115    will be backed with evidence.

3116        The Computer Fraud and Abuse Act (CFAA)

3117        This cause of action incorporates the descriptive summary of their conduct and

3118    will be backed with evidence.

3119        Civil Rights, conspiracy (18 USC 241)

3120        This cause of action incorporates the descriptive summary of their conduct and

3121    will be backed with evidence.

3122        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3123        This cause of action incorporates the descriptive summary of their conduct and

3124    will be backed with evidence.

3125        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3126        This cause of action incorporates the descriptive summary of their conduct and

3127    will be backed with evidence.

3128        Colorado Organized Crime Control Act (COCCA)

3129        This cause of action incorporates the descriptive summary of their conduct and

3130    will be backed with evidence.

3131        Wire Fraud

3132    This cause of action incorporates the descriptive summary of their conduct and

3133    will be backed with evidence.

3134    Bribery

3135    This cause of action incorporates the descriptive summary of their conduct and

3136    will be backed with evidence.

3137    Fraud

3138    This cause of action incorporates the descriptive summary of their conduct and

3139    will be backed with evidence.

3140    Computer Fraud (Computer Fraud and Abuse Act -

3141    This cause of action incorporates the descriptive summary of their conduct and

3142    will be backed with evidence.

3143    21. CONCENTRA HEALTH SERVICES INC.

3144    Breach of Fiduciary Duty – Concentra violated their duty to give honest and

3145    proper treatment, regardless of the dictates of management, Pinnacol and other

3146    conspirators.

3147    This cause of action incorporates the descriptive summary of their conduct and

3148    will be backed with evidence.

3149    Intentional Interference with Prospective Economic Advantage

3150    This cause of action incorporates the descriptive summary of their conduct and

3151    will be backed with evidence.

3152    Medical Malpractice

3153    This cause of action incorporates the descriptive summary of their conduct and

3154    will be backed with evidence.

3155        Fraud/Constructive Fraud

3156        This cause of action incorporates the descriptive summary of their conduct and

3157 will be backed with evidence.

3158        The Computer Fraud and Abuse Act (CFAA)

3159        This cause of action incorporates the descriptive summary of their conduct and

3160 will be backed with evidence.

3161        Civil Rights, conspiracy (18 USC 241)

3162        This cause of action incorporates the descriptive summary of their conduct and

3163 will be backed with evidence.

3164        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3165        This cause of action incorporates the descriptive summary of their conduct and

3166 will be backed with evidence.

3167        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3168        This cause of action incorporates the descriptive summary of their conduct and

3169 will be backed with evidence.

3170        Colorado Organized Crime Control Act (COCCA)

3171        This cause of action incorporates the descriptive summary of their conduct and

3172 will be backed with evidence.

3173        Wire Fraud

3174        This cause of action incorporates the descriptive summary of their conduct and

3175 will be backed with evidence.

3176        Bribery

3177        This cause of action incorporates the descriptive summary of their conduct and

3178    will be backed with evidence.

3179        Fraud

3180        This cause of action incorporates the descriptive summary of their conduct and

3181    will be backed with evidence.

3182        Computer Fraud (Computer Fraud and Abuse Act

3183        This cause of action incorporates the descriptive summary of their conduct and

3184    will be backed with evidence.

3185        22. STUART H. MEYERS, MD/COLORADO ORTHOPEDIC CONSULTANTS,

3186    LLC

3187        Medical Malpractice

3188        This cause of action incorporates the descriptive summary of their conduct and

3189    will be backed with evidence.

3190        Civil Rights, conspiracy (18 USC 241)

3191        This cause of action incorporates the descriptive summary of their conduct and

3192    will be backed with evidence.

3193        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3194        This cause of action incorporates the descriptive summary of their conduct and

3195    will be backed with evidence.

3196        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3197        This cause of action incorporates the descriptive summary of their conduct and

3198    will be backed with evidence.

3199        Colorado Organized Crime Control Act (COCCA)

3200　　　This cause of action incorporates the descriptive summary of their conduct and

3201　will be backed with evidence.

3202　　　Bribery

3203　　　This cause of action incorporates the descriptive summary of their conduct and

3204　will be backed with evidence.

3205　　　Fraud

3206　　　This cause of action incorporates the descriptive summary of their conduct and

3207　will be backed with evidence.

3208　　　23. SAMUEL Y. CHAN/MILE HIGH SPORTS AND REHABILITATIVE

3209　MEDICINE, PC

3210　　　- Negligence

3211　　　This cause of action incorporates the descriptive summary of their conduct and

3212　will be backed with evidence.

3213　　　- Fraud

3214　　　This cause of action incorporates the descriptive summary of their conduct and

3215　will be backed with evidence.

3216　　　- False Light

3217　　　This cause of action incorporates the descriptive summary of their conduct and

3218　will be backed with evidence.

3219　　　24. LIBERTY MUTUAL INSURANCE COMPANY

3220　　　Intentional Interference with Prospective Economic Advantage

3221　　　This cause of action incorporates the descriptive summary of their conduct and

3222　will be backed with evidence.

3223    Fraud/Constructive Fraud

3224    This cause of action incorporates the descriptive summary of their conduct and

3225    will be backed with evidence.

3226    The Computer Fraud and Abuse Act (CFAA)

3227    This cause of action incorporates the descriptive summary of their conduct and

3228    will be backed with evidence.

3229    Civil Rights, conspiracy (18 USC 241)

3230    This cause of action incorporates the descriptive summary of their conduct and

3231    will be backed with evidence.

3232    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3233    This cause of action incorporates the descriptive summary of their conduct and

3234    will be backed with evidence.

3235    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3236    This cause of action incorporates the descriptive summary of their conduct and

3237    will be backed with evidence.

3238    Colorado Organized Crime Control Act (COCCA)

3239    This cause of action incorporates the descriptive summary of their conduct and

3240    will be backed with evidence.

3241    Wire Fraud

3242    This cause of action incorporates the descriptive summary of their conduct and

3243    will be backed with evidence.

3244    Bribery

3245    This cause of action incorporates the descriptive summary of their conduct and

3246    will be backed with evidence.

3247    Fraud

3248    This cause of action incorporates the descriptive summary of their conduct and

3249    will be backed with evidence.

3250    Computer Fraud (Computer Fraud and Abuse Act)

3251    This cause of action incorporates the descriptive summary of their conduct and

3252    will be backed with evidence.

3253    25. SUZANA SKRABO/LAW OFFICES OF SKRABO AND ATKINS

3254    Intentional Interference with Prospective Economic Advantage

3255    This cause of action incorporates the descriptive summary of their conduct and

3256    will be backed with evidence.

3257    Legal Malpractice

3258    This cause of action incorporates the descriptive summary of their conduct and

3259    will be backed with evidence.

3260    Fraud/Constructive Fraud (wire/email - computer)

3261    This cause of action incorporates the descriptive summary of their conduct and

3262    will be backed with evidence.

3263    The Computer Fraud and Abuse Act (CFAA)

3264    This cause of action incorporates the descriptive summary of their conduct and

3265    will be backed with evidence.

3266    Civil Rights, conspiracy (18 USC 241)

3267     This cause of action incorporates the descriptive summary of their conduct and

3268   will be backed with evidence.

3269     42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3270     This cause of action incorporates the descriptive summary of their conduct and

3271   will be backed with evidence.

3272     RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3273     This cause of action incorporates the descriptive summary of their conduct and

3274   will be backed with evidence.

3275     Colorado Organized Crime Control Act (COCCA)

3276     This cause of action incorporates the descriptive summary of their conduct and

3277   will be backed with evidence.

3278     Wire Fraud

3279     This cause of action incorporates the descriptive summary of their conduct and

3280   will be backed with evidence.

3281     Bribery

3282     This cause of action incorporates the descriptive summary of their conduct and

3283   will be backed with evidence.

3284     Fraud

3285     This cause of action incorporates the descriptive summary of their conduct and

3286   will be backed with evidence.

3287     Computer Fraud (Computer Fraud and Abuse Act)

3288     This cause of action incorporates the descriptive summary of their conduct and

3289   will be backed with evidence.

3290         26. OVERTURF, MCGATH & HULL, PC

3291         Intentional Interference with Prospective Economic Advantage

3292         This cause of action incorporates the descriptive summary of their conduct and

3293    will be backed with evidence.

3294         Legal Malpractice

3295         This cause of action incorporates the descriptive summary of their conduct and

3296    will be backed with evidence.

3297         Fraud/Constructive Fraud

3298         This cause of action incorporates the descriptive summary of their conduct and

3299    will be backed with evidence.

3300         The Computer Fraud and Abuse Act (CFAA)

3301         This cause of action incorporates the descriptive summary of their conduct and

3302    will be backed with evidence.

3303         Civil Rights, conspiracy (18 USC 241)

3304         42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3305         This cause of action incorporates the descriptive summary of their conduct and

3306    will be backed with evidence.

3307         RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3308         This cause of action incorporates the descriptive summary of their conduct and

3309    will be backed with evidence.

3310         Colorado Organized Crime Control Act (COCCA)

3311         This cause of action incorporates the descriptive summary of their conduct and

3312    will be backed with evidence.

3313    Mail Fraud (USPS)

3314    This cause of action incorporates the descriptive summary of their conduct and

3315    will be backed with evidence.

3316    Wire Fraud

3317    This cause of action incorporates the descriptive summary of their conduct and

3318    will be backed with evidence.

3319    Bribery

3320    This cause of action incorporates the descriptive summary of their conduct and

3321    will be backed with evidence.

3322    Fraud

3323    This cause of action incorporates the descriptive summary of their conduct and

3324    will be backed with evidence.

3325    Computer Fraud (Computer Fraud and Abuse Act)

3326    27. AGREN BLANDO COURT REPORTING AND VIDEO INC.

3327    Civil Rights, conspiracy (18 USC 241)

3328    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3329    This cause of action incorporates the descriptive summary of their conduct and

3330    will be backed with evidence.

3331    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3332    This cause of action incorporates the descriptive summary of their conduct and

3333    will be backed with evidence.

3334    Colorado Organized Crime Control Act (COCCA)

3335        This cause of action incorporates the descriptive summary of their conduct and

3336    will be backed with evidence.

3337        Bribery

3338        This cause of action incorporates the descriptive summary of their conduct and

3339    will be backed with evidence.

3340        Fraud

3341        This cause of action incorporates the descriptive summary of their conduct and

3342    will be backed with evidence.

3343        28. ROBERT H. LELAND, MD/BOULDER CENTER FOR ORTHOPEDICS

3344        Intentional Interference with Prospective Economic Advantage

3345        This cause of action incorporates the descriptive summary of their conduct and

3346    will be backed with evidence.

3347        Fraud/Constructive Fraud

3348        This cause of action incorporates the descriptive summary of their conduct and

3349    will be backed with evidence.

3350        The Computer Fraud and Abuse Act (CFAA)

3351        This cause of action incorporates the descriptive summary of their conduct and

3352    will be backed with evidence.

3353        Civil Rights, conspiracy (18 USC 241)

3354        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3355        This cause of action incorporates the descriptive summary of their conduct and

3356    will be backed with evidence.

3357        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3358    This cause of action incorporates the descriptive summary of their conduct and

3359    will be backed with evidence.

3360    Colorado Organized Crime Control Act (COCCA)

3361    This cause of action incorporates the descriptive summary of their conduct and

3362    will be backed with evidence.

3363    Wire Fraud

3364    This cause of action incorporates the descriptive summary of their conduct and

3365    will be backed with evidence.

3366    Bribery

3367    This cause of action incorporates the descriptive summary of their conduct and

3368    will be backed with evidence.

3369    Fraud

3370    This cause of action incorporates the descriptive summary of their conduct and

3371    will be backed with evidence.

3372    Computer Fraud (Computer Fraud and Abuse Act)

3373    This cause of action incorporates the descriptive summary of their conduct and

3374    will be backed with evidence.

3375    29. COBURN INVESTIGATIVE AGENCY INC

3376    Intentional Interference with Prospective Economic Advantage

3377    This cause of action incorporates the descriptive summary of their conduct and

3378    will be backed with evidence.

3379    Fraud/Constructive Fraud

3380        This cause of action incorporates the descriptive summary of their conduct and

3381   will be backed with evidence.

3382        The Computer Fraud and Abuse Act (CFAA)

3383        This cause of action incorporates the descriptive summary of their conduct and

3384   will be backed with evidence.

3385        Civil Rights, conspiracy (18 USC 241)

3386        This cause of action incorporates the descriptive summary of their conduct and

3387   will be backed with evidence.

3388        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3389        This cause of action incorporates the descriptive summary of their conduct and

3390   will be backed with evidence.

3391        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3392        This cause of action incorporates the descriptive summary of their conduct and

3393   will be backed with evidence.

3394        Colorado Organized Crime Control Act (COCCA)

3395        This cause of action incorporates the descriptive summary of their conduct and

3396   will be backed with evidence.

3397        Wire Fraud

3398        This cause of action incorporates the descriptive summary of their conduct and

3399   will be backed with evidence.

3400        Bribery

3401        This cause of action incorporates the descriptive summary of their conduct and

3402   will be backed with evidence.

3403    Fraud

3404    This cause of action incorporates the descriptive summary of their conduct and

3405    will be backed with evidence.

3406    Computer Fraud (Computer Fraud and Abuse Act -

3407    This cause of action incorporates the descriptive summary of their conduct and

3408    will be backed with evidence.

3409    Counterfeiting

3410    This cause of action incorporates the descriptive summary of their conduct and

3411    will be backed with evidence.

3412    Identity Theft

3413    This cause of action incorporates the descriptive summary of their conduct and

3414    will be backed with evidence.

3415    30. ERIC ELLIFF

3416    Intentional Interference with Prospective Economic Advantage

3417    This cause of action incorporates the descriptive summary of their conduct and

3418    will be backed with evidence.

3419    Legal Malpractice

3420    This cause of action incorporates the descriptive summary of their conduct and

3421    will be backed with evidence.

3422    Fraud/Constructive Fraud (Conspiracy/Color of Law)

3423    This cause of action incorporates the descriptive summary of their conduct and

3424    will be backed with evidence.

3425    The Computer Fraud and Abuse Act (CFAA)*** Accessory

3426        This cause of action incorporates the descriptive summary of their conduct and

3427    will be backed with evidence.

3428        Civil Rights, conspiracy (18 USC 241)

3429        This cause of action incorporates the descriptive summary of their conduct and

3430    will be backed with evidence.

3431        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3432        This cause of action incorporates the descriptive summary of their conduct and

3433    will be backed with evidence.

3434        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3435        This cause of action incorporates the descriptive summary of their conduct and

3436    will be backed with evidence.

3437        Colorado Organized Crime Control Act (COCCA)

3438        This cause of action incorporates the descriptive summary of their conduct and

3439    will be backed with evidence.

3440        Mail Fraud

3441        This cause of action incorporates the descriptive summary of their conduct and

3442    will be backed with evidence.

3443        Wire Fraud

3444        This cause of action incorporates the descriptive summary of their conduct and

3445    will be backed with evidence.

3446        Bribery

3447        This cause of action incorporates the descriptive summary of their conduct and

3448    will be backed with evidence.

3449        Fraud

3450        This cause of action incorporates the descriptive summary of their conduct and

3451    will be backed with evidence.

3452        Computer Fraud (Computer Fraud and Abuse Act)

3453        This cause of action incorporates the descriptive summary of their conduct and

3454    will be backed with evidence.

3455        31. C. SCOTT CRABTREE/JAMS MEDIATION SERVICE

3456        Intentional Interference with Prospective Economic Advantage

3457        This cause of action incorporates the descriptive summary of their conduct and

3458    will be backed with evidence.

3459        Outrageous Conduct (Intentional Infliction of Emotional Distress)

3460        This cause of action incorporates the descriptive summary of their conduct and

3461    will be backed with evidence.

3462        Legal Malpractice

3463        This cause of action incorporates the descriptive summary of their conduct and

3464    will be backed with evidence.

3465        Fraud/Constructive Fraud

3466        This cause of action incorporates the descriptive summary of their conduct and

3467    will be backed with evidence.

3468        The Computer Fraud and Abuse Act (CFAA)

3469        This cause of action incorporates the descriptive summary of their conduct and

3470    will be backed with evidence.

3471        Civil Rights, conspiracy (18 USC 241)

3472        This cause of action incorporates the descriptive summary of their conduct and

3473    will be backed with evidence.

3474        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3475        This cause of action incorporates the descriptive summary of their conduct and

3476    will be backed with evidence.

3477        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3478        This cause of action incorporates the descriptive summary of their conduct and

3479    will be backed with evidence.

3480        Colorado Organized Crime Control Act (COCCA)

3481        This cause of action incorporates the descriptive summary of their conduct and

3482    will be backed with evidence.

3483        Wire Fraud

3484        This cause of action incorporates the descriptive summary of their conduct and

3485    will be backed with evidence.

3486        Bribery

3487        This cause of action incorporates the descriptive summary of their conduct and

3488    will be backed with evidence.

3489        Fraud

3490        This cause of action incorporates the descriptive summary of their conduct and

3491    will be backed with evidence.

3492        Computer Fraud (Computer Fraud and Abuse Act)

3493        This cause of action incorporates the descriptive summary of their conduct and

3494    will be backed with evidence.

3495      32. COLORADO TRUCKWASHING, LLC (D/B/A ECO TRUCK WASH)

3496      Intentional Interference with Prospective Economic Advantage

3497      This cause of action incorporates the descriptive summary of their conduct and

3498  will be backed with evidence.

3499      Civil Battery

3500      This cause of action incorporates the descriptive summary of their conduct and

3501  will be backed with evidence.

3502      Negligent Hiring

3503      This cause of action incorporates the descriptive summary of their conduct and

3504  will be backed with evidence.

3505      RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3506      This cause of action incorporates the descriptive summary of their conduct and

3507  will be backed with evidence.

3508      Colorado Organized Crime Control Act (COCCA)

3509      This cause of action incorporates the descriptive summary of their conduct and

3510  will be backed with evidence.

3511      Assault and Battery

3512      This cause of action incorporates the descriptive summary of their conduct and

3513  will be backed with evidence.

3514      Bribery

3515      This cause of action incorporates the descriptive summary of their conduct and

3516  will be backed with evidence.

3517        Fraud (*** the use of insurance to cover an intentional act; fabrication of

3518    evidence, misrepresentation - apply to others also)

3519        Assault and Battery (and John Doe(s)- see OMH

3520        33. CHRIS BROWN/STANLEY BROWN

3521        34. TIM ELDER

3522        Battery

3523        This cause of action incorporates the descriptive summary of their conduct and

3524    will be backed with evidence.

3525        Attempted Murder

3526        This cause of action incorporates the descriptive summary of their conduct and

3527    will be backed with evidence.

3528        35. RIGGS ABNEY LAW FIRM/LEGAL SHIELD

3529        Breach of Fiduciary Duty – Riggs Abney refused to talk to me about a vitally

3530    important case in order to secretly help the opposing party, contrary to Legal Shield

3531    contract.

3532        This cause of action incorporates the descriptive summary of their conduct and

3533    will be backed with evidence.

3534        Unfair Business Practices, Competition

3535        This cause of action incorporates the descriptive summary of their conduct and

3536    will be backed with evidence.

3537        Intentional Interference with Prospective Economic Advantage

3538        This cause of action incorporates the descriptive summary of their conduct and

3539    will be backed with evidence.

3540        Intentional Interference with Inheritance

3541        This cause of action incorporates the descriptive summary of their conduct and

3542    will be backed with evidence.

3543        Legal Malpractice

3544        This cause of action incorporates the descriptive summary of their conduct and

3545    will be backed with evidence.

3546        Civil Rights, conspiracy (18 USC 241)

3547        This cause of action incorporates the descriptive summary of their conduct and

3548    will be backed with evidence.

3549        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3550        This cause of action incorporates the descriptive summary of their conduct and

3551    will be backed with evidence.

3552        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3553        This cause of action incorporates the descriptive summary of their conduct and

3554    will be backed with evidence.

3555        Colorado Organized Crime Control Act (COCCA)

3556        This cause of action incorporates the descriptive summary of their conduct and

3557    will be backed with evidence.

3558        36. ROYCE W. MUELLER, ESQ./TURNER, ROEPKE AND MUELLER, LLC

3559        Breach of Fiduciary Duty

3560        This cause of action incorporates the descriptive summary of their conduct and

3561    will be backed with evidence.

3562        Intentional Interference with Prospective Economic Advantage

3563    This cause of action incorporates the descriptive summary of their conduct and

3564    will be backed with evidence.

3565    Legal Malpractice

3566    This cause of action incorporates the descriptive summary of their conduct and

3567    will be backed with evidence.

3568    Fraud/Constructive Fraud (Impairment)

3569    This cause of action incorporates the descriptive summary of their conduct and

3570    will be backed with evidence.

3571    The Computer Fraud and Abuse Act (CFAA)

3572    This cause of action incorporates the descriptive summary of their conduct and

3573    will be backed with evidence.

3574    Civil Rights, conspiracy (18 USC 241)

3575    This cause of action incorporates the descriptive summary of their conduct and

3576    will be backed with evidence.

3577    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3578    This cause of action incorporates the descriptive summary of their conduct and

3579    will be backed with evidence.

3580    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3581    This cause of action incorporates the descriptive summary of their conduct and

3582    will be backed with evidence.

3583    Colorado Organized Crime Control Act (COCCA)

3584    This cause of action incorporates the descriptive summary of their conduct and

3585    will be backed with evidence.

3586        Wire Fraud

3587        This cause of action incorporates the descriptive summary of their conduct and

3588    will be backed with evidence.

3589        Bribery

3590        This cause of action incorporates the descriptive summary of their conduct and

3591    will be backed with evidence.

3592        Fraud

3593        This cause of action incorporates the descriptive summary of their conduct and

3594    will be backed with evidence.

3595        Computer Fraud (Computer Fraud and Abuse Act)

3596        This cause of action incorporates the descriptive summary of their conduct and

3597    will be backed with evidence.

3598        37. COLLIN EARL/EARL AND EARL LAW FIRM

3599        Breach of Fiduciary Duty

3600        This cause of action incorporates the descriptive summary of their conduct and

3601    will be backed with evidence.

3602        Intentional Interference with Prospective Economic Advantage

3603        This cause of action incorporates the descriptive summary of their conduct and

3604    will be backed with evidence.

3605        Legal Malpractice

3606        This cause of action incorporates the descriptive summary of their conduct and

3607    will be backed with evidence.

3608        Fraud/Constructive Fraud

3609       This cause of action incorporates the descriptive summary of their conduct and

3610   will be backed with evidence.

3611       The Computer Fraud and Abuse Act (CFAA)

3612       This cause of action incorporates the descriptive summary of their conduct and

3613   will be backed with evidence.

3614       Civil Rights, conspiracy (18 USC 241)

3615       This cause of action incorporates the descriptive summary of their conduct and

3616   will be backed with evidence.

3617       42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3618       This cause of action incorporates the descriptive summary of their conduct and

3619   will be backed with evidence.

3620       RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3621       This cause of action incorporates the descriptive summary of their conduct and

3622   will be backed with evidence.

3623       Colorado Organized Crime Control Act (COCCA)

3624       This cause of action incorporates the descriptive summary of their conduct and

3625   will be backed with evidence.

3626       Mail Fraud

3627       This cause of action incorporates the descriptive summary of their conduct and

3628   will be backed with evidence.

3629       Wire Fraud

3630       This cause of action incorporates the descriptive summary of their conduct and

3631   will be backed with evidence.

3632        Bribery

3633        This cause of action incorporates the descriptive summary of their conduct and

3634   will be backed with evidence.

3635        Fraud

3636        This cause of action incorporates the descriptive summary of their conduct and

3637   will be backed with evidence.

3638        Computer Fraud (Computer Fraud and Abuse Act)

3639        This cause of action incorporates the descriptive summary of their conduct and

3640   will be backed with evidence.

3641        38. KYLE USREY/PREPAID PLANS

3642        Breach of Fiduciary Duty

3643        This cause of action incorporates the descriptive summary of their conduct and

3644   will be backed with evidence.

3645        Intentional Interference with Prospective Economic Advantage

3646        This cause of action incorporates the descriptive summary of their conduct and

3647   will be backed with evidence.

3648        Legal Malpractice

3649        This cause of action incorporates the descriptive summary of their conduct and

3650   will be backed with evidence.

3651        Civil Rights, conspiracy (18 USC 241)

3652        This cause of action incorporates the descriptive summary of their conduct and

3653   will be backed with evidence.

3654        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3655    This cause of action incorporates the descriptive summary of their conduct and

3656    will be backed with evidence.

3657    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3658    This cause of action incorporates the descriptive summary of their conduct and

3659    will be backed with evidence.

3660    Colorado Organized Crime Control Act (COCCA)

3661    This cause of action incorporates the descriptive summary of their conduct and

3662    will be backed with evidence.

3663    39. JUDITH SHEINDLIN/JUDGE JUDY SHOW

3664    Judith Sheindlin has developed an organized criminal enterprise consisting of

3665    members of the law enforcement and intelligence community who abuse tools and

3666    procedures intended for security and espionage to pursue personal vendettas.

3667    Through this abuse of power, the agencies became aware of plaintiff's

3668    international business dealings, and conspired to defraud plaintiff and his clientele by

3669    means which will clearly be put forth with corroborating evidence.

3670    Judith and her ring spread false stories, and have been out for revenge ever

3671    since, and went back on their agreement to pay a judgement against their own contract.

3672    Injurious Falsehood - Spread falsehoods

3673    This cause of action incorporates the descriptive summary of their conduct and

3674    will be backed with evidence.

3675    Breach of Contract - Violated agreement to pay judgment.

3676    This cause of action incorporates the descriptive summary of their conduct and

3677    will be backed with evidence.

3678        Intentional Interference with Prospective Economic Advantage - constant

3679    meddling in my personal affairs

3680        This cause of action incorporates the descriptive summary of their conduct and

3681    will be backed with evidence.

3682        Intentional Interference with Contractual Relations - Stalking and conspiring to

3683    interfere with business.

3684        This cause of action incorporates the descriptive summary of their conduct and

3685    will be backed with evidence.

3686        Intentional Interference with Inheritance – through her spy network/organized

3687    crime ring

3688        This cause of action incorporates the descriptive summary of their conduct and

3689    will be backed with evidence.

3690        False Light (False Representation) – Imagined a fiction not related to reality and

3691    spread it as truth.

3692        This cause of action incorporates the descriptive summary of their conduct and

3693    will be backed with evidence.

3694        Outrageous Conduct (Intentional Infliction of Emotional Distress) – Violating

3695    various rights through her conspiracy.

3696        This cause of action incorporates the descriptive summary of their conduct and

3697    will be backed with evidence.

3698        Invasion of Privacy - Same

3699        This cause of action incorporates the descriptive summary of their conduct and

3700    will be backed with evidence.

3701        Malicious Prosecution – Participated in an unfounded litigation for hateful

3702    reasons, and misrepresented facts.

3703        This cause of action incorporates the descriptive summary of their conduct and

3704    will be backed with evidence.

3705        Fraud/Constructive Fraud – Agreed to pay judgement and then went back on it.

3706        This cause of action incorporates the descriptive summary of their conduct and

3707    will be backed with evidence.

3708        The Computer Fraud and Abuse Act (CFAA) – Using national databases to

3709    conduct fraud; email hacking and monitoring through crime ring.

3710        This cause of action incorporates the descriptive summary of their conduct and

3711    will be backed with evidence.

3712        Civil Rights, conspiracy (18 USC 241)

3713        This cause of action incorporates the descriptive summary of their conduct and

3714    will be backed with evidence.

3715        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3716        This cause of action incorporates the descriptive summary of their conduct and

3717    will be backed with evidence.

3718        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3719        This cause of action incorporates the descriptive summary of their conduct and

3720    will be backed with evidence.

3721        Colorado Organized Crime Control Act (COCCA)

3722        This cause of action incorporates the descriptive summary of their conduct and

3723    will be backed with evidence.

3724        Fraud

3725        This cause of action incorporates the descriptive summary of their conduct and

3726    will be backed with evidence.

3727        40. BIG TICKET TELEVISION, INC

3728        Big Ticket is the company behind the fraudulent judge show that they call

3729    "reality". They are behind the civil rights conspiracy mob ring who stalks citizens through

3730    public records in order to destroy their lives for ratings. They falsely accused Plaintiff of

3731    making up a story to get on their show, which they contacted him without his having

3732    anything to do with it.

3733        They then had him sign a contract that they interpret to mean that they can stalk

3734    him for life and violate his rights and commit any crimes they want.

3735        Injurious Falsehood

3736        This cause of action incorporates the descriptive summary of their conduct and

3737    will be backed with evidence.

3738        Breach of Contract

3739        This cause of action incorporates the descriptive summary of their conduct and

3740    will be backed with evidence.

3741        Intentional Interference with Prospective Economic Advantage

3742        This cause of action incorporates the descriptive summary of their conduct and

3743    will be backed with evidence.

3744        Intentional Interference with Contractual Relations

3745        This cause of action incorporates the descriptive summary of their conduct and

3746    will be backed with evidence.

3747        Intentional Interference with Inheritance

3748        This cause of action incorporates the descriptive summary of their conduct and

3749   will be backed with evidence.

3750        False Light (False Representation)

3751        This cause of action incorporates the descriptive summary of their conduct and

3752   will be backed with evidence.

3753        Outrageous Conduct (Intentional Infliction of Emotional Distress)

3754        This cause of action incorporates the descriptive summary of their conduct and

3755   will be backed with evidence.

3756        Invasion of Privacy

3757        This cause of action incorporates the descriptive summary of their conduct and

3758   will be backed with evidence.

3759        Malicious Prosecution

3760        This cause of action incorporates the descriptive summary of their conduct and

3761   will be backed with evidence.

3762        Fraud/Constructive Fraud

3763        This cause of action incorporates the descriptive summary of their conduct and

3764   will be backed with evidence.

3765        The Computer Fraud and Abuse Act (CFAA)

3766        This cause of action incorporates the descriptive summary of their conduct and

3767   will be backed with evidence.

3768        Civil Rights, conspiracy (18 USC 241)

3769    This cause of action incorporates the descriptive summary of their conduct and

3770    will be backed with evidence.

3771    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3772    This cause of action incorporates the descriptive summary of their conduct and

3773    will be backed with evidence.

3774    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3775    This cause of action incorporates the descriptive summary of their conduct and

3776    will be backed with evidence.

3777    Colorado Organized Crime Control Act (COCCA)

3778    This cause of action incorporates the descriptive summary of their conduct and

3779    will be backed with evidence.

3780    Fraud

3781    This cause of action incorporates the descriptive summary of their conduct and

3782    will be backed with evidence.

3783    41. ANDRUS TRANSPORTATION SERVICES, INC

3784    Injurious Falsehood

3785    This cause of action incorporates the descriptive summary of their conduct and

3786    will be backed with evidence.

3787    Breach of Fiduciary Duty

3788    This cause of action incorporates the descriptive summary of their conduct and

3789    will be backed with evidence.

3790    Intentional Interference with Prospective Economic Advantage

3791        This cause of action incorporates the descriptive summary of their conduct and

3792    will be backed with evidence.

3793        Intentional Interference with Contractual Relations

3794        This cause of action incorporates the descriptive summary of their conduct and

3795    will be backed with evidence.

3796        Intentional Interference with Inheritance

3797        This cause of action incorporates the descriptive summary of their conduct and

3798    will be backed with evidence.

3799        False Light (False Representation)

3800        This cause of action incorporates the descriptive summary of their conduct and

3801    will be backed with evidence.

3802        Outrageous Conduct (Intentional Infliction of Emotional Distress)

3803        This cause of action incorporates the descriptive summary of their conduct and

3804    will be backed with evidence.

3805        Malicious Prosecution

3806        This cause of action incorporates the descriptive summary of their conduct and

3807    will be backed with evidence.

3808        Fraud/Constructive Fraud *** Mail Fraud, Wire Fraud

3809        This cause of action incorporates the descriptive summary of their conduct and

3810    will be backed with evidence.

3811        harassment

3812        This cause of action incorporates the descriptive summary of their conduct and

3813    will be backed with evidence.

3814          Civil Rights, conspiracy (18 USC 241)

3815          This cause of action incorporates the descriptive summary of their conduct and

3816     will be backed with evidence.

3817          42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3818          This cause of action incorporates the descriptive summary of their conduct and

3819     will be backed with evidence.

3820          RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3821          This cause of action incorporates the descriptive summary of their conduct and

3822     will be backed with evidence.

3823          Colorado Organized Crime Control Act (COCCA)

3824          This cause of action incorporates the descriptive summary of their conduct and

3825     will be backed with evidence.

3826          42. UTAH DEPARTMENT OF WORKFORCE SERVICES

3827          Injurious Falsehood

3828          This cause of action incorporates the descriptive summary of their conduct and

3829     will be backed with evidence.

3830          Breach of Fiduciary Duty - Utah's DWFS owed me the same rights and

3831     protections as anyone else yet instructed Andrus Transportation to falsify documents in

3832     order to get revenge for Judy Sheindlin.

3833          This cause of action incorporates the descriptive summary of their conduct and

3834     will be backed with evidence.

3835          Intentional Interference with Prospective Economic Advantage

3836          This cause of action incorporates the descriptive summary of their conduct and

3837    will be backed with evidence.

3838          Intentional Interference with Contractual Relations

3839          This cause of action incorporates the descriptive summary of their conduct and

3840    will be backed with evidence.

3841          Intentional Interference with Inheritance

3842          This cause of action incorporates the descriptive summary of their conduct and

3843    will be backed with evidence.

3844          False Light (False Representation)

3845          This cause of action incorporates the descriptive summary of their conduct and

3846    will be backed with evidence.

3847          Outrageous Conduct (Intentional Infliction of Emotional Distress)

3848          This cause of action incorporates the descriptive summary of their conduct and

3849    will be backed with evidence.

3850          Malicious Prosecution

3851          This cause of action incorporates the descriptive summary of their conduct and

3852    will be backed with evidence.

3853          Fraud/Constructive Fraud

3854          This cause of action incorporates the descriptive summary of their conduct and

3855    will be backed with evidence.

3856          Civil Rights, conspiracy (18 USC 241)

3857          This cause of action incorporates the descriptive summary of their conduct and

3858    will be backed with evidence.

3859     42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3860     This cause of action incorporates the descriptive summary of their conduct and

3861 will be backed with evidence.

3862     RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3863     This cause of action incorporates the descriptive summary of their conduct and

3864 will be backed with evidence.

3865     Colorado Organized Crime Control Act (COCCA)

3866     This cause of action incorporates the descriptive summary of their conduct and

3867 will be backed with evidence.

3868     Fraud

3869      This cause of action incorporates the descriptive summary of their conduct and

3870 will be backed with evidence.

3871     43. DHL EXPRESS (USA), INC

3872     Injurious Falsehood

3873     This cause of action incorporates the descriptive summary of their conduct and

3874 will be backed with evidence.

3875     Unfair Business Practices, Competition

3876     This cause of action incorporates the descriptive summary of their conduct and

3877 will be backed with evidence.

3878     Breach of Contract

3879     This cause of action incorporates the descriptive summary of their conduct and

3880 will be backed with evidence.

3881     Intentional Interference with Prospective Economic Advantage

3882        This cause of action incorporates the descriptive summary of their conduct and

3883    will be backed with evidence.

3884        Intentional Interference with Contractual Relations

3885        This cause of action incorporates the descriptive summary of their conduct and

3886    will be backed with evidence.

3887        Intentional Interference with Inheritance

3888        This cause of action incorporates the descriptive summary of their conduct and

3889    will be backed with evidence.

3890        False Light (False Representation)

3891        This cause of action incorporates the descriptive summary of their conduct and

3892    will be backed with evidence.

3893        Outrageous Conduct (Intentional Infliction of Emotional Distress)

3894        This cause of action incorporates the descriptive summary of their conduct and

3895    will be backed with evidence.

3896        Theft

3897        This cause of action incorporates the descriptive summary of their conduct and

3898    will be backed with evidence.

3899        Malicious Prosecution

3900        This cause of action incorporates the descriptive summary of their conduct and

3901    will be backed with evidence.

3902        Civil Rights, conspiracy (18 USC 241)

3903        This cause of action incorporates the descriptive summary of their conduct and

3904    will be backed with evidence.

3905          42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3906          This cause of action incorporates the descriptive summary of their conduct and

3907    will be backed with evidence.

3908          RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3909          This cause of action incorporates the descriptive summary of their conduct and

3910    will be backed with evidence.

3911          Colorado Organized Crime Control Act (COCCA)

3912          This cause of action incorporates the descriptive summary of their conduct and

3913    will be backed with evidence.

3914          Bribery

3915          This cause of action incorporates the descriptive summary of their conduct and

3916    will be backed with evidence.

3917          Fraud

3918          This cause of action incorporates the descriptive summary of their conduct and

3919    will be backed with evidence.

3920          Money Laundering

3921          This cause of action incorporates the descriptive summary of their conduct and

3922    will be backed with evidence.

3923          Computer Fraud (Computer Fraud and Abuse Act -

3924          This cause of action incorporates the descriptive summary of their conduct and

3925    will be backed with evidence.

3926          Economic Espionage (phone theft - Fraudulent Misrepresentation)

3927    This cause of action incorporates the descriptive summary of their conduct and

3928    will be backed with evidence.

3929    44. ACE PACK AND SHIP

3930    Breach of Contract

3931    This cause of action incorporates the descriptive summary of their conduct and

3932    will be backed with evidence.

3933    Intentional Interference with Prospective Economic Advantage

3934    This cause of action incorporates the descriptive summary of their conduct and

3935    will be backed with evidence.

3936    Intentional Interference with Contractual Relations

3937    This cause of action incorporates the descriptive summary of their conduct and

3938    will be backed with evidence.

3939    Theft

3940    This cause of action incorporates the descriptive summary of their conduct and

3941    will be backed with evidence.

3942    Civil Rights, conspiracy (18 USC 241)

3943    This cause of action incorporates the descriptive summary of their conduct and

3944    will be backed with evidence.

3945    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3946    This cause of action incorporates the descriptive summary of their conduct and

3947    will be backed with evidence.

3948    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3949    This cause of action incorporates the descriptive summary of their conduct and

3950    will be backed with evidence.

3951    Colorado Organized Crime Control Act (COCCA)

3952    This cause of action incorporates the descriptive summary of their conduct and

3953    will be backed with evidence.

3954    *** Active cooperation and acceptance by the conspirators make them part of the

3955    Racket by implication.

3956    Bribery

3957    This cause of action incorporates the descriptive summary of their conduct and

3958    will be backed with evidence.

3959    Fraud

3960    This cause of action incorporates the descriptive summary of their conduct and

3961    will be backed with evidence.

3962    45. SPRINT COMMUNICATIONS, INC

3963    Injurious Falsehood

3964    This cause of action incorporates the descriptive summary of their conduct and

3965    will be backed with evidence.

3966    Intentional Interference with Prospective Economic Advantage

3967    This cause of action incorporates the descriptive summary of their conduct and

3968    will be backed with evidence.

3969    Intentional Interference with Contractual Relations

3970    This cause of action incorporates the descriptive summary of their conduct and

3971    will be backed with evidence.

3972        Intentional Interference with Inheritance

3973        This cause of action incorporates the descriptive summary of their conduct and

3974  will be backed with evidence.

3975        False Light (False Representation)

3976        This cause of action incorporates the descriptive summary of their conduct and

3977  will be backed with evidence.

3978        Outrageous Conduct (Intentional Infliction of Emotional Distress)

3979        This cause of action incorporates the descriptive summary of their conduct and

3980  will be backed with evidence.

3981        Civil Theft

3982        This cause of action incorporates the descriptive summary of their conduct and

3983  will be backed with evidence.

3984        Malicious Prosecution

3985        This cause of action incorporates the descriptive summary of their conduct and

3986  will be backed with evidence.

3987        Civil Rights, conspiracy (18 USC 241)

3988        This cause of action incorporates the descriptive summary of their conduct and

3989  will be backed with evidence.

3990        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

3991        This cause of action incorporates the descriptive summary of their conduct and

3992  will be backed with evidence.

3993        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

3994    This cause of action incorporates the descriptive summary of their conduct and

3995    will be backed with evidence.

3996    Colorado Organized Crime Control Act (COCCA)

3997    This cause of action incorporates the descriptive summary of their conduct and

3998    will be backed with evidence.

3999    Bribery

4000    This cause of action incorporates the descriptive summary of their conduct and

4001    will be backed with evidence.

4002    Fraud

4003    This cause of action incorporates the descriptive summary of their conduct and

4004    will be backed with evidence.

4005    Computer Fraud (Computer Fraud and Abuse Act -

4006    This cause of action incorporates the descriptive summary of their conduct and

4007    will be backed with evidence.

4008    Economic Espionage

4009    This cause of action incorporates the descriptive summary of their conduct and

4010    will be backed with evidence.

4011    Forgery

4012    This cause of action incorporates the descriptive summary of their conduct and

4013    will be backed with evidence.

4014    Counterfeiting

4015    This cause of action incorporates the descriptive summary of their conduct and

4016    will be backed with evidence.

4017     Identity Theft

4018     This cause of action incorporates the descriptive summary of their conduct and

4019  will be backed with evidence.

4020     46. WALMART, INC

4021     Civil Battery

4022     This cause of action incorporates the descriptive summary of their conduct and

4023  will be backed with evidence.

4024     Vehicular Assault

4025     This cause of action incorporates the descriptive summary of their conduct and

4026  will be backed with evidence.

4027     Negligent Hiring

4028     This cause of action incorporates the descriptive summary of their conduct and

4029  will be backed with evidence.

4030     Civil Rights, conspiracy (18 USC 241)

4031     This cause of action incorporates the descriptive summary of their conduct and

4032  will be backed with evidence.

4033     42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4034     This cause of action incorporates the descriptive summary of their conduct and

4035  will be backed with evidence.

4036     RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4037     This cause of action incorporates the descriptive summary of their conduct and

4038  will be backed with evidence.

4039     Colorado Organized Crime Control Act (COCCA)

4040    This cause of action incorporates the descriptive summary of their conduct and

4041    will be backed with evidence.

4042    Assault and Battery

4043    This cause of action incorporates the descriptive summary of their conduct and

4044    will be backed with evidence.

4045    Vehicular Assault

4046    This cause of action incorporates the descriptive summary of their conduct and

4047    will be backed with evidence.

4048    47. YAHOO INC

4049    Intentional Interference with Prospective Economic Advantage

4050    This cause of action incorporates the descriptive summary of their conduct and

4051    will be backed with evidence.

4052    Outrageous Conduct (Intentional Infliction of Emotional Distress)

4053    This cause of action incorporates the descriptive summary of their conduct and

4054    will be backed with evidence.

4055    Civil Rights, conspiracy (18 USC 241)

4056    This cause of action incorporates the descriptive summary of their conduct and

4057    will be backed with evidence.

4058    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4059    This cause of action incorporates the descriptive summary of their conduct and

4060    will be backed with evidence.

4061    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4062    This cause of action incorporates the descriptive summary of their conduct and

4063    will be backed with evidence.

4064    Colorado Organized Crime Control Act (COCCA)

4065    This cause of action incorporates the descriptive summary of their conduct and

4066    will be backed with evidence.

4067    Bribery

4068    This cause of action incorporates the descriptive summary of their conduct and

4069    will be backed with evidence.

4070    48. BADOO TRADING LIMITED

4071    Most of the email hacking and impersonators that me and my clients have

4072    experienced was with originated from Badoo accounts.

4073    - Wire Fraud

4074    49. CASTILLO AUTOMOTIVE

4075    Breach of Fiduciary Duty

4076    This cause of action incorporates the descriptive summary of their conduct and

4077    will be backed with evidence.

4078    Breach of Contract

4079    This cause of action incorporates the descriptive summary of their conduct and

4080    will be backed with evidence.

4081    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4082    This cause of action incorporates the descriptive summary of their conduct and

4083    will be backed with evidence.

4084    Colorado Organized Crime Control Act (COCCA)

4085        This cause of action incorporates the descriptive summary of their conduct and

4086    will be backed with evidence.

4087        50. CITY OF BRIGHTON/POLICE COLORADO

4088        Injurious Falsehood

4089        This cause of action incorporates the descriptive summary of their conduct and

4090    will be backed with evidence.

4091        Intentional Interference with Prospective Economic Advantage

4092        This cause of action incorporates the descriptive summary of their conduct and

4093    will be backed with evidence.

4094        Intentional Interference with Inheritance

4095        This cause of action incorporates the descriptive summary of their conduct and

4096    will be backed with evidence.

4097        False Light (False Representation)

4098        This cause of action incorporates the descriptive summary of their conduct and

4099    will be backed with evidence.

4100        Outrageous Conduct (Intentional Infliction of Emotional Distress)

4101        This cause of action incorporates the descriptive summary of their conduct and

4102    will be backed with evidence.

4103        Malicious Prosecution (Parking - also False Light/Representation)

4104        This cause of action incorporates the descriptive summary of their conduct and

4105    will be backed with evidence.

4106        The Computer Fraud and Abuse Act (CFAA)

4107        This cause of action incorporates the descriptive summary of their conduct and

4108    will be backed with evidence.

4109        Civil Rights, conspiracy (18 USC 241)

4110        This cause of action incorporates the descriptive summary of their conduct and

4111    will be backed with evidence.

4112        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4113        This cause of action incorporates the descriptive summary of their conduct and

4114    will be backed with evidence.

4115        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4116        This cause of action incorporates the descriptive summary of their conduct and

4117    will be backed with evidence.

4118        Colorado Organized Crime Control Act (COCCA)

4119        This cause of action incorporates the descriptive summary of their conduct and

4120    will be backed with evidence.

4121        51. CITY OF DENVER/POLICE COLORADO

4122        Injurious Falsehood

4123        This cause of action incorporates the descriptive summary of their conduct and

4124    will be backed with evidence.

4125        Intentional Interference with Prospective Economic Advantage

4126        This cause of action incorporates the descriptive summary of their conduct and

4127    will be backed with evidence.

4128        Intentional Interference with Inheritance

4129          This cause of action incorporates the descriptive summary of their conduct and

4130   will be backed with evidence.

4131          False Light (False Representation)

4132          This cause of action incorporates the descriptive summary of their conduct and

4133   will be backed with evidence.

4134          Outrageous Conduct (Intentional Infliction of Emotional Distress)

4135          This cause of action incorporates the descriptive summary of their conduct and

4136   will be backed with evidence.

4137          Malicious Prosecution

4138          This cause of action incorporates the descriptive summary of their conduct and

4139   will be backed with evidence.

4140          The Computer Fraud and Abuse Act (CFAA)

4141          This cause of action incorporates the descriptive summary of their conduct and

4142   will be backed with evidence.

4143          Civil Rights, conspiracy (18 USC 241)

4144          This cause of action incorporates the descriptive summary of their conduct and

4145   will be backed with evidence.

4146          42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4147          This cause of action incorporates the descriptive summary of their conduct and

4148   will be backed with evidence.

4149          RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4150          This cause of action incorporates the descriptive summary of their conduct and

4151   will be backed with evidence.

4152        Colorado Organized Crime Control Act (COCCA)

4153        This cause of action incorporates the descriptive summary of their conduct and

4154    will be backed with evidence.

4155        Money Laundering

4156        This cause of action incorporates the descriptive summary of their conduct and

4157    will be backed with evidence.

4158        Conversion

4159        This cause of action incorporates the descriptive summary of their conduct and

4160    will be backed with evidence.

4161        Computer Fraud (Computer Fraud and Abuse Act -

4162        This cause of action incorporates the descriptive summary of their conduct and

4163    will be backed with evidence.

4164        Economic Espionage (Michael Timmerman)

4165        This cause of action incorporates the descriptive summary of their conduct and

4166    will be backed with evidence.

4167        Identity Theft

4168        This cause of action incorporates the descriptive summary of their conduct and

4169    will be backed with evidence.

4170        False Arrest/Imprisonment (Denver and Ghana)

4171         This cause of action incorporates the descriptive summary of their conduct and

4172    will be backed with evidence.

4173        52. CITY OF LAKEWOOD/POLICE COLORADO

4174        Injurious Falsehood

4175        This cause of action incorporates the descriptive summary of their conduct and

4176    will be backed with evidence.

4177        Intentional Interference with Prospective Economic Advantage

4178        This cause of action incorporates the descriptive summary of their conduct and

4179    will be backed with evidence.

4180        Intentional Interference with Inheritance

4181        This cause of action incorporates the descriptive summary of their conduct and

4182    will be backed with evidence.

4183        False Light (False Representation)

4184        This cause of action incorporates the descriptive summary of their conduct and

4185    will be backed with evidence.

4186        Outrageous Conduct (Intentional Infliction of Emotional Distress)

4187        This cause of action incorporates the descriptive summary of their conduct and

4188    will be backed with evidence.

4189        Malicious Prosecution

4190        This cause of action incorporates the descriptive summary of their conduct and

4191    will be backed with evidence.

4192        The Computer Fraud and Abuse Act (CFAA)

4193        This cause of action incorporates the descriptive summary of their conduct and

4194    will be backed with evidence.

4195        Civil Rights, conspiracy (18 USC 241)

4196        This cause of action incorporates the descriptive summary of their conduct and

4197    will be backed with evidence.

4198          42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4199          This cause of action incorporates the descriptive summary of their conduct and

4200   will be backed with evidence.

4201          RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4202          This cause of action incorporates the descriptive summary of their conduct and

4203   will be backed with evidence.

4204          Colorado Organized Crime Control Act (COCCA)

4205          This cause of action incorporates the descriptive summary of their conduct and

4206   will be backed with evidence.

4207          53. CITY OF EDGEWATER/POLICE COLORADO

4208          Injurious Falsehood

4209          This cause of action incorporates the descriptive summary of their conduct and

4210   will be backed with evidence.

4211          Intentional Interference with Prospective Economic Advantage

4212          This cause of action incorporates the descriptive summary of their conduct and

4213   will be backed with evidence.

4214          Intentional Interference with Inheritance

4215          This cause of action incorporates the descriptive summary of their conduct and

4216   will be backed with evidence.

4217          False Light (False Representation)

4218          This cause of action incorporates the descriptive summary of their conduct and

4219   will be backed with evidence.

4220          Outrageous Conduct (Intentional Infliction of Emotional Distress)

4221     This cause of action incorporates the descriptive summary of their conduct and

4222   will be backed with evidence.

4223     Malicious Prosecution

4224     This cause of action incorporates the descriptive summary of their conduct and

4225   will be backed with evidence.

4226     False Arrest/Imprisonment

4227     This cause of action incorporates the descriptive summary of their conduct and

4228   will be backed with evidence.

4229     The Computer Fraud and Abuse Act (CFAA)

4230     This cause of action incorporates the descriptive summary of their conduct and

4231   will be backed with evidence.

4232     Civil Rights, conspiracy (18 USC 241)

4233     This cause of action incorporates the descriptive summary of their conduct and

4234   will be backed with evidence.

4235     42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4236     This cause of action incorporates the descriptive summary of their conduct and

4237   will be backed with evidence.

4238     RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4239     This cause of action incorporates the descriptive summary of their conduct and

4240   will be backed with evidence.

4241     Colorado Organized Crime Control Act (COCCA)

4242     This cause of action incorporates the descriptive summary of their conduct and

4243   will be backed with evidence.

4244    False Arrest/Imprisonment

4245    This cause of action incorporates the descriptive summary of their conduct and

4246    will be backed with evidence.

4247    54. CITY OF AURORA/POLICE COLORADO

4248    Injurious Falsehood

4249    This cause of action incorporates the descriptive summary of their conduct and

4250    will be backed with evidence.

4251    Intentional Interference with Prospective Economic Advantage

4252    This cause of action incorporates the descriptive summary of their conduct and

4253    will be backed with evidence.

4254    Intentional Interference with Inheritance

4255    This cause of action incorporates the descriptive summary of their conduct and

4256    will be backed with evidence.

4257    False Light (False Representation)

4258    This cause of action incorporates the descriptive summary of their conduct and

4259    will be backed with evidence.

4260    Outrageous Conduct (Intentional Infliction of Emotional Distress)

4261    This cause of action incorporates the descriptive summary of their conduct and

4262    will be backed with evidence.

4263    Malicious Prosecution

4264    This cause of action incorporates the descriptive summary of their conduct and

4265    will be backed with evidence.

4266    The Computer Fraud and Abuse Act (CFAA)

4267        This cause of action incorporates the descriptive summary of their conduct and

4268    will be backed with evidence.

4269        Civil Rights, conspiracy (18 USC 241)

4270        This cause of action incorporates the descriptive summary of their conduct and

4271    will be backed with evidence.

4272        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4273        This cause of action incorporates the descriptive summary of their conduct and

4274    will be backed with evidence.

4275        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4276        This cause of action incorporates the descriptive summary of their conduct and

4277    will be backed with evidence.

4278        Colorado Organized Crime Control Act (COCCA)

4279        This cause of action incorporates the descriptive summary of their conduct and

4280    will be backed with evidence.

4281        Fraud

4282        This cause of action incorporates the descriptive summary of their conduct and

4283    will be backed with evidence.

4284        55. JO ANN LEE

4285        Injurious Falsehood

4286        This cause of action incorporates the descriptive summary of their conduct and

4287    will be backed with evidence.

4288        Intentional Interference with Prospective Economic Advantage

4289    This cause of action incorporates the descriptive summary of their conduct and

4290    will be backed with evidence.

4291    Intentional Interference with Inheritance

4292    This cause of action incorporates the descriptive summary of their conduct and

4293    will be backed with evidence.

4294    False Light (False Representation)

4295    This cause of action incorporates the descriptive summary of their conduct and

4296    will be backed with evidence.

4297    Outrageous Conduct (Intentional Infliction of Emotional Distress)

4298    This cause of action incorporates the descriptive summary of their conduct and

4299    will be backed with evidence.

4300    Malicious Prosecution

4301    This cause of action incorporates the descriptive summary of their conduct and

4302    will be backed with evidence.

4303    The Computer Fraud and Abuse Act (CFAA)

4304    This cause of action incorporates the descriptive summary of their conduct and

4305    will be backed with evidence.

4306    Civil Rights, conspiracy (18 USC 241)

4307    This cause of action incorporates the descriptive summary of their conduct and

4308    will be backed with evidence.

4309    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law) *** Due

4310    Process and equal protection under the law.

4311    This cause of action incorporates the descriptive summary of their conduct and

4312    will be backed with evidence.

4313    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4314    This cause of action incorporates the descriptive summary of their conduct and

4315    will be backed with evidence.

4316    Colorado Organized Crime Control Act (COCCA)

4317    This cause of action incorporates the descriptive summary of their conduct and

4318    will be backed with evidence.

4319    Fraud

4320    This cause of action incorporates the descriptive summary of their conduct and

4321    will be backed with evidence.

4322    56. ERIC NUNEMAKER

4323    The Computer Fraud and Abuse Act (CFAA)

4324    This cause of action incorporates the descriptive summary of their conduct and

4325    will be backed with evidence.

4326    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4327    This cause of action incorporates the descriptive summary of their conduct and

4328    will be backed with evidence.

4329    Colorado Organized Crime Control Act (COCCA)

4330    This cause of action incorporates the descriptive summary of their conduct and

4331    will be backed with evidence.

4332    Fraud

4333    This cause of action incorporates the descriptive summary of their conduct and

4334    will be backed with evidence.

4335    Wire Fraud

4336    This cause of action incorporates the descriptive summary of their conduct and

4337    will be backed with evidence.

4338    Computer Fraud (Computer Intrusion)

4339    This cause of action incorporates the descriptive summary of their conduct and

4340    will be backed with evidence.

4341    *** working with C. Scott Crabtree, Ellis and OHM - OHM asked for Eric's name

4342    and C. Scott Crabtree asked for my phone number

4343    Economic Espionage

4344    This cause of action incorporates the descriptive summary of their conduct and

4345    will be backed with evidence.

4346    57. BRUCE NUNEMAKER

4347    Injurious Falsehood

4348    This cause of action incorporates the descriptive summary of their conduct and

4349    will be backed with evidence.

4350    Intentional Interference with Prospective Economic Advantage

4351    This cause of action incorporates the descriptive summary of their conduct and

4352    will be backed with evidence.

4353    Intentional Interference with Inheritance

4354    This cause of action incorporates the descriptive summary of their conduct and

4355    will be backed with evidence.

4356        False Light (False Representation)

4357        This cause of action incorporates the descriptive summary of their conduct and

4358   will be backed with evidence.

4359        Outrageous Conduct (Intentional Infliction of Emotional Distress)

4360        This cause of action incorporates the descriptive summary of their conduct and

4361   will be backed with evidence.

4362        Malicious Prosecution

4363        This cause of action incorporates the descriptive summary of their conduct and

4364   will be backed with evidence.

4365        The Computer Fraud and Abuse Act (CFAA)

4366        This cause of action incorporates the descriptive summary of their conduct and

4367   will be backed with evidence.

4368        Civil Rights, conspiracy (18 USC 241)

4369        This cause of action incorporates the descriptive summary of their conduct and

4370   will be backed with evidence.

4371        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4372        This cause of action incorporates the descriptive summary of their conduct and

4373   will be backed with evidence.

4374        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4375        This cause of action incorporates the descriptive summary of their conduct and

4376   will be backed with evidence.

4377        Colorado Organized Crime Control Act (COCCA)

4378        This cause of action incorporates the descriptive summary of their conduct and

4379    will be backed with evidence.

4380        Fraud

4381        This cause of action incorporates the descriptive summary of their conduct and

4382    will be backed with evidence.

4383        58. CATHERINE MATUS

4384        Injurious Falsehood

4385        This cause of action incorporates the descriptive summary of their conduct and

4386    will be backed with evidence.

4387        Intentional Interference with Prospective Economic Advantage

4388        This cause of action incorporates the descriptive summary of their conduct and

4389    will be backed with evidence.

4390        Intentional Interference with Inheritance

4391        This cause of action incorporates the descriptive summary of their conduct and

4392    will be backed with evidence.

4393        False Light (False Representation)

4394        This cause of action incorporates the descriptive summary of their conduct and

4395    will be backed with evidence.

4396        Outrageous Conduct (Intentional Infliction of Emotional Distress)

4397        This cause of action incorporates the descriptive summary of their conduct and

4398    will be backed with evidence.

4399        Malicious Prosecution

4400        This cause of action incorporates the descriptive summary of their conduct and

4401    will be backed with evidence.

4402        The Computer Fraud and Abuse Act (CFAA)

4403        This cause of action incorporates the descriptive summary of their conduct and

4404    will be backed with evidence.

4405        Civil Rights, conspiracy (18 USC 241)

4406        This cause of action incorporates the descriptive summary of their conduct and

4407    will be backed with evidence.

4408        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4409        RICO Act (Conspiracy, Criminal Enterprise)

4410        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4411        This cause of action incorporates the descriptive summary of their conduct and

4412    will be backed with evidence.

4413        Colorado Organized Crime Control Act (COCCA)

4414        This cause of action incorporates the descriptive summary of their conduct and

4415    will be backed with evidence.

4416        Fraud

4417        This cause of action incorporates the descriptive summary of their conduct and

4418    will be backed with evidence.

4419        Mail Fraud

4420        This cause of action incorporates the descriptive summary of their conduct and

4421    will be backed with evidence.

4422        Wire Fraud (and accomplice)

4423       This cause of action incorporates the descriptive summary of their conduct and

4424   will be backed with evidence.

4425       Computer Fraud (Computer Fraud and Abuse Act -

4426       This cause of action incorporates the descriptive summary of their conduct and

4427   will be backed with evidence.

4428       Economic Espionage (Russia - also Money Laundering)

4429       This cause of action incorporates the descriptive summary of their conduct and

4430   will be backed with evidence.

4431       Identity Theft (with accomplice Jane Doe as Monique)

4432       This cause of action incorporates the descriptive summary of their conduct and

4433   will be backed with evidence.

4434       59. JEFFERSON COUNTY/SHERIFF

4435       Injurious Falsehood

4436       This cause of action incorporates the descriptive summary of their conduct and

4437   will be backed with evidence.

4438       Breach of Contract

4439       This cause of action incorporates the descriptive summary of their conduct and

4440   will be backed with evidence.

4441       Intentional Interference with Prospective Economic Advantage

4442       This cause of action incorporates the descriptive summary of their conduct and

4443   will be backed with evidence.

4444       Intentional Interference with Contractual Relations

4445   This cause of action incorporates the descriptive summary of their conduct and

4446 will be backed with evidence.

4447   Intentional Interference with Inheritance

4448   This cause of action incorporates the descriptive summary of their conduct and

4449 will be backed with evidence.

4450   False Light (False Representation)

4451   This cause of action incorporates the descriptive summary of their conduct and

4452 will be backed with evidence.

4453   Outrageous Conduct (Intentional Infliction of Emotional Distress)

4454   This cause of action incorporates the descriptive summary of their conduct and

4455 will be backed with evidence.

4456   Invasion of Privacy

4457   This cause of action incorporates the descriptive summary of their conduct and

4458 will be backed with evidence.

4459   Malicious Prosecution

4460   This cause of action incorporates the descriptive summary of their conduct and

4461 will be backed with evidence.

4462   Fraud/Constructive Fraud

4463   This cause of action incorporates the descriptive summary of their conduct and

4464 will be backed with evidence.

4465   The Computer Fraud and Abuse Act (CFAA)

4466   This cause of action incorporates the descriptive summary of their conduct and

4467 will be backed with evidence.

4468    Civil Rights, conspiracy (18 USC 241)

4469    This cause of action incorporates the descriptive summary of their conduct and

4470    will be backed with evidence.

4471    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4472    This cause of action incorporates the descriptive summary of their conduct and

4473    will be backed with evidence.

4474    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4475    This cause of action incorporates the descriptive summary of their conduct and

4476    will be backed with evidence.

4477    Colorado Organized Crime Control Act (COCCA)

4478    This cause of action incorporates the descriptive summary of their conduct and

4479    will be backed with evidence.

4480    Fraud

4481    This cause of action incorporates the descriptive summary of their conduct and

4482    will be backed with evidence.

4483    60. UNITED STATES

4484    - John/Jane Doe(s)

4485    - Federal Bureau of Investigations (FBI)

4486    - Department of State

4487    - Department of Justice

4488    - Central Intelligence Agency (CIA)

4489    - United States Treasury Department (Negligence/Counterfeiting)

4490    - United States Postal Service (Mail Fraud)

4491        61. FRANK OKO

4492        Conspiracy

4493        This cause of action incorporates the descriptive summary of their conduct and

4494    will be backed with evidence.

4495        Intentional Interference with Inheritance

4496        This cause of action incorporates the descriptive summary of their conduct and

4497    will be backed with evidence.

4498        Invasion of Privacy

4499        This cause of action incorporates the descriptive summary of their conduct and

4500    will be backed with evidence.

4501        Conversion

4502        This cause of action incorporates the descriptive summary of their conduct and

4503    will be backed with evidence.

4504        Civil Theft

4505        This cause of action incorporates the descriptive summary of their conduct and

4506    will be backed with evidence.

4507        Civil Battery

4508        This cause of action incorporates the descriptive summary of their conduct and

4509    will be backed with evidence.

4510        The Computer Fraud and Abuse Act (CFAA)

4511        This cause of action incorporates the descriptive summary of their conduct and

4512    will be backed with evidence.

4513        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4514       This cause of action incorporates the descriptive summary of their conduct and

4515    will be backed with evidence.

4516       Colorado Organized Crime Control Act (COCCA)

4517       This cause of action incorporates the descriptive summary of their conduct and

4518    will be backed with evidence.

4519       Wire Fraud

4520       This cause of action incorporates the descriptive summary of their conduct and

4521    will be backed with evidence.

4522       Economic Espionage

4523       This cause of action incorporates the descriptive summary of their conduct and

4524    will be backed with evidence.

4525       Kidnapping

4526       This cause of action incorporates the descriptive summary of their conduct and

4527    will be backed with evidence.

4528       Fraud

4529       This cause of action incorporates the descriptive summary of their conduct and

4530    will be backed with evidence.

4531       Bribery

4532       This cause of action incorporates the descriptive summary of their conduct and

4533    will be backed with evidence.

4534       62. NIDAKUN OFORI

4535       Conspiracy

4536    This cause of action incorporates the descriptive summary of their conduct and

4537    will be backed with evidence.

4538    Intentional Interference with Inheritance

4539    This cause of action incorporates the descriptive summary of their conduct and

4540    will be backed with evidence.

4541    Invasion of Privacy

4542    This cause of action incorporates the descriptive summary of their conduct and

4543    will be backed with evidence.

4544    Conversion

4545    This cause of action incorporates the descriptive summary of their conduct and

4546    will be backed with evidence.

4547    Civil Theft

4548    This cause of action incorporates the descriptive summary of their conduct and

4549    will be backed with evidence.

4550    Civil Battery

4551    This cause of action incorporates the descriptive summary of their conduct and

4552    will be backed with evidence.

4553    The Computer Fraud and Abuse Act (CFAA)

4554    This cause of action incorporates the descriptive summary of their conduct and

4555    will be backed with evidence.

4556    RICO Act (Conspiracy, Criminal Enterprise 18 USC 96 (1964)

4557    This cause of action incorporates the descriptive summary of their conduct and

4558    will be backed with evidence.

4559        Colorado Organized Crime Control Act (COCCA)

4560        This cause of action incorporates the descriptive summary of their conduct and

4561 will be backed with evidence.

4562        Wire Fraud

4563        This cause of action incorporates the descriptive summary of their conduct and

4564 will be backed with evidence.

4565        Economic Espionage

4566        This cause of action incorporates the descriptive summary of their conduct and

4567 will be backed with evidence.

4568        Kidnapping

4569        This cause of action incorporates the descriptive summary of their conduct and

4570 will be backed with evidence.

4571        Fraud

4572        This cause of action incorporates the descriptive summary of their conduct and

4573 will be backed with evidence.

4574        Bribery

4575        This cause of action incorporates the descriptive summary of their conduct and

4576 will be backed with evidence.

4577        63. GHANA POLICE

4578        Injurious Falsehood

4579        This cause of action incorporates the descriptive summary of their conduct and

4580 will be backed with evidence.

4581        Unfair Business Practices, Competition

4582        This cause of action incorporates the descriptive summary of their conduct and

4583    will be backed with evidence.

4584        Intentional Interference with Prospective Economic Advantage

4585        This cause of action incorporates the descriptive summary of their conduct and

4586    will be backed with evidence.

4587        Intentional Interference with Contractual Relations

4588        This cause of action incorporates the descriptive summary of their conduct and

4589    will be backed with evidence.

4590        Intentional Interference with Inheritance

4591        This cause of action incorporates the descriptive summary of their conduct and

4592    will be backed with evidence.

4593        Conversion of land and property

4594        This cause of action incorporates the descriptive summary of their conduct and

4595    will be backed with evidence.

4596        False Light (False Representation)

4597        This cause of action incorporates the descriptive summary of their conduct and

4598    will be backed with evidence.

4599        Outrageous Conduct (Intentional Infliction of Emotional Distress)

4600        This cause of action incorporates the descriptive summary of their conduct and

4601    will be backed with evidence.

4602        Invasion of Privacy

4603        This cause of action incorporates the descriptive summary of their conduct and

4604    will be backed with evidence.

4605        False Arrest/Imprisonment

4606        This cause of action incorporates the descriptive summary of their conduct and

4607   will be backed with evidence.

4608        Fraud/Constructive Fraud

4609        This cause of action incorporates the descriptive summary of their conduct and

4610   will be backed with evidence.

4611        The Computer Fraud and Abuse Act (CFAA)

4612        This cause of action incorporates the descriptive summary of their conduct and

4613   will be backed with evidence.

4614        The Computer Fraud and Abuse Act (CFAA)

4615        This cause of action incorporates the descriptive summary of their conduct and

4616   will be backed with evidence.

4617        Civil Rights, conspiracy (18 USC 241)

4618        This cause of action incorporates the descriptive summary of their conduct and

4619   will be backed with evidence.

4620        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4621        This cause of action incorporates the descriptive summary of their conduct and

4622   will be backed with evidence.

4623        RICO Act (Conspiracy, Criminal Enterprise)

4624        18 USC 96 (Mail Fraud, Wire Fraud, Bribery, Fraud/Constructive Fraud,

4625   Conversion (land), Battery, Money Laundering, Computer Fraud, Economic Espionage,

4626   forgery, Counterfeiting, murder - 18 USC section 3, Accessory after the fact) AND

4627        Colorado Organized Crime Control Act (COCCA)

4628    This cause of action incorporates the descriptive summary of their conduct and

4629    will be backed with evidence.

4630    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4631    This cause of action incorporates the descriptive summary of their conduct and

4632    will be backed with evidence.

4633    Wire Fraud

4634    This cause of action incorporates the descriptive summary of their conduct and

4635    will be backed with evidence.

4636    Fraud (contacting the FBI)

4637    This cause of action incorporates the descriptive summary of their conduct and

4638    will be backed with evidence.

4639    Conversion

4640    This cause of action incorporates the descriptive summary of their conduct and

4641    will be backed with evidence.

4642    Bribery

4643    This cause of action incorporates the descriptive summary of their conduct and

4644    will be backed with evidence.

4645    Money Laundering

4646    This cause of action incorporates the descriptive summary of their conduct and

4647    will be backed with evidence.

4648    Computer Fraud (Computer Fraud and Abuse Act -

4649    This cause of action incorporates the descriptive summary of their conduct and

4650    will be backed with evidence.

4651    Economic Espionage

4652    This cause of action incorporates the descriptive summary of their conduct and

4653    will be backed with evidence.

4654    Counterfeiting

4655    This cause of action incorporates the descriptive summary of their conduct and

4656    will be backed with evidence.

4657    Identity Theft

4658    This cause of action incorporates the descriptive summary of their conduct and

4659    will be backed with evidence.

4660    False Arrest/Imprisonment

4661    This cause of action incorporates the descriptive summary of their conduct and

4662    will be backed with evidence.

4663    Kidnapping

4664    This cause of action incorporates the descriptive summary of their conduct and

4665    will be backed with evidence.

4666    Murder

4667    This cause of action incorporates the descriptive summary of their conduct and

4668    will be backed with evidence.

4669    Accessory After the Fact (18 USC section 3)

4670    This cause of action incorporates the descriptive summary of their conduct and

4671    will be backed with evidence.

4672    64. BANK OF GHANA/GHANA CENTRAL BANK

4673    Injurious Falsehood

4674        This cause of action incorporates the descriptive summary of their conduct and

4675    will be backed with evidence.

4676        Unfair Business Practices, Competition

4677        This cause of action incorporates the descriptive summary of their conduct and

4678    will be backed with evidence.

4679        Intentional Interference with Prospective Economic Advantage

4680        This cause of action incorporates the descriptive summary of their conduct and

4681    will be backed with evidence.

4682        Intentional Interference with Contractual Relations

4683        This cause of action incorporates the descriptive summary of their conduct and

4684    will be backed with evidence.

4685        Intentional Interference with Inheritance

4686        This cause of action incorporates the descriptive summary of their conduct and

4687    will be backed with evidence.

4688        Conversion of land and property

4689        This cause of action incorporates the descriptive summary of their conduct and

4690    will be backed with evidence.

4691        False Light (False Representation)

4692        This cause of action incorporates the descriptive summary of their conduct and

4693    will be backed with evidence.

4694        Civil Rights, conspiracy (18 USC 241)

4695        This cause of action incorporates the descriptive summary of their conduct and

4696    will be backed with evidence.

4697    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4698    This cause of action incorporates the descriptive summary of their conduct and

4699    will be backed with evidence.

4700    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4701    This cause of action incorporates the descriptive summary of their conduct and

4702    will be backed with evidence.

4703    65. NEWMONT MINING COMPANY

4704    Injurious Falsehood – Defendant participates in a conspiracy of falsehoods in

4705    order to achieve fraudulent objectives, resulting in the violation of my rights and the

4706    rights of others.

4707    This cause of action incorporates the descriptive summary of their conduct and

4708    will be backed with evidence.

4709    Unfair Business Practices, Competition

4710    This cause of action incorporates the descriptive summary of their conduct and

4711    will be backed with evidence.

4712    Intentional Interference with Prospective Economic Advantage

4713    This cause of action incorporates the descriptive summary of their conduct and

4714    will be backed with evidence.

4715    Intentional Interference with Inheritance

4716    This cause of action incorporates the descriptive summary of their conduct and

4717    will be backed with evidence.

4718    Fraudulent Misrepresentation

4719    This cause of action incorporates the descriptive summary of their conduct and

4720 will be backed with evidence.

4721    Conversion of land and property

4722    This cause of action incorporates the descriptive summary of their conduct and

4723 will be backed with evidence.

4724    Civil Theft

4725    This cause of action incorporates the descriptive summary of their conduct and

4726 will be backed with evidence.

4727    False Arrest/Imprisonment

4728    This cause of action incorporates the descriptive summary of their conduct and

4729 will be backed with evidence.

4730    Civil Rights, conspiracy (18 USC 241)

4731    This cause of action incorporates the descriptive summary of their conduct and

4732 will be backed with evidence.

4733    42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4734    This cause of action incorporates the descriptive summary of their conduct and

4735 will be backed with evidence.

4736    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4737    This cause of action incorporates the descriptive summary of their conduct and

4738 will be backed with evidence.

4739    Colorado Organized Crime Control Act (COCCA)

4740    This cause of action incorporates the descriptive summary of their conduct and

4741 will be backed with evidence.

4742    Bribery

4743    This cause of action incorporates the descriptive summary of their conduct and

4744    will be backed with evidence.

4745    Fraud (Conversion is Fraud)

4746    This cause of action incorporates the descriptive summary of their conduct and

4747    will be backed with evidence.

4748    Conversion

4749    This cause of action incorporates the descriptive summary of their conduct and

4750    will be backed with evidence.

4751    Money Laundering

4752    This cause of action incorporates the descriptive summary of their conduct and

4753    will be backed with evidence.

4754    *** Inherent that Money Laundering is inevitable if the land minerals are stolen.

4755    Economic Espionage

4756    This cause of action incorporates the descriptive summary of their conduct and

4757    will be backed with evidence.

4758    False Arrest/Imprisonment (Denver and Ghana)

4759    This cause of action incorporates the descriptive summary of their conduct and

4760    will be backed with evidence.

4761    66. JOHN DOE(S) 1-10

4762    RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4763    This cause of action incorporates the descriptive summary of their conduct and

4764    will be backed with evidence.

4765        Colorado Organized Crime Control Act (COCCA)

4766        This cause of action incorporates the descriptive summary of their conduct and

4767    will be backed with evidence.

4768        Mail Fraud

4769        This cause of action incorporates the descriptive summary of their conduct and

4770    will be backed with evidence.

4771        Money Laundering (money stolen from me)

4772        This cause of action incorporates the descriptive summary of their conduct and

4773    will be backed with evidence.

4774        Wire Fraud

4775        This cause of action incorporates the descriptive summary of their conduct and

4776    will be backed with evidence.

4777        Fraud

4778        This cause of action incorporates the descriptive summary of their conduct and

4779    will be backed with evidence.

4780        Computer Fraud (Computer Fraud and Abuse Act)

4781        This cause of action incorporates the descriptive summary of their conduct and

4782    will be backed with evidence.

4783        Economic Espionage

4784        This cause of action incorporates the descriptive summary of their conduct and

4785    will be backed with evidence.

4786        Forgery

4787   This cause of action incorporates the descriptive summary of their conduct and

4788   will be backed with evidence.

4789   Counterfeiting

4790   This cause of action incorporates the descriptive summary of their conduct and

4791   will be backed with evidence.

4792   Identity Theft

4793   This cause of action incorporates the descriptive summary of their conduct and

4794   will be backed with evidence.

4795   Kidnapping

4796   This cause of action incorporates the descriptive summary of their conduct and

4797   will be backed with evidence.

4798   Murder

4799   This cause of action incorporates the descriptive summary of their conduct and

4800   will be backed with evidence.

4801   Accessory After the Fact (18 USC section 3)

4802   This cause of action incorporates the descriptive summary of their conduct and

4803   will be backed with evidence.

4804   67. JANE DOE(S) 1-10

4805   Injurious Falsehood

4806   This cause of action incorporates the descriptive summary of their conduct and

4807   will be backed with evidence.

4808   Breach of Contract

4809    This cause of action incorporates the descriptive summary of their conduct and

4810    will be backed with evidence.

4811    Intentional Interference with Prospective Economic Advantage

4812    This cause of action incorporates the descriptive summary of their conduct and

4813    will be backed with evidence.

4814    Intentional Interference with Contractual Relations

4815    This cause of action incorporates the descriptive summary of their conduct and

4816    will be backed with evidence.

4817    Intentional Interference with Inheritance

4818    This cause of action incorporates the descriptive summary of their conduct and

4819    will be backed with evidence.

4820    False Light (False Representation)

4821    This cause of action incorporates the descriptive summary of their conduct and

4822    will be backed with evidence.

4823    Outrageous Conduct (Intentional Infliction of Emotional Distress)

4824    This cause of action incorporates the descriptive summary of their conduct and

4825    will be backed with evidence.

4826    Invasion of Privacy

4827    This cause of action incorporates the descriptive summary of their conduct and

4828    will be backed with evidence.

4829    Malicious Prosecution

4830    This cause of action incorporates the descriptive summary of their conduct and

4831    will be backed with evidence.

4832        Fraud/Constructive Fraud

4833        This cause of action incorporates the descriptive summary of their conduct and

4834   will be backed with evidence.

4835        The Computer Fraud and Abuse Act (CFAA)

4836        This cause of action incorporates the descriptive summary of their conduct and

4837   will be backed with evidence.

4838        Civil Rights, conspiracy (18 USC 241)

4839        This cause of action incorporates the descriptive summary of their conduct and

4840   will be backed with evidence.

4841        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4842        This cause of action incorporates the descriptive summary of their conduct and

4843   will be backed with evidence.

4844        RICO Act (Conspiracy, Criminal Enterprise) 18 USC 96 (1964)

4845        This cause of action incorporates the descriptive summary of their conduct and

4846   will be backed with evidence.

4847        Colorado Organized Crime Control Act (COCCA)

4848        This cause of action incorporates the descriptive summary of their conduct and

4849   will be backed with evidence.

4850        Fraud

4851        This cause of action incorporates the descriptive summary of their conduct and

4852   will be backed with evidence.

4853                            **CLAIMS FOR RELIEF:**
4854

4855        For purposes of inclusion, all parties as defendants listed in this complaint

4856    are associated with every claim herein, and when evidence is compiled will reveal in

4857    detail with greater specificity than can be made until then.

4858                    **FIRST CLAIM FOR RELIEF**
4859        42 U.S. Code § 1983 - Civil action for deprivation of rights (Color of Law)

4860        This claim for relief incorporates the descriptive summary of all parties listed in

4861    this complaint and will be backed with evidence.

4862        - Judith Sheindlin (1983)

4863        - Big Ticket Television

4864        - Jefferson County

4865        - John/Jane Doe(s)

4866        - Andrus Transportation

4867        - Utah Department of Workforce Services

4868        - Pinnacol Assurance

4869        - Liberty Mutual (and attorneys)

4870        - Suzana Skrabo

4871        - Concentra Medical Centers

4872        - Overturf, McGath & Hull, PC

4873        - Eric Elliff

4874        - C. Scott Crabtree

4875        - Boulder Center for Orthopedics/Robert H. Leland

4876        - Brighton (City and Police) Colorado

4877        - Denver (City and Police) Colorado

4878        - Lakewood (City and Police) Colorado

4879          - Edgewater (City and Police) Colorado

4880          - Aurora (City and Police) Colorado

4881          - Jo Ann Lee

4882          - Frank Oko

4883          - Nidakun Ofori

4884          - Ghana Police (concealment, computer intrusion)

4885          - GCB Ghana Commercial Bank

4886          - Central Bank of Ghana

4887          - Newmont Mining Company (Denver and Ghana)

4888          - Wells Fargo (concealment, Credit Card Fraud computer intrusion)

4889          - Wells Fargo Advisors

4890          - Citibank (Credit Card Fraud)

4891          - Chase

4892          - Barclays Delaware

4893          - Discovery

4894          - US Bank

4895          - BBVA Compass (Credit Card Fraud)

4896          - Bank of America

4897          - HSBC Bank

4898          - Yahoo (concealment, computer intrusion) ......

4899          - United States (John/Jane Doe(s):

4900          - Federal Bureau of Investigations (FBI)

4901          - Department of State

4902          - Department of Justice

4903          - Central Intelligence Agency (CIA)

4904          - United States Treasury Department (Negligence/Counterfeiting)

4905          The conspirators used this and other state laws as an excuse to cover up their

4906   activities under color of state laws.

4907          HVH Transportation was dissolved in order to avoid liability in this case, and I am

4908   forced into a position where under color of state laws pertaining to Unemployment

4909   Insurance and Workman's compensation, I am forced to either lie and act against my

4910   own health by further injuring my leg in returning to my prior work which is a constant

4911   assault to my ankle injury, or tell the truth and disqualify myself from Unemployment

4912   Insurance benefits.

4913          This situation is entirely calculated and intentional by the conspirators which

4914   include not only Concentra and Pinnacol, but the secretive elements behind the entire

4915   conspiracy leading to the Andrus/Utah DWS/Wells Fargo/Citibank money laundering

4916   conspiracy.

4917          Colorado state law names Pinnacol Assurance a state agency, therefor any and

4918   all actions by Pinnacol and their co-conspirators is inherently "under color of law" as set

4919   forth in the Act.

4920          The use of the conspirators of corrupt law enforcement personnel is inherently

4921   "under color of law" as set forth in the Act.

4922                              **SECOND CLAIM FOR RELIEF**
4923          RICO Act 18 USC 96 Criminal Enterprise; Civil Rights Conspiracy (18 USC 241)

4924          This claim for relief incorporates the descriptive summary of all parties listed in

4925   this complaint and will be backed with evidence.

4926        Theft

4927        Mail Fraud

4928        Wire Fraud

4929        Credit Card Fraud

4930        Computer Fraud (Computer Fraud and Abuse Act - *** including medical

4931   records, Economic Espionage (especially Wells Fargo and Western Union),

4932        Bank Fraud

4933        Bribery

4934        Fraud/Constructive Fraud

4935        Conversion (land)

4936        Assault and Battery

4937        Vehicular Assault

4938        Money Laundering

4939        Economic Espionage (especially Wells Fargo and Western Union)

4940        Forgery

4941        Counterfeiting (including Sprint, Coburn Investigative Agency - also internet wire

4942   fraud)

4943        Identity Theft

4944        False Arrest/Imprisonment

4945        Stalking

4946        Harassment

4947        Kidnapping

4948        Attempted Murder

4949    Murder

4950    Accessory after the fact 18 USC section 3

4951    - Mail Fraud

4952    Stalker mail fraud with Monique Nunemaker as well as previous incident at

4953  Niagara St.

4954    Email fraud incidents.

4955    - Wire Fraud

4956    Concentra falsified medical records and communicated falsehoods to others in

4957  the conspiracy.

4958    - Credit Card Fraud

4959    Wells Fargo, Citibank reversed a legal card payment calling it fraudulent.

4960    AND/OR Lewis made a fraudulent payment.

4961    Lewis reversed the payment because Wells Fargo interfered with his Treasury

4962  Check.

4963    Wells Fargo and Citibank conspired in this transaction to interfere with 30-million-

4964  dollar transfer. Money laundering conspiracy.

4965    - Bribery

4966    Bribery is an inherent element in all members of the racket(s) and overlap from

4967  one instance to another, such as Sheindlin and Utah, and medical.

4968    - Fraud/Constructive Fraud

4969    - Theft and Conversion (land and assets)

4970    Newmont mining conspired with Denver Police and Ghana Police to assist in the

4971  theft of inherited lands and estates, etc.

4972  - Assault and Battery

4973  Walmart and Eco Truck Wash abused me with the related incidents.

4974  - Money Laundering

4975  Wells Fargo and Citibank directed the racket to assist corrupt officials with theft

4976 of inheritance, as did C. Scott Crabtree (interview) and others in cooperation including

4977 Eric Elliff and Collin Earl and the cover up under color of state laws (premises liability,

4978 etc.)

4979  - Computer Fraud (Computer Fraud and Abuse Act -  *** including medical

4980 records,

4981  Hackers and ID thieves/impersonators/counterfeiters infiltrated email

4982 accounts/computers to conduct economic espionage and disinformation as part of

4983 conspiracy to other acts.

4984  - Economic Espionage (especially Wells Fargo and Western Union)

4985  Hackers and ID thieves/impersonators/counterfeiters infiltrated email

4986 accounts/computers to conduct economic espionage and disinformation as part of

4987 conspiracy to other acts.

4988  - Forgery

4989  - Counterfeiting (including Sprint, Coburn Investigative Agency - also internet

4990 wire fraud)

4991  Ghana police edited news article to claim murder, for some specified purpose(-s).

4992  Coburn Investigative Agency with others set up fake social media accounts using

4993 my name. See recent conversation with Billy Anne.

4994  - Identity Theft

4995    Sprint setup a phone purchase with my name and then turned the account over

4996    to the credit agencies, just as Wells Fargo, as did hackers pretending to be Monique,

4997    Laura, Attorney Lisa Battan, Sarpong.

4998    - Stalking

4999    Entire racketeering enterprise including Sheindlin, Big Ticket, law enforcement,

5000    defense lawyers, insurance companies including (Liberty, Pinnacol),

5001    Bruce/Catherine/Jane Doe and others who infiltrate and replace others to maintain

5002    control over me and torment me.

5003    - Kidnapping

5004    International conspiracy including mafia and Crabtree kidnapped Laura to

5005    prevent her from coming to America.

5006    - Attempted Murder

5007    - Murder - Accessory After the Fact (18 USC section

5008    The people behind the murder of Rose's father and my father in law are behind

5009    much of the attempts to prevent our inheritance.

5010    This is why there is a concerted effort at high levels of banking and corporations

5011    including law enforcement and Wells Fargo/Citibank.

5012    One of the main questions I will seek to find is how the courts acknowledge the

5013    conditions surrounding the "mob mentality" of society. That is when someone in a

5014    position of public influence abuses that position and passes along "injurious falsehoods"

5015    maliciously, and enlisting others through a grapevine of gossip thereby corrupting the

5016    minds of others who become willing and knowing partakers in the ill-will of the

5017    originators of the outrageous conduct.

5018    The patterns are unmistakable, and the perpetrators are a constant disease on

5019    society.                                                                    .

5020    The originators including Bruce, Catherine and their use and abuse of law

5021    enforcement authority to inflict suffering on me (including the County of Jefferson,

5022    Colorado and the Denver and other suburban police departments have created a

5023    snowball effect which has spread to other parts of the world.

5024    The curious nature of Bruce and Catherine inviting people from Russia to come

5025    and live with them and the constant email hacking of mine and my international

5026    associates' accounts cannot be ignored.

5027    **THIRD CLAIM FOR RELIEF**
5028    The Fair Credit Reporting Act 15 USC 1681 (FCRA)

5029    This claim for relief incorporates the descriptive summary of all parties listed in

5030    this complaint and will be backed with evidence.

5031    Present throughout the case is a sabotage of my credit rating, and an assault on

5032    my right to be left alone.

5033    As stated in the first clause of the FCRA, this erodes the integrity of the credit

5034    reporting process, because legitimate creditors rely on an accurate representation of a

5035    person's credit worthiness.

5036    The Judge Judy Show, Andrus Transportation, Wells Fargo, Citibank and others

5037    have violated this precept, and have cheated other banks who lost their investments as

5038    a result of the intentional and fraudulent damage to my credit rating.

5039    Wells Fargo, Citibank, Barclays, U.S. Bank, Discovery and others as the credit

5040    reporting agency in this context, made false statements and accusations, and then

5041    turned them over to collections agencies and spread their falsehoods to numerous other

5042    creditors, banks and financial institutions in order to destroy me financially so they could

5043    rob me and my clients of their inheritance, which is an ongoing crime in progress.

5044        HVH continued to harass me to the end of their existence as a business.

5045        Their newly implanted employees interfered with my ability to do my job, even to

5046    the detriment of their own customers which included Caterpillar and Wager Equipment,

5047    by taking the keys and locking them in a box, so that I could not make my daily

5048    deliveries as expected by our customers.

5049        These elements in our society do not just hurt me, they hurt the entire business

5050    and banking establishment through their deceit.

5051                    **FOURTH CLAIM FOR RELIEF**
5052            The Computer Fraud and Abuse Act 18 USC 371:1030 (CFAA)

5053        This claim for relief incorporates the descriptive summary of all parties listed in

5054    this complaint and will be backed with evidence.

5055        Concentra management with Pinnacol Assurance and others, penetrated

5056    doctor's records and falsified them repeatedly.

5057        The conspirators hacked into government databases, banks and multiple email

5058    accounts in order to commit various crimes including Identity Theft and Economic

5059    Espionage, as well as all the claims in this complaint both civil and criminal.

5060        Wells Fargo's use of "proprietary methods" which amounts to economic

5061    espionage and fraud, included the use of computer systems to reach their fraudulent

5062    objectives.

5063                    **FIFTH CLAIM FOR RELIEF**
5064            The Americans with Disabilities Act 42 USC 12101

5065     This claim for relief incorporates the descriptive summary of all parties listed in

5066     this complaint and will be backed with evidence.

5067     The conspirators intentionally placed me in a position where I am unable to do

5068     my previous work due to my disability which they have attempted to cover up.  This has

5069     resulted in discriminating against me in state run programs due to my disability which

5070     the conspirators have attempted to cover up.

5071     The insurance business is so rife with people gaming the system including

5072     Concentra, Pinnacol, Liberty Mutual and the others in this complaint, that when

5073     someone comes along who actually needs the benefits, they are stolen from him by

5074     these players who falsify records for those who they don't like, and help the people who

5075     are gaming the system.

5076                                **SIXTH CLAIM FOR RELIEF**
5077                                    Injurious Falsehood

5078     This claim for relief incorporates the descriptive summary of all parties listed in

5079     this complaint and will be backed with evidence.

5080     Injurious Falsehood - Defendant participates in a conspiracy of falsehoods in

5081     order to achieve fraudulent objectives, resulting in the violation of my rights and the

5082     rights of others.

5083     - Wells Fargo

5084     - Wells Fargo Advisors

5085     - Western Union

5086     - Citibank

5087     - Unifund CCR, LLC

5088     - Nelson & Kennard (Citibank)

5089        - JPMorgan Chase & Co

5090        - Bank of Colorado/Pinnacle Bank

5091        - Jefferson Capital Systems LLC

5092        - Discover Bank

5093        - US Bank

5094        - Sprint

5095        - Judith Sheindlin

5096        - Big Ticket Television

5097        - Denver Police

5098        - Aurora Police (and City of)

5099        - Jo Ann Lee

5100        Most of the issues herein have been thoroughly documented, and I will try my

5101  best to be as concise as possible while asking the court to make reference to my

5102  documented writings dating back to 2009, and records relating to the "Judge Judy

5103  Show" in 2006.

5104        Bruce, a certain Jefferson County Sheriff and others unknown specifically

5105  (John/Jane Doe(s) set up an arrangement by way of false pretenses to deprive me of

5106  my rights. This led to everything else.

5107        Then Andrus and Utah conspired to charge me with fraud after I was laid off, in

5108  order to double charge, for the total of unemployment insurance benefits.

5109        As I documented for ten years, the civil rights conspiracy is behind everything in

5110  this complaint.

5111    All of the above players conspired, cooperated with and were directed by

5112    John/Jane Doe(s) who were abusing their government entrusted powers while being

5113    paid to be doing a legitimate job, and all willingly adopted the injurious falsehoods

5114    resulting in all of the damages in this complaint.

5115    **SEVENTH CLAIM FOR RELIEF**
5116    Breach of Fiduciary Duty

5117    This claim for relief incorporates the descriptive summary of all parties listed in

5118    this complaint and will be backed with evidence.

5119    - Pinnacol

5120    - Concentra

5121    - Utah's DWS

5122    - Andrus Transportation

5123    All of the parties in this complaint who had a legal obligation and misused their

5124    discretion in order to further the conspiracies, breached their Fiduciary Duty to Plaintiff.

5125    **EIGHTH CLAIM FOR RELIEF**
5126    Unfair Business Practices, Competition

5127    This claim for relief incorporates the descriptive summary of all parties listed in

5128    this complaint and will be backed with evidence.

5129    - Riggs, Abney (Legal Shield)

5130    - Ghana Police

5131    - GCB Ghana Commercial Bank

5132    - Central Bank of Ghana

5133    - Newmont Mining Company (Denver and Ghana)

5134    - Wells Fargo

5135          - Wells Fargo Advisors

5136          - Western Union

5137          - Citibank

5138          - DHL

5139          Wells Fargo used economic spies which are the same corrupt officials behind

5140    this entire conspiracy to rob by international associates of their inheritance, and myself

5141    as chief benefactor of the inheritance. Wells Fargo claims these spies behind this

5142    economic espionage are the "proprietary methods" of Wells Fargo.

5143          The measures taken to sabotage my life in every way possible overlap to a point

5144    that it is hard to distinguish between the various conspiracies, until the defendants begin

5145    cooperating with the names.

5146          The ruthlessness and relentless cruelty make it impossible to distinguish

5147    between the Eco Truck Wash employee who sprayed the frozen walkway around the

5148    corner with ice water and stood back after hanging the still running water hose on the

5149    wall, and the onslaught of cruel and vicious acts by the other parties in this case.

5150          The attempted result by Concentra and their racket has been to leave me

5151    helpless and without financial and medical reparation, leaving me unable to work since

5152    my leg is permanently disabled by labeling it a "sprain ankle", and to leave me for dead.

5153          This activity constitutes various other causes of action.

5154          While it cannot be proven just exactly who the hackers are who were reading all

5155    of our emails, we know that Wells Fargo admits that they are guided by "proprietary

5156    methods" (AKA economic spies, including corrupt law enforcement acting under color of

5157    law).

5158    -

5159    All of the parties in this complaint who interfered with Plaintiff's life, and business

5160    by abusing government resources and/or their free wills in order to gain an unfair

5161    advantage over dealings that they had no right to, conducted unfair business practices

5162    and competition.

5163    While various conspiracies can be established independent one of another such

5164    as Andrus/Utah's DWS, the Concentra/Pinnacol medical records fraud and sabotage,

5165    the Wells Fargo/Citibank inheritance theft conspiracy and the actions of the others in

5166    this complaint, it is clear that at the top levels it is the same people with the same intent

5167    throughout, including corrupt law enforcement personnel (John/Jane Doe) who are

5168    orchestrating everything.

5169    It is logical that whoever has been getting away with this stalking and abuse

5170    including email hacking, upon discovering that the mafia is actively robbing my clients of

5171    their inheritances, would further abuse their positions by becoming part of an even

5172    greater conspiracy leading and connecting to West Africa.

5173    **NINTH CLAIM FOR RELIEF**
5174    Breach of Contract

5175    This claim for relief incorporates the descriptive summary of all parties listed in

5176    this complaint and will be backed with evidence.

5177    - Judith Sheindlin (1983)

5178    - Big Ticket Television

5179    - Bruce Nunemaker

5180    - Jefferson County

5181    - John/Jane Doe(s)

5182        - Castillo Automotive

5183        - GCB Ghana Commercial Bank

5184        - Western Union

5185        - DHL

5186        - Ace Pack and Ship

5187        DHL stole my phones, accusing me of "fraud" and refused to honor their

5188    insurance contract.

5189        Judith Sheindlin and Big-Ticket Television violated their contract to pay the

5190    "judgment" which was the subject of a television episode that they solicited me to

5191    attend. They have continued to this day to pursue their civil rights conspiracy against

5192    the judicial system of the United States, and to take revenge for something that in their

5193    words they "imagine".

5194                    **<u>TENTH CLAIM FOR RELIEF</u>**
5195                Intentional Interference with Prospective Economic Advantage

5196        This claim for relief incorporates the descriptive summary of all parties listed in

5197    this complaint and will be backed with evidence.

5198        - Judith Sheindlin

5199        - Big Ticket Television

5200        - Wells Fargo (and other financial institutions

5201        - Citibank

5202        - John/Jane Doe(s)

5203        As stated, the predominant factor in this case is the ongoing attempts to prevent

5204    every opportunity to gain economically by the parties listed in this complaint.

## ELEVENTH CLAIM FOR RELIEF
Intentional Interference with Contractual Relations

5205
5206

5207    This claim for relief incorporates the descriptive summary of all parties listed in

5208    this complaint and will be backed with evidence.

5209    - Western Union

5210    Western Union interfered with a wire transfer and then tried to prevent me from

5211    making transfers using their service in order to further the conspiracy to interfere with

5212    my business which they could not have known anything about but for their cybercrimes

5213    and economic espionage.

5214    Wells Fargo and Citibank interfered with a $30 million wire transfer and worked

5215    with others in this complaint to do everything possible to prevent it.

5216    Whenever and wherever possible the conspirators enlisted and recruited

5217    employees from several banks and law firms (including Legal Shield - Riggs Abney who

5218    have a strong interest in producing legal Wills for people who they do not even regard

5219    as clients), and law enforcement agencies, as well as the U.S. Postal Service, DHL,

5220    Sprint, and Western Union, to act in concert with their ill will, against my interests.

5221    Good, decent and honest employees have been systematically replaced by

5222    deceitful, malicious employees who play the same games as them and act in the same

5223    "Judge Judy" style lawlessness.

5224    These banks include Bank of America, Discovery, Barclays, U.S. Bank, BBVA

5225    compass and HSBC bank.

5226    This sets the stage and creates a perfect network for laundering the money

5227    stolen from my international clients, and a perfect Racket for repetition with other

5228    potential victims of their theft network.

225

5229 **TWELFTH CLAIM FOR RELIEF**
5230 Intentional Interference with Inheritance

5231    This claim for relief incorporates the descriptive summary of all parties listed in

5232 this complaint and will be backed with evidence.

5233    - Wells Fargo

5234    - Citibank

5235    - GCB (Ghana Commercial Bank)

5236    - Catherine Matus

5237    - John/Jane Doe(s)

5238    Wells Fargo and Citibank have their hands directly on the financial transactions,

5239 and circumstantial evidence shows that Eric Elliff was planted in order to further this

5240 conspiracy by covering up the mob hit and destroying my injury case in order to prevent

5241 me from "taking a vacation".

5242 **THIRTEENTH CLAIM FOR RELIEF**
5243 Fraudulent Misrepresentation

5244    This claim for relief incorporates the descriptive summary of all parties listed in

5245 this complaint and will be backed with evidence.

5246    - Concentra

5247    - Pinnacol Assurance

5248    Concentra and Pinnacol conspired to misrepresent my severely broken ankle as

5249 a "sprain ankle".

5250    The other members of the Racket followed these instructions leading from

5251 Concentra and Pinnacol, through the lawyers of both sides including Liberty Mutual

5252    Insurance and their medical expert Robert H. Leland, all the way to Eric Elliff and C.

5253    Scott Crabtree.

5254                        **FORTEENTH CLAIM FOR RELIEF**
5255                            Conversion of land and property

5256         This claim for relief incorporates the descriptive summary of all parties listed in

5257    this complaint and will be backed with evidence.

5258         - Newmont Mining Company (Denver and Ghana)

5259         - Ghana Police

5260         - Denver (City and Police) Colorado

5261         - Wells Fargo (Murder/Money Laundering/Accomplice)

5262         - Wells Fargo Advisors

5263         - Western Union

5264         - Citibank

5265         Newmont mining has litigated their theft of lands from others in Peru and lost.

5266    They attempted to imprison the true owners, accusing the owners of stealing their own

5267    land. It is logical that Newmont is behind the conversion and theft of lands and estates

5268    in Ghana since they have operations in Ghana.

5269         C. Scott Crabtree's admission that he is aware of the kidnappings in Ghana is

5270    further reason to believe that this is an international crime ring.

5271                        **FIFTEENTH CLAIM FOR RELIEF**
5272                            False Light (False Representation)

5273         This claim for relief incorporates the descriptive summary of all parties listed in

5274    this complaint and will be backed with evidence.

5275    The conspirators have shed a false light on me initially out of sheer cruelty, then

5276    they began the same in order to commit unemployment insurance fraud, and now the

5277    same in order to commit medical and Insurance Fraud, ultimately leading to their cover

5278    up of the theft and laundering of over one hundred million dollars from my bank in

5279    Ghana.

5280    The nature of my financial dealings is not at issue in this complaint, as they are

5281    none of the business of the defendants, except that they attempted to prevent these

5282    financial transactions.

5283    They will attempt to cast a further false light on things that they could not know

5284    about but for their cybercrimes and economic espionage.

5285    The court including the jury will be asked to decide based on the evidence that

5286    the actions were with the intent to prevent and interfere with inheritance which they only

5287    know about because they are the hackers and phone thieves throughout my record.

5288    In order to deceive everyone, they are relying on counterfeit documents that they

5289    fabricated.

5290    They are also part of the same conspiracy to impersonate my clients in order to

5291    get information which they were and are using to steal the financial interests that they

5292    learned about by infiltrating banks and email accounts.

5293    Any attempts by any of the defendants to raise issues relating to financial

5294    dealings that they have no business with will be proof that this is the motive that I have

5295    described. All that concerns them is that they attempted to prevent it and use their

5296    secrecy to solidify a crime racket that they can repeat again and again under color of

5297    law.

## SIXTEENTH CLAIM FOR RELIEF
### Outrageous Conduct (Intentional Infliction of Emotional Distress)

5300  This claim for relief incorporates the descriptive summary of all parties listed in

5301  this complaint and will be backed with evidence.

5302  - John/Jane Doe

5303  - Wells Fargo

5304  - Citibank

5305  - Judith Sheindlin

5306  - Big Ticket Television (The Judge Judy Show)

5307  - Medical Records Alteration/Conspiracy:

5308  - Pinnacol Assurance

5309  - Concentra Medical Center

5310  - Liberty Mutual (and attorneys)

5311  - Suzana Skrabo

5312  - Overturf, McGath & Hull, PC

5313  - Boulder Center for Orthopedics/Robert H. Leland

5314  - Coburn Investigative Agency

5315  - Eric Elliff

5316  - C. Scott Crabtree

5317  - Royce Mueller

5318  - Collin Earl (Earl and Earl)]

5319  The most outrageous thing I have experienced was when I received emails from

5320  the Ghana Police saying my lady friend was bludgeoned to death with bricks to her

5321    face, using images of a doctored news magazine which I discovered to be counterfeits

5322    during research.

5323        The constant stalking and email hacking and the impersonating of my associates

5324    can only be seen as intending to cause serious and irreparable harm to my emotional

5325    state.

5326        The constant assaults on my credit, the destruction of my credit lines, the

5327    violations of my associates including violent attacks, kidnapping, and the suffering of my

5328    clients due to the action of these conspirators has caused severe suffering to me.

5329        The actions which include stalking and various ways of trampling my privacy are

5330    a constant outrage, and are intended to be an outrage, and that is exactly why these

5331    mobsters have been doing this.

5332        It is an outrage that Utah's DWS and Andrus Transportation would join to make

5333    false statements that I "quit" my job when I was laid off, and then double the charges  to

5334    recover twice the amount of Unemployment Insurance benefits I received, and it was

5335    done to cause psychological scars.

5336        Then to send collection letters every month, year after year to torment and

5337    harass me, knowing that they had committed a fraud.

5338        The result was that it conditioned me to be afraid to look at my mail (Mail Fraud).

5339        The constant abuse of the United States Postal Service is a pattern that has

5340    continued to this day, including the Liberty Mutual attorneys.

5341        This pattern leads back to the stalker of Catherine and Bruce, and the Police

5342    abuse and harassment as well as malicious prosecution for things that I was not guilty

5343    of, and the abuse of the credit rating system under the Fair Credit Reporting Act.

5344    This intentional infliction of emotional distress, and intentional interference with

5345    prospective economic advantage repeated again with Concentra and Pinnacol

5346    Assurance accusing me of fraud and pretending to have a broken leg, again for

5347    purposes of tormenting me and to rob me of economic and medical benefits that I am

5348    entitled to under law (state law, again under color of law, Section 1983 - deprivation of

5349    rights and equal protection).

5350    This pattern of fraud carried over into the actions of Wells Fargo, Citibank, Sprint,

5351    DHL (phone theft) and others who are all jointly accusing me of fraud falsely and

5352    making false representations.

5353    This pattern continues in the form of constantly assaulting and destroying my

5354    credit leading back to Judith Sheindlin of the "Judge Judy Show".

5355    **SEVENTEENTH CLAIM FOR RELIEF**
5356    Theft

5357    This claim for relief incorporates the descriptive summary of all parties listed in

5358    this complaint and will be backed with evidence.

5359    - DHL

5360    - Ace Pack and Ship

5361    - John/Jane Doe

5362    - Wells Fargo (Check)

5363    - Wells Fargo Advisors

5364    - Citibank

5365    DHL stole my phones, accusing me of "fraud" and refused to honor their

5366    insurance contract.

231

5367    Wells Fargo stole a United States Treasury check without issuing a receipt, then

5368    destroyed the check to cover up their mistake.

5369    Wells Fargo stole $2,300 from my bank account and then turned it over to

5370    collections.

5371    Wells Fargo and Citibank conspired to steal a $30 million wire transfer from

5372    Ghana, and make it disappear.

5373                        **EIGHTEENTH CLAIM FOR RELIEF**
5374                                    Battery

5375    This claim for relief incorporates the descriptive summary of all parties listed in

5376    this complaint and will be backed with evidence.

5377    - John Doe(s)

5378    - Eco Truck Wash

5379    - Walmart

5380    Walmart, Eco Truck Wash (and John Doe)

5381    Walmart employee backed up his tractor-trailer and slammed it into the side of

5382    my truck in their parking lot, in furtherance of their malicious conspiracy to stalk, harass,

5383    injure, and cause physical and mental suffering.

5384    Eco Truck Wash employee hosed down the drive and walkway in front of me and

5385    then stood back as I walked and turned the corner stepping onto his intentionally made

5386    ice slick, causing both feet to fly out in front of me and to receive a body slam onto the

5387    pavement, causing my ankle to smack the cement and tear my ligaments off my shin up

5388    to my knee as the hose continued to gush running ice water over me as I laid unable to

5389    move, and as the employee stood and watched.

5390    The employee later said that "a train scared him".

5391    With all the noise from the power hoses in would have been very difficult to

5392    notice the sound of a train.

5393    Liberty Mutual lawyer Susana Skrabo said in a court document that "he got up

5394    and walked to the office", which was not possible because my ligaments had been

5395    ripped off my shin up to my knee and all three ankle bones were shattered and

5396    separated.

5397    I had to be picked up and dragged into the office.

5398    A year later I filmed the entire scene and process, and found no warning signs of

5399    any kind, yet Liberty Mutual instructed Eco Truck Wash to fabricate signs as "evidence"

5400    to use against me.

5401    Eco Truck Wash as well as the entire medical fraud conspiracy represented the

5402    "accident" as snow related, and an act of carelessness on my part, which is false.

5403    The "accident" was the result of an intentional act by the employee and the

5404    manager to hose down the walkway onto dry frozen pavement knowing it was the only

5405    way for me to walk in order to get to the office as directed by the office personnel.

5406    **NINETEENTH CLAIM FOR RELIEF**
5407    Vehicular Assault

5408    This claim for relief incorporates the descriptive summary of all parties listed in

5409    this complaint and will be backed with evidence.

5410    - Walmart

5411    Walmart employee backed up his tractor-trailer and slammed it into the side of

5412    my truck in their parking lot, in furtherance of their malicious conspiracy to stalk and

5413    harass me.

5414
5415

## TWENTIETH CLAIM FOR RELIEF
Invasion of Privacy

5416    This claim for relief incorporates the descriptive summary of all parties listed in

5417    this complaint and will be backed with evidence.

5418        - Judith Sheindlin (1983)

5419        - Big Ticket Television

5420        - Jefferson County

5421        - John/Jane Doe(s)

5422        - Overturf, McGath & Hull, PC (Stalking)

5423        - Eric Elliff (Stalking)

5424        - C. Scott Crabtree (Stalking)

5425        - Coburn Investigative Agency

5426        - Pinnacol

5427        - Ghana Police

5428        - Wells Fargo

5429        - Wells Fargo Advisors

5430        - Western Union

5431        - Citibank

5432    Economic espionage, email hacking, impersonating and Identify theft, etc., are

5433    invasions of privacy, as are Police following and constant surveillance as abuse.

5434    Acts of stalking and sabotage by insurance companies and their investigators

5435    and corrupt Police are an invasion of privacy.

5436
5437

## TWENTY-FIRST CLAIM FOR RELIEF
Malicious Prosecution

234

5438        This claim for relief incorporates the descriptive summary of all parties listed in

5439    this complaint and will be backed with evidence.

5440        - Judith Sheindlin (1983)

5441        - Big Ticket Television

5442        - Jefferson County

5443        - John/Jane Doe(s)

5444        - Andrus Transportation

5445        - Utah Department of Workforce Services

5446        - Brighton (City and Police) Colorado

5447        - Denver (City and Police) Colorado

5448        - Lakewood (City and Police) Colorado

5449        - Edgewater (City and Police) Colorado

5450        - Aurora (City and Police) Colorado

5451        - Jo Ann Lee

5452        - Bruce Nunemaker

5453        - Catherine Matus

5454        - Jefferson County Sheriff

5455        - Wells Fargo

5456        - Wells Fargo Advisors

5457        - Western Union

5458        - Citibank

5459        - Chase

5460        - Bank of Colorado/Pinnacle Bank

5461        - Barclays Delaware

5462        - DHL

5463        - Sprint

5464        Prevalent throughout the conspiracies and a constant common element among

5465   all parties in this complaint has been the desire to use prosecutorial powers in order to

5466   abuse Plaintiff.

5467        The Denver and surrounding police have had a sick obsession with imprisoning

5468   me since adolescence, when Bruce and Cathy began using them to threaten and abuse

5469   me.

5470        Aurora Police assisted Jo Ann Lee of prosecuting me for crimes that I did not

5471   commit and have continued their patterns of conduct to this day.

5472                     **TWENTY-SECOND CLAIM FOR RELIEF**
5473                          False Arrest/Imprisonment

5474        This claim for relief incorporates the descriptive summary of all parties listed in

5475   this complaint and will be backed with evidence.

5476        - Jo Ann Lee

5477        - City of Aurora Colorado

5478        - Edgewater (City and Police) Colorado

5479        - Ghana Police

5480        - Newmont Mining Company (Denver and Ghana)

5481        - Wells Fargo

5482        Colorado law is very specific and broad about what constitutes false arrest and

5483   imprisonment. The corrupt officials and citizens in this complaint are obsessed with

5484   imprisoning me, and their counterparts in Ghana arrested my clients so they could steal

5485  their inheritance, as we now know C. Scott Crabtree and Newmont Gold here in Denver

5486  are involved in.

5487  ## TWENTY-THIRD CLAIM FOR RELIEF
5488  Harassment/Stalking

5489  This claim for relief incorporates the descriptive summary of all parties listed in

5490  this complaint and will be backed with evidence.

5491  - Brighton (City and Police) Colorado

5492  - Denver (City and Police) Colorado

5493  - Lakewood (City and Police) Colorado

5494  - Edgewater (City and Police) Colorado

5495  - Aurora (City and Police) Colorado

5496  - Oveturf, McGath & Hull

5497  - Eric Elliff

5498  - John/Jane Doe(s)

5499  Inherent in other claims and described throughout this complaint.

5500  ## TWENTY-FOURTH CLAIM FOR RELIEF
5501  Legal Malpractice

5502  This claim for relief incorporates the descriptive summary of all parties listed in

5503  this complaint and will be backed with evidence.

5504  - Riggs, Abney

5505  - Royce Mueller (Legal Shield)

5506  - Collin Earl (Earl and Earl)

5507  - Kyle Usrey (Prepaid Plans)

5508  - Suzana Skrabo

5509     - Overturf, McGath & Hull, PC

5510     - Eric Elliff

5511     - C. Scott Crabtree

5512     Concerted effort among the listed lawyers, especially Collin Earl who destroyed

5513 my personal injury case, while working behind my back with the insurance companies

5514 and Riggs Abney (Legal Shield). Kyle Usrey and his wife the former Court Clerk, and all

5515 others listed work secretly together in this fraud Racket, at the expense of their victims.

5516                 **TWENTY-FIFTH CLAIM FOR RELIEF**

5517                   Medical Malpractice

5518     This claim for relief incorporates the descriptive summary of all parties listed in

5519 this complaint and will be backed with evidence.

5520     - Pinnacol Assurance

5521     - Concentra Medical Center

5522     - Stuart H. Meyers, MD/Colorado Orthopedic Consultants, LLC (Orthopedic

5523 Surgeon)

5524     - Dr. Robert H. Leland/Boulder Center for Orthopedics

5525     Concentra and Stuart H. Meyers, MD/Colorado Orthopedic Consultants, LLC

5526 ignored the injury from my ankle to my knee even though I had severe black and blue

5527 bruising all the way above my knee and an internal blood stain along the front of my

5528 shin bone that is still visible today.

5529     Photos and videos show a severe curve of the shin bone resulting from the

5530 impact of the fall and hit of my ankle on the pavement, which they systematically

5531 ignored.

5532        As stated in Legal Malpractice they refused to test or treat this, as well as the

5533    severe damage to my foot.

5534        Today my leg, ankle and especially my foot stings just as badly as it did three

5535    years ago.

5536        I cannot ask for help because Concentra and Pinnacol are engaged in a cover-up

5537    and a ruthless conspiracy to rob patients who they do not favor of assistance.

5538        I do not want to be on pain medication and sever pain is better than speaking to

5539    a fraudulent medical apparatus that values my life as so meaning less and the law as so

5540    nonexistent that they are accusing me of pretending to have an injury that is visible to

5541    the eye.

5542        The defendants have labeled my severe injury a "sprain ankle" and I ask the

5543    court and the jury to consider fully the suffering I have been made to endure because of

5544    their cruelty and greed.

5545        Due to the persistent pain and severity of my ankle condition and my inability to

5546    perform my previous line of work because my ankle is permanently disabled, I ask that

5547    the court issue an injunctive declaration ordering Pinnacol to pay for extensive testing of

5548    my leg and phone, as well as the removal of the hardware which is interfering with the

5549    proper functioning of my ankle, and vocational rehabilitation.

5550        I ask the court to order Pinnacol to pay for services at a medical provider of my

5551    choosing an outside the reach of their racket/conspiracy.

5552        HVH went out of business, leaving me unemployed and unable to continue my

5553    previous line of work.

5554    The defendants including Pinnacol and Concentra falsified medical records,

5555    changing doctors' diagnoses on at least three occasions in order to prevent proper

5556    medical care and financial compensation.

5557    Most of the pain and suffering is from damage that the doctors refused to

5558    acknowledge.

5559    Doctors repeatedly refused to conduct MRI and CAT scans, and the orthopedic

5560    surgeon ignored the injury of the ligaments up to the knee that had been ripped off the

5561    bone.

5562    These doctors, including Liberty Mutual's Robert H. Leland of the Boulder Center

5563    for orthopedics, used the falsified records to destroy my case, while ignoring my

5564    complaints and requests, and then suggesting I did not want to be able to walk and was

5565    just pretending, and that I was just trying to get high on their "feel good pills".

5566    Robert H. Leland conveniently skipped over the records that Concentra

5567    management falsified, as well as my documented complaints of severe foot and leg pain

5568    in addition to my ankle, and then said there was "no way he could return to work in that

5569    kind of pain" after being forced to return to work prematurely.

5570    Concentra has litigated these matters with Walmart as part of a class action for

5571    doing the same thing and continues to this day.

5572    This is an ongoing Racketeering conspiracy, with no intention of stopping.

5573    For this cause, I ask that their contracts and licenses be dissolved.

5574    I ask that the law and medical licenses also be revoked.

5575    **TWENTY-SIXTH CLAIM FOR RELIEF**
5576    Fraud/Constructive Fraud

240

5577    This claim for relief incorporates the descriptive summary of all parties listed in

5578    this complaint and will be backed with evidence.

5579    - Judith Sheindlin (1983)

5580    - Big Ticket Television

5581    - Jefferson County

5582    - John/Jane Doe(s)

5583    - Andrus Transportation (Unemployment Insurance)

5584    - Utah Department of Workforce Services (" ")

5585    - Pinnacol Assurance

5586    - Concentra Medical Center

5587    - Liberty Mutual (and attorneys)

5588    - Suzana Skrabo

5589    - Overturf, McGath & Hull, PC

5590    - Boulder Center for Orthopedics/Robert H. Leland

5591    - Coburn Investigative Agency

5592    - Eric Elliff

5593    - C. Scott Crabtree

5594    - Royce Mueller

5595    - Collin Earl (Earl and Earl)

5596    - Ghana Police

5597    - GCB Ghana Commercial Bank

5598    Fraud and Constructive fraud are synonymous with Medical Malpractice as It

5599    applies to the medical Racketeering enterprise involving management altering records

5600  and all of the false accusations of fraud including Andrus Transportation, as well as

5601  "The Judge Judy Show". A long line and pattern of fraud at every turn with these

5602  Racketeers.

5603  ### **TWENTY-SEVENTH CLAIM FOR RELIEF**
5604  Negligence

5605      This claim for relief incorporates the descriptive summary of all parties listed in

5606  this complaint and will be backed with evidence.

5607      The Police assumed that they could ignore my requests for help and many

5608  tragedies have resulted, and are ongoing crimes in progress even as they continue to

5609  do whatever they do.

5610      The banks are the same, and gross negligence as defined has the appearance of

5611  an intentional act, but it is truly an intentional act of complete disregard for the law and

5612  proper procedures which goes beyond negligence.

5613  ### **TWENTY-EIGHTH CLAIM FOR RELIEF**
5614  Negligent Hiring

5615      This claim for relief incorporates the descriptive summary of all parties listed in

5616  this complaint and will be backed with evidence.

5617      - Eco Truck Wash

5618      - Walmart

5619      - Wells Fargo

5620      - Wells Fargo Advisers

5621      - Citibank

5622      All parties who allowed for the hiring of employees or agents who have

5623  participated in these crimes and offenses have been negligent in their hiring practices.

**TWENTY-NINTH CLAIM FOR RELIEF**

Wrongful Dishonor of Check Title V, Uniform Commercial Code (UCC) Section 4402

This claim for relief incorporates the descriptive summary of all parties listed in this complaint and will be backed with evidence.

- Wells Fargo

Wrongful Dishonor of Check

Wells Fargo stole a United States Treasury check without issuing a receipt, then destroyed the check to cover up their mistake.

Wells Fargo Advisors dishonored a $30 million dollar wire transfer from Ghana Commercial Bank (GCB), accusing me of "money laundering", and then conspired with Citibank to steal it and launder it to Russia, which is why the Trump Organization was attempting to set up a "back channel".

**THIRTIETH CLAIM FOR RELIEF**

Colorado Organized Crime Control Act CRS 18-17-104 (COCCA)

This claim for relief incorporates the descriptive summary of all parties listed in this complaint and will be backed with evidence.

(Same list as RICO)

Theft

Mail Fraud

Wire Fraud

Credit Card Fraud

Computer Fraud (Computer Fraud and Abuse Act - including medical records,

Economic Espionage (especially Wells Fargo and Western Union),

Bank Fraud

5648        Bribery

5649        Fraud/Constructive Fraud

5650        Conversion (land)

5651        Assault and Battery

5652        Vehicular Assault

5653        Money Laundering

5654        Economic Espionage (especially Wells Fargo and Western Union)

5655        Forgery

5656        Counterfeiting (including Sprint, Coburn Investigative Agency - also internet wire

5657    fraud)

5658        Identity Theft

5659        False Arrest/Imprisonment

5660        Stalking

5661        Harassment

5662        Kidnapping

5663        Attempted Murder

5664        Murder

5665        Accessory after the fact (18 USC section 3,)

5666                                **<u>SUMMARY:</u>**
5667
5668        It will be demonstrated based on details outlined in this complaint, complemented

5669    with the testimonials given by my clients by way of transcripts of our conversations

5670    dating back to November of 2012, that a secret organized crime ring who knew in

5671    advance of my pre-arranged meetings for my clients in Accra, Ghana with lawyers in

5672    which the "mafia" were already at the lawyer's office when the ladies arrived, and who

5673   were behind the brutal attack on them while on their way to the embassy that I asked

5674   them to do for me – is the same ring who pre-arranged both the "accident" at Walmart,

5675   and the "accident" at Eco Truck Wash  while working at HVH Transportation, in which

5676   these "mafia" with the aid of the Police had foreknowledge of what Plaintiff was in the

5677   process of doing, as described by C. Scott Crabtree and demonstrated by Eric Elliff and

5678   the Aurora Police at 4:00 in the morning and all of the other incidents of "micro-

5679   management which are civil rights and RICO violations.

5680          The reason all parties should be considered co-conspirators and joined under

5681   FRCP 19, is because to this very day a primary objective is to subdue me in my

5682   business and to destroy me financially so that they can prevent me from bringing my

5683   case(s) to justice.

5684          Unless they are all recognized for the organized crime network and Racketeering

5685   enterprise they are, they will continue to wax worse and worse, become more conniving

5686   and deceitful, and more vicious, cruel, abusive and uncontrollable.

5687          The patterns that emerge from outlining this complaint is something that Plaintiff

5688   has been waiting for years to witness. The scourge of corruption involving theft, cruelty

5689   and disregard for laws is staggering and has left the Plaintiff speechless and in a state

5690   of  shock.

5691          The criminality has baffled the Plaintiff, because only in the last seven years, has

5692   he ever seen so many people forsake human decency and take upon themselves such

5693   a backward and contrary reasoning, which spreads like an uncontrollable virus to all

5694   who get close to it.

5695        To them, right is wrong and wrong is right, and everything that is normal is turned

5696  upside down.

5697        It's as though they feel that since someone else is getting away with it, that

5698  makes it the right way to be, and that is just not how it works for normal people with

5699  standards and some dignity, self-esteem and a sense of shame.

5700        Plaintiff could go on writing for another year, but by then countless other

5701  violations will be committed that must also be documented and recorded.

5702        Plaintiff has gathered the evidence to prove these  patterns with the hopes that a

5703  few  people will admit who is behind this disease that is eating away at our society.

5704        Plaintiff does not need to hear from anyone in this complaint, aside from

5705  answers, Interrogatories and requests for admissions, and is prepared to present the

5706  complete case to the court without the need to play games with witnesses and lawyers

5707  who fabricate evidence, and coach their clients on how to lie under oath.

5708                    **<u>PRAYER FOR INJUNCTIVE RELIEF:</u>**
5709

5710        Wherefore, Plaintiff seeks the following injunctive relief:

5711        As is clear from the referenced Class Action organized crime Racketeering suit

5712  against Walmart, Concentra and others (Case 1:09-cv-00656-REB), this criminal

5713  enterprise has not as ordered, complied and changed their abusive theft practices.

5714        The above criminal enterprise consists of actors who have devised and

5715  promulgated polices that enable exploitation and theft through policies on a full scale,

5716  through systematic practice and implementation from the top levels of management and

5717  law enforcement, down to the "micro-management" of citizens including their bank

5718   accounts and have weaponized their crimes to fulfill their sadistic tendencies like serial

5719   killers.

5720        Plaintiff asks the court to determine if there is any difference between the act of

5721   setting up a hidden ice slick with a water hose in order to intentionally cause a tragic fall

5722   onto the cement breaking his leg, and the continued ruthlessness of the rest of the

5723   conspiracy, including Concentra, Pinnacol, lawyers, Eric Elliff and the rest.

5724        Plaintiff asks the court to determine how much of a connection there is between

5725   the ruthless acts relating to the abuse of Plaintiff's rights, and the cybercrimes and

5726   thefts, including theft of inheritances.

5727        Plaintiff asks the court to acknowledge that these conspiracy members become

5728   more familiar and crystallized in their roles and their destructive and abusive capabilities

5729   when the courts allow them to get away with minimal consequences, and that until they

5730   feel the consequences of their actions, will become worse and more severe.

5731        Plaintiff asks the court to acknowledge that part of the Racketeering conspiracy

5732   involves the use, misuse and abuse of funds by the insurance companies and their co-

5733   conspirators to destroy through legal process, the victims of their criminal racketeering

5734   enterprise.

5735        Plaintiff asks that this criminal enterprise be permanently disbanded, disbarred

5736   and de-licensed so that other more dignified, professional, honest and deserving

5737   members of the community can fill their places, which would be the exact opposite of

5738   the mob's practice of replacing competent law abiding citizens with ruthless criminals.

5739        Plaintiff asks that the court enforce the proposed method of appointing the least

5740   cooperative, and most hostile and belligerent parties to be held accountable for the acts

5741   of the other co-conspirators under the doctrine of joint and several liability, for the sake

5742   of efficiency, and that their obstinance be considered and entered into the record as

5743   circumstantial evidence.

5744         Plaintiff asks the court to issue an Injunction ordering Pinnacol Assurance to fully

5745   restore him for the losses equal to the loss of the full extent of his injury including his

5746   broken and mangled foot and his torn and badly damage leg, as well as the extent of his

5747   shattered ankle equal to three times the full value as authorized under the RICO Act.

5748         Plaintiff asks the court to calculate the lost judgment for his personal injury claim

5749   against Eco Truck Wash that resulted from the falsification of records that were relied

5750   on by the medical fraud conspiracy including Pinnacol, Liberty Mutual, Eric Elliff, Dr.

5751   Stuart Meyers and others, in order to destroy his case and rob him of redress, with

5752   treble damages as authorized under the RICO Act.

5753         Plaintiff asks the court to order Pinnacol Assurance to pay an independent health

5754   care provider of Plaintiff's choice to conduct an MRI and CAT scan of his entire right leg

5755   to assess the true damage including damage caused during surgical procedure, in order

5756   to determine why Plaintiff is in such severe pain in his foot, ankle and leg to this day,

5757   and how much of it is a result of being forced by Concentra, Pinnacol, HVH

5758   Transportation and Dr. Stuart Meyers to return to work prematurely.

5759         Plaintiff asks the court to order Concentra to issue a "no work status" declaration

5760   until Plaintiff receives the due vocational rehabilitation services that they deprived him

5761   of.

5762         Plaintiff asks the court to order the defendants to pay a health care provider of

5763   Plaintiff's choice to remove the brace hardware from his ankle as is required, which they

5764    also deprived him of systematically by forcing him to return to work prematurely, leaving

5765    him unable to undergo such operation.

5766        Plaintiff asks the court including the jury to consider the extent to which the

5767    medical conspiracy was used for the "Intentional Interference with Prospective

5768    Economic Advantage" in order to prevent him from being able to make his business trip

5769    to Ghana, to aid and abet the international theft conspiracy against his clients and their

5770    inherited lands and assets which is an ongoing "crime in progress".

5771        Plaintiff asks the court to consider the actors in the medical conspiracy to be

5772    active members of the overall conspiracy to steal the bank accounts, lands, estates and

5773    assets inherited by Plaintiff's clients in Ghana and signed over to his protective custody,

5774    until such time as they (Pinnacol, Liberty Mutual, Concentra, and others) settle this

5775    dispute and officially end their conspiracy as required by Colorado and Federal law, and

5776    to end their Intentional Interference with Plaintiff's Economic Advantage.

5777        The validity and extent of the inherited lands, estates, assets and wealth being

5778    stolen by the Wells Fargo conspiracy is not at issue in this suit; only that the

5779    conspirators obtained enough information from intruding into computers and email

5780    systems to act to prevent the transactions and steal the wealth.

5781        Plaintiff seeks the court's determination of the damages resulting from the stolen

5782    lands, estates, bank accounts and assets, including the value of residual income

5783    associated with the exploitation of land and assets, as well as the physical, emotional

5784    and psychological toll suffered by Plaintiff and his clients from violent assaults,

5785    "accidents", false imprisonments, death threats and other acts of prevention and

5786    treachery by the mob conspiracy of which they are members.

5787    If the medical conspirators persist in their obstinance Plaintiff asks that to be

5788    entered as evidence of their role in the Wells Fargo/Citibank theft and money laundering

5789    conspiracy.

5790    Plaintiff asks the court to allow him to include the financial losses including credit

5791    lines, and other stolen money by the various vices of the criminal enterprise in the

5792    overall calculation of financial damages, in addition to the value of the over 234 acres of

5793    land, estates, assets and over $100 million in bank accounts which are at the heart of

5794    the  controversy behind the Wells Fargo/Citibank theft and money laundering

5795    conspiracy that has gathered all of these co-conspirators together.

5796    Plaintiff seeks an order by the court to the named Police departments and the

5797    respective municipalities, demanding that they turn over any and all records pertaining

5798    to Plaintiff for his entire adult lifetime, including 911 call recordings and the file that was

5799    started by the stalker (John/Jane Doe).

5800    Plaintiff seeks an order demanding that each of the Police departments issue an

5801    official letter reporting all files and pursuits of him, and the specific individuals behind

5802    the pursuits and the justifications for such.

5803    Plaintiff seeks an order demanding that the Department of Justice compile an

5804    official summary of every possible investigative agency of the federal government that

5805    has an existing case file on him, and who the individuals are who began and organized

5806    them be they employees of federal, state and local agencies, or regular citizens, or

5807    family members.

5808    Plaintiff asks the court to order each of the law enforcement agencies involved to

5809    issue a written statement guaranteeing that their employees will forever abstain from

5810    harassing Plaintiff and his clients, and attempting to steal the inherited wealth with Wells

5811    Fargo, Citibank and others under color of law, and that if any member of any agency,

5812    local, state, federal or international, or any other member of society including family

5813    members, insurance companies, private investigators, or anyone else contacts them

5814    again for any reason the Plaintiff will promptly be notified through certified mail, receipt

5815    requested.

5816        Plaintiff seeks an order of the court ordering each of the banks and financial

5817    institutions to issue similar guarantees, including the names of any bank employees

5818    found to be making contacts or allegations of Plaintiff either internally, to other banks

5819    and financial institutions, or law enforcement, domestically, or internationally.

5820        Plaintiff asks the court to order each of the banks to submit letters to all of the

5821    credit bureaus clearing Plaintiff's reputation and credit rating from the actions caused by

5822    the fraud and deceit of Wells Fargo and Citibank.

5823        Plaintiff seeks the full recovery of losses incurred upon each and every creditor

5824    for the actions that resulted from the conduct of Wells Fargo, with a letter of explanation

5825    and apology.

5826        Plaintiff ask the court to allow the documented communications of the additional

5827    plaintiffs in Ghana to speak as testimony of all that has transpired since November of

5828    2012, for purposes of clarifying the international conspiracy involving Wells Fargo,

5829    Citibank and others.

5830        Plaintiff seeks an order that any party who says or does anything in direct

5831    connection to the banking conspiracy to steal the inheritances of Plaintiff and his clients,

5832    including but not limited to asking questions about things that only the email and

5833    computer intruders could know about, or questioning the nature and/or validity of

5834    Plaintiff's financial transactions, shall be sufficient evidence and grounds to continue

5835    their proceedings as joint defendants in the Wells Fargo/Citibank international theft,

5836    money laundering and land conversion conspiracy.

5837         Plaintiff asks the court to award damages that include the value of the work he

5838    has put into this case for the last fifteen years while the conspirators constantly

5839    prevented his advancement in society, at a cost that any other investigator or attorney

5840    would rightfully expect for his or her work.

5841         Plaintiff seeks an order of the court that this document and all accompanying

5842    evidence be allowed as a body of evidence to be used by anyone in the world who ever

5843    experiences any of these same things as a result of the criminal enterprises contained

5844    herein.

5845         One of the mob's main tactics is to prevent their victims from being able to gather

5846    evidence into a cohesive form and to litigate the issues in court against them, but armed

5847    with this complaint and the accompanying evidence, they will never have to suffer as

5848    the Plaintiff has, or to devote fifteen years of persecution while gathering a record upon

5849    which to bring the mobsters to court.

5850         Plaintiff asks the court to appoint him an attorney from the Department of Justice

5851    Civil Rights Division to assist with this case.

5852         Plaintiff asks that counsel be appointed under the Federal Rules of Civil

5853    Procedure for the Class actions laid out in this complaint.

5854         Plaintiff asks the courts cooperation with the international parties listed, with the

5855    understanding that the defendants in Ghana have a mafia related network of corrupt

5856  officials that will use any means necessary to evade the law, including falsifying

5857  documents and making false statements just as Wells Fargo, Citibank and others

5858  including john and Jane Doe.

5859       Plaintiff asks the court to enforce the restoration of his reputation, health and

5860  financial wellbeing so that he can freely travel to Ghana without fear of being falsely

5861  accused, imprisoned and murdered because of the actions of the criminal conspiracy

5862  here in America including Wells Fargo, Citibank and john and Jane Doe.

5863       Concerning above referenced Class Action, Case 1:09-cv-00656-REB Filed

5864  03/24/2009, JOSEPHINE GIANZERO and JENNIFER JENSEN v. Walmart, Concentra

5865  and others, Plaintiff incorporates the text of sections (a) through (g) of paragraph 190

5866  seeking the same such relief for the above classes and actions, and asks that the court

5867  assess what purpose was served by the referenced case and what measures were

5868  taken by the defendants Walmart and Concentra Health Centers to change their

5869  behavior in light of the case now before the court ten years later.

5870       Quoting again, from paragraph 190:

5871       ["WHEREFORE, Plaintiffs, individually, and on behalf of all others similarly

5872  situated, seeks the following relief:

5873       [a. An Order certifying this action as a class action and certifying Plaintiffs as

5874  class representatives under Rule 23 of the Federal Rules of Civil Procedure;

5875       [b. Judgment in favor of Plaintiffs and the Class members and against

5876  Defendants awarding compensatory, consequential, and statutory damages …

5877       [c. Judgment in favor of Plaintiffs and the Class members and against

5878  Defendants awarding treble damages, attorney's fees, and costs of investigation and

5879  litigation reasonably incurred, pursuant to RICO section 1964(c) and/or COCCA section

5880  18-17-106(7);

5881      [d. Judgment in favor of Plaintiffs and the Class members and against

5882  Defendants compensating Plaintiffs and the Class members for costs incurred by

5883  Plaintiffs and the Class members as a result of Defendants' interference with their

5884  medical treatment;

5885      [e. Judgment in favor of Plaintiffs and the Class members and against

5886  Defendants awarding Plaintiffs and the Class members injunctive relief …

5887      [1. Permanently enjoining Defendants from unlawfully and improperly dictating

5888  the medical treatment …

5889      [2. Permanently enjoining Defendants from requiring "preauthorization" for

5890  treatment referrals… made by authorized treating physicians;

5891      [3. Permanently enjoining Defendants from delaying or denying treatment

5892  referrals made by authorized treating physicians;

5893      [4. Permanently enjoining Defendants from circumventing the statutory and

5894  regulatory procedures applicable to the determination of the medical necessity of

5895  treatments prescribed or referred by the injured workers' authorized treating physicians;

5896      [5. Permanently enjoining Defendants from publishing false and misleading

5897  information concerning the treatment of injured workers; and

5898      [6. Compelling Defendants to make full and complete disclosures of material

5899  information to the injured workers concerning the Flowsheets, Protocol Notes and/or

5900  other directives applicable to the medical treatment of injured workers.

5901    [f. Judgment in favor of Plaintiffs and the Class members and against Defendants

5902    awarding pre and post judgment interest, attorneys' fees and costs as allowed by law;

5903    and

5904    [g. Such further relief as the Court deems just and proper."]

5905    - End of Case 1:09-cv-00656-REB Filed 03/24/2009, JOSEPHINE GIANZERO

5906    and JENNIFER JENSEN

5907    **PLAINTIFFS DEMAND TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

5908    Dated this 25th day of December 2019.

5909

5910    s/Shad Nunemaker, Pro Se
5911    *Shad Nunemaker*
5912    90 S. 18th Ave 101A
5913    Brighton, Co 80601
5914    (720)445-2554
5915    shadnunemaker@gmail.com
5916