**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03700-RBJ

SHAD NUNEMAKER,

    Plaintiff,

v.

BIG TICKET TELEVISION, INC.,
ANDRUS TRANSPORATION SERVICES,
UTAH DEPARTMENT OF WORKFORCE SERVICES,
COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,
CONCENTRA HEALTH SERVICES, INC.,
PINNACOL ASSURANCE,
COLLIN EARL/EARL AND EARL, PLLC,
VERIZON COMMUNICATIONS INC.,
WELLS FARGO AND COMPANY INC.,
DHL EXPRESS (USA) INC.,
REPUBLIC OF GHANA, and
JOHN/JANE DOES,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the MINUTE ORDER [ECF No. 14] of Judge R. Brooke Jackson entered on September 28, 2020, it is

ORDERED that this civil action and all claims therein are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Dated at Denver, Colorado this 28th day of September, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk